**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____ District of _____
(State)

Case number (if known) _____ Chapter \_\_\_\_\_

☐ Check if this is an amended filing

FILED
2019 MAR 19 PM 2:19

[Clerk stamp]
U.S. BANKRUPTCY COURT
DAYTON, OHIO

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. Chapter of the Bankruptcy Code

   Check one:
   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. Debtor's name: **TAGNETICS Inc.**

3. Other names you know the debtor has used in the last 8 years
   Include any assumed names, trade names, or doing business as names.
   
   **PowerShelf**

4. Debtor's federal Employer Identification Number (EIN)
   ☐ Unknown
   **20 - 0173720**
   EIN

5. Debtor's address

   **Principal place of business**
   
   **3415  RT 36**
   Number  Street
   
   **Piqua        OH  45356**
   City           State  ZIP Code
   
   **USA**
   County

   **Mailing address, if different**
   
   _____  _____
   Number  Street
   
   _____
   P.O. Box
   
   _____  \_\_\_  \_\_\_\_\_
   City  State  ZIP Code

   **Location of principal assets, if different from principal place of business**
   
   _____  _____
   Number  Street
   
   _____  \_\_\_  \_\_\_\_\_
   City  State  ZIP Code

Debtor _____    Case number (if known)_____
      Name

6. **Debtor's website** (URL)    WWW.PowerShelf.com

7. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☒ No
   - ☐ Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                                     MM / DD / YYYY

     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                                     MM / DD / YYYY

## Part 3: Report About the Case

10. **Venue**

    *Check one:*
    - ☐ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☐ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor _____    Case number (if known)_____
            Name

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Kenneth W. Kayser | Unpaid wages | $ 307,580 |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**                    **Attorneys**

Name and mailing address of petitioner

Kenneth W Kayser
Name

PO Box 115
Number  Street

Catawba            VA      24070
City               State   ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number  Street

_____
City      State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/28/2019
             MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number  Street _____

City      State    ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Official Form 205                Involuntary Petition Against a Non-Individual                page 3

Debtor _____   Case number (if known) _____
       Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Ronald E Earley | EMPLOYMENT AGREEMENT UNPAID SALARY | $341,755.00 |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Ronald E. Earley
Name
6429 Winding Tree Dr
Number  Street
New Carlisle       OH    45344
City                State   ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name
_____
Number  Street
_____
City      State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/19/2019
              MM / DD / YYYY

x Ronald E. Earley
Signature of petitioner or representative, including representative's title

**Attorneys**

_____
Printed name
_____
Firm name, if any
_____
Number  Street
_____
City           State   ZIP Code
Contact phone _____  Email _____
Bar number _____
State _____

x _____
Signature of attorney

Date signed 03/19/2019
             MM / DD / YYYY

Official Form 205          Involuntary Petition Against a Non-Individual          page 3

Debtor _____     Case number _____
           Name

13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Kayser Ventures Ltd | Unpaid Equip Rental | $41,979 |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

**Part 5: Request for Relief**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| Name and mailing address of petitioner: | |
| Kayser Ventures Ltd | Printed name _____ |
| Name | |
| 1872 Pratt Dr Ste 1800 | Firm name, if any _____ |
| Number  Street | |
| Blacksburg    VA    24060 | Number  Street _____ |
| City           State    ZIP Code | |
|  | City ____ State ____ ZIP Code ____ |
| Name and mailing address of petitioner's representative, if any | |
|  | Contact phone _____ Email _____ |
| Name | |
|  | Bar number _____ |
| Number  Street | |
|  | State _____ |
| City        State    ZIP Code | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/28/2019        X _____
         MM /DD /YYYY               Signature of attorney

X /s/ [signature]                Date signed _____
Signature of petitioner or representative, including representative's title              MM / DD /YYYY

Debtor _____                                    Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| JONATHAN HAGER | EMPLOYMENT AGREEMENT UNPAID SALARY | $387,187 |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $387,187 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner** JONATHAN HAGER | Printed name |
| 2170 RIVER OAKS DRIVE | First name, if any |
| SALEM    VA    24153 | Number    Street |
|  | City    State    ZIP Code |
| **Name and mailing address of petitioner's representative, if any** | Contact phone         Email |
| Name | Bar number |
| Number    Street | State |
| City    State    ZIP Code |  |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01 / 11 / 2019
            MM / DD / YYYY

X _[signature]_                                    X _____
Signature of petitioner or representative,            Signature of attorney
including representative's title

                                                  Date signed
                                                  MM / DD / YYYY

Debtor _____    Case number (if known) _____
       Name

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Robert Strain | Unpaid Salary | $17,099.35 |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**    **Attorneys**

**Name and mailing address of petitioner**

Robert Strain
Name

427 Artell St
Number    Street

Marengo    IL    60152
City    State    ZIP Code

Printed name _____

Firm name, if any _____

Number    Street _____

City    State    ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number    Street _____

City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/13/2018
             MM / DD / YYYY

X _Robert Strain_
Signature of petitioner or representative, including representative's title

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Debtor _____ Case number (if known) _____

13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| S-TEK INC. | INVOICE # 073117 LO | $26125.00 |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $26125.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Name: S-TEK INC.
Number Street: 26046 BROADWAY Ave
City: Cleveland  State: OHIO  ZIP Code: 44146

Name and mailing address of petitioner's representative, if any

Name: S-TEK INC  Robert Smith
Number Street: 1100 WAYNE ST. SUITE 5000
City: TROY  State: OHIO  ZIP Code: 45373

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/22/2019

  x Robert S. Smith  V.P.
Signature of petitioner or representative, including representative's title

**Attorneys**

Printed name: _____
Firm name, if any: _____
Number Street: _____
City _____ State _____ ZIP Code _____
Contact phone _____ Email _____
Bar number: _____
State: _____

x _____
Signature of attorney

Date signed _____ MM / DD / YYYY