IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 3:19-bk-30822 |
| | ) | |
| TAGNETICS, INC. | ) | Chapter 7 (Involuntary) |
| | ) | |
|     Alleged Debtor. | ) | JUDGE GUY R. HUMPHREY |
| | ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned attorney of the law firm McCarthy, Lebit, Crystal & Liffman, Co. L.P.A. hereby enters his appearance as counsel for the Alleged Debtor, Tagnetics, Inc. in the above captioned case and, pursuant to Bankruptcy Rules 2002, 9007 and 9010, requests that all notices given or required to be given in the case and all papers served or required to be served in the case, be given to and served upon the undersigned at the following office address, email address, facsimile number and telephone number:

**ROBERT R. KRACHT, ESQ.**
MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
101 West Prospect Avenue
1800 Midland Building
Cleveland, Ohio 44115
Telephone: (216) 696-1422
Fascimile: (216) 696-1210
Email: rrk@mccarthylebit.com

{01310084-1}                                                                 1

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, deliver, telephone, telegraph, telex, facsimile transmission or otherwise filed with regard to the above-referenced bankruptcy proceeding.

The Entry of Appearance and Request for Service of Papers is without prejudice to Tagnetics, Inc.'s rights, remedies and claims against other entities or any objection that may be made to the jurisdiction or venue of the Court or venue of this case, and shall not be deemed or construed to be a waiver of Tagnetics, Inc.'s rights (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims, actions, setoffs, or recoupments to which Tagnetics, Inc. is or may be entitled, in law or in equity, all of which rights, claims, actions defenses, setoffs, and recoupments Tagnetics, Inc. expressly reserves.

    Respectfully submitted,

    */s/ Robert R. Kracht*
    Robert R. Kracht (0025574)
    MCCARTHY, LEBIT, CRYSTAL
     & LIFFMAN CO., LPA
    101 West Prospect Avenue, Suite 1800
    Cleveland, Ohio 44115
    (216) 696-1422 – Telephone
    (216) 696-1210 – Facsimile
    rrk@mccarthylebit.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2019, a copy of the foregoing *Notice of Appearance* was filed electronically and served via first-class, U.S. Mail, postage prepaid and properly addressed, upon the following parties:

**Tagnetics Inc.**
3415 RT 36
Piqua, OH 45356

**Kenneth W Kayser**
PO Box 115
Catawba, VA 24070

**Ronald E. Early**
6429 Winding Tree Dr
New Carlise, OH 45344

**Kayser Ventures Ltd**
1872 Pratt Dr
Ste 1800
Blacksburg, VA 24060

**Jonathan Hager**
2170 River Oaks Drive
Salem, VA 24153

**Robert Strain**
427 Artell St
Marcengo, IL 60152

**S-Tek Inc.**
1100 Wayne St
Suite 5000
Troy, OH 45373

**U.S. Trustee**
**Asst US Trustee (Day)**
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 43215-2417

                              */s/ Robert R. Kracht*
                              Robert R. Kracht (#0025574)