**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: April 24, 2019**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 3:19-bk-30822 |
| | ) | |
| TAGNETICS, INC. | ) | Chapter 7 (Involuntary) |
| | ) | |
| Alleged Debtor. | ) | JUDGE GUY R. HUMPHREY |
| | ) | |

**ORDER GRANTING ALLEGED DEBTOR, TAGNETICS, INC.'S
MOTION FOR ENLARGEMENT OF TIME TO FILE
A RESPONSIVE PLEADING OR OTHERWISE MOVE
OR PLEAD WITH RESPECT TO THE INVOLUNTARY PETITION**

This matter came before the Court on the Alleged Debtor, Tagnetics, Inc.'s Motion for Enlargement of Time to file a Responsive Pleading or Otherwise Move or Plead with respect to the Involuntary Petition (the "Motion").

For good cause shown, it is ORDERED that the Motion is GRANTED. Alleged Debtor, Tagnetics, Inc. is given an extension of time, to and including, May 14, 2019, within which to move or otherwise file a responsive pleading with respect to the Involuntary Petition.

IT IS SO ORDERED.

SERVICE LIST: All Creditors and Parties in Interest