**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: April 24, 2019**

_____

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

In re:  Tagnetics Inc.

Case No.    19-30822

Judge Humphrey
Chapter 7

### Order Requiring Filing of Corporate Ownership Statements and Ordering Other Matters

On March 19, 2019 petitioning creditors, Kenneth W. Kayser, Ronald E. Early, Kayser Ventures Ltd, Jonathan Hager, Robert Strain and S-Trek Inc., appearing pro se, filed an Involuntary Chapter 7 Petition (doc. 1) against Tagnetics Inc.

However, the corporate petitioners, Kayser Ventures Ltd and S-Tek Inc., have not filed the corporate ownership statements required by Federal Rules of Bankruptcy Procedure 1010(b) and 7007.1. More importantly, corporations, except as permitted by Federal Rule of Bankruptcy Procedure 9010(a), are only authorized to appear on matters in this court through counsel admitted to practice in this court and "[n]o corporation shall file a petition . . . unless it is represented by an attorney." *See* Local Bankruptcy Rules 1074-1 and 9011-2(b).

**Accordingly, Kayser Ventures Ltd and S-Tek Inc. shall have <u>until and including May 14, 2019</u> to obtain and be represented by counsel with respect to the involuntary petition in this case and to file corporate ownership statements in accordance with Bankruptcy Rules 1010(b) and 7007.1.**

**To the extent that Kayser Ventures Ltd and S-Tek Inc. fail to comply with the provisions of this order, the court may not consider the corporate petitioners for purposes of determining the appropriateness of granting an order of relief under Chapter 7 of Title 11 of the United States Code.**

**IT IS SO ORDERED.**

Copies to:

All creditors and parties in interest