**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: April 24, 2019**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 3:19-bk-30822 |
| | ) | |
| TAGNETICS, INC. | ) | Chapter 7 (Involuntary) |
| | ) | |
| Alleged Debtor. | ) | JUDGE GUY R. HUMPHREY |
| | ) | |

**ORDER GRANTING ALLEGED DEBTOR, TAGNETICS, INC.'S
MOTION FOR ENLARGEMENT OF TIME TO FILE
A RESPONSIVE PLEADING OR OTHERWISE MOVE
OR PLEAD WITH RESPECT TO THE INVOLUNTARY PETITION**

This matter came before the Court on the Alleged Debtor, Tagnetics, Inc.'s Motion for Enlargement of Time to file a Responsive Pleading or Otherwise Move or Plead with respect to the Involuntary Petition (the "Motion").

For good cause shown, it is ORDERED that the Motion is GRANTED. Alleged Debtor, Tagnetics, Inc. is given an extension of time, to and including, May 14, 2019, within which to move or otherwise file a responsive pleading with respect to the Involuntary Petition.

IT IS SO ORDERED.

SERVICE LIST: All Creditors and Parties in Interest

United States Bankruptcy Court
Southern District of Ohio

In re:                                                          Case No. 19-30822-grh
Tagnetics Inc.                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0648-3          User: chipmanm          Page 1 of 1          Date Rcvd: Apr 24, 2019
                              Form ID: pdf01          Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2019.
```
db              Tagnetics Inc.,    3415 RT 36,    Piqua, OH  45356
ptcrd          +Jonathan Hager,    2170 River Oaks Drive,    Salem, VA 24153-7368
ptcrd          +Kayser Ventures Ltd,    1872 Pratt Dr,    Ste 1800,    Blacksburg, VA 24060-6323
ptcrd          +Kenneth W Kayser,    PO Box 115,    Catawba, VA 24070-0115
ptcrd          +Robert Strain,    427 Artell St,    Marcengo, IL 60152-3205
ptcrd          +Ronald E. Early,    6429 Winding Tree Dr,    New Carlise, OH 45344-9168
ptcrd          +S-Tek Inc.,    1100 Wayne St,    Suite 5000,    Troy, OH 45373-3071
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2019                              Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2019 at the address(es) listed below:
```
              Asst US Trustee (Day)    USTPRegion09.CB.ECF@usdoj.gov
              Robert R Kracht    on behalf of Debtor    Tagnetics Inc. rrk@mccarthylebit.com
                                                                                          TOTAL: 2
```