**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: April 24, 2019**

_____

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

In re:    TAGNETICS INC.

Case No.    19-30822

Judge Humphrey
Chapter 7

**Order Requiring Filing of Corporate Ownership Statements and Ordering Other Matters**

On March 19, 2019 petitioning creditors, Kenneth W. Kayser, Ronald E. Early, Kayser Ventures Ltd, Jonathan Hager, Robert Strain and S-Trek Inc., appearing pro se, filed an Involuntary Chapter 7 Petition (doc. 1) against Tagnetics Inc.

However, the corporate petitioners, Kayser Ventures Ltd and S-Tek Inc., have not filed the corporate ownership statements required by Federal Rules of Bankruptcy Procedure 1010(b) and 7007.1. More importantly, corporations, except as permitted by Federal Rule of Bankruptcy Procedure 9010(a), are only authorized to appear on matters in this court through counsel admitted to practice in this court and "[n]o corporation shall file a petition . . . unless it is represented by an attorney." *See* Local Bankruptcy Rules 1074-1 and 9011-2(b).

**Accordingly, Kayser Ventures Ltd and S-Tek Inc. shall have <u>until and including May 14, 2019</u> to obtain and be represented by counsel with respect to the involuntary petition in this case and to file corporate ownership statements in accordance with Bankruptcy Rules 1010(b) and 7007.1.**

**To the extent that Kayser Ventures Ltd and S-Tek Inc. fail to comply with the provisions of this order, the court may not consider the corporate petitioners for purposes of determining the appropriateness of granting an order of relief under Chapter 7 of Title 11 of the United States Code.**

**IT IS SO ORDERED.**

Copies to:

All creditors and parties in interest

United States Bankruptcy Court
Southern District of Ohio

In re:  
Tagnetics Inc.  
      Debtor

Case No. 19-30822-grh  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0648-3     User: chipmanm     Page 1 of 1     Date Rcvd: Apr 24, 2019  
                            Form ID: pdf01     Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2019.
```
db              Tagnetics Inc.,    3415 RT 36,    Piqua, OH  45356
ptcrd          +Jonathan Hager,    2170 River Oaks Drive,    Salem, VA 24153-7368
ptcrd          +Kayser Ventures Ltd,    1872 Pratt Dr,    Ste 1800,    Blacksburg, VA 24060-6323
ptcrd          +Kenneth W Kayser,    PO Box 115,    Catawba, VA 24070-0115
ptcrd          +Robert Strain,    427 Artell St,    Marcengo, IL 60152-3205
ptcrd          +Ronald E. Early,    6429 Winding Tree Dr,    New Carlise, OH 45344-9168
ptcrd          +S-Tek Inc.,    1100 Wayne St,    Suite 5000,    Troy, OH 45373-3071
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2019 at the address(es) listed below:
```
              Asst US Trustee (Day)    USTPRegion09.CB.ECF@usdoj.gov
              Robert R Kracht    on behalf of Debtor   Tagnetics Inc. rrk@mccarthylebit.com
                                                                                             TOTAL: 2
```