IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 3:19-bk-30822 |
| TAGNETICS INC., | ) | |
| | ) | Chapter 7 (Involuntary) |
| Alleged Debtor. | ) | |
| | ) | JUDGE GUY R. HUMPHREY |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 2090-1, Tagnetics Inc., by and through its undersigned counsel, hereby respectfully requests that this Court admit Stephen B. Stern *pro hac vice*. In support of this Motion, states the following:

1. Mr. Stern is a Partner with the firm Kagan Stern Marinello & Beard, LLC, located at 238 West Street, Annapolis, Maryland 21401.  His email address is stern@kaganstern.com. His telephone number is (410) 216-7900 and his fax number is (410) 705-0836.

2. Mr. Stern has been admitted to practice before the following courts:  Maryland, Bar No.: (a/k/a – Client Protection Fund No.) 9706250452, since on or about June 25, 1997; District of Columbia, Bar No.: 452589, since on or about August 7, 1998; and Virginia, Bar No.: 40300, since on or about October 28, 1996.

3. Mr. Stern has been admitted to the following federal courts:  United States District Court for the District of Maryland, Bar No.: 25335, admitted on or about June 26, 1998; United States District Court for the Eastern District of Virginia, Bar No.: 40300, admitted on or about November 8, 1996; United States District Court for the District of Columbia, Bar No.: 452589, admitted on or about August 8, 2003; United States Court of Appeals for the Third Circuit, admitted on or about March 3, 2004; United States Court of Appeals for the Fourth

{01317252-2}

Circuit, admitted on or about September 7, 1999; and United States Court of Appeals for the District of Columbia Circuit, Bar No.:49181, admitted on or about January 30, 2004.

4. Mr. Stern is a member in good standing of all courts to which he has been admitted; is eligible to practice before said courts; and is not currently suspended, disbarred, or the subject of any disciplinary proceeding in any jurisdiction.

5. Mr. Stern will affiliate and work with the undersigned counsel, who will serve as Ohio counsel in this matter.

WHEREFORE, Tagnetics Inc., respectfully requests that Stephen B. Stern be permitted to practice before this Court in the above-captioned matter.

Dated: May 13, 2019                                Respectfully submitted,

/s/ *Robert R. Kracht*
Robert R. Kracht
McCarthy, Lebit, Crystal & Liffman Co., LPA
101 W. Prospect Avenue, Suite 1800
Cleveland, Ohio 44115
Phone: (216) 696-1422
Fax:    (216) 696-1210
Email: rrk@mccarthylebit.com

*Counsel for Tagnetics Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the following participants via email and/or U.S. First Class Mail on this 13th day of May, 2019.

**Tagnetics Inc.**
3415 RT 36
Piqua, OH 45356

**Kenneth W Kayser**
PO Box 115
Catawba, VA 24070

**Ronald E. Early**
6429 Winding Tree Dr
New Carlise, OH 45344

**Kayser Ventures Ltd**
1872 Pratt Dr
Ste 1800
Blacksburg, VA 24060

**Jonathan Hager**
2170 River Oaks Drive
Salem, VA 24153

**Robert Strain**
427 Artell St
Marcengo, IL 60152

**S-Tek Inc.**
1100 Wayne St
Suite 5000
Troy, OH 45373

                                                      */s/ Robert R. Kracht*
                                                      Robert R. Kracht (#0025574)