## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

IN RE:                                           **CASE NO.  19-30822**
                                                 **CHAPTER 7**
**TAGNETICS INC.**                               **JUDGE GUY R. HUMPHREY**


         **Debtor**                              **NOTICE OF APPEARANCE**
_____ _____

      Now comes Chris Wesner, and says that he enters his appearance in the case for Kayser Ventures Ltd. Further, Chris Wesner says that Kayser Ventures Ltd. consents to this Notice of Appearance as indicated by the signature of the sole owner of Kayser Ventures Ltd., Kenneth W. Kayser.


                                                 Respectfully submitted,

                                                 */s/ Chris Wesner*_____
                                                 Chris Wesner #0082699
                                                 Miller Luring Venters & Wesner Co., LPA
                                                 314 W Main Street
                                                 Troy OH   45373
                                                 (937) 339-2627 Phone
                                                 (937) 33905444 Fax
                                                 chriswesnerlaw@gmail.com

                                                 */s/ Kenneth W. Kayser*_____
                                                 Kenneth W. Kayser for Kayser Ventures Ltd.

### CERTIFICATE OF SERVICE

      I hereby certify that on the 14th day of May, 2019, a true and correct copy of the foregoing **Notice of Appearance** was served on the following registered ECF participants, **electronically** through the Court's ECF System at the email address registered with the Court:

U.S. Trustee (Day)
Asst. US Trustee (Day)
Office of US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215-2417

and the following by **ordinary U.S. Mail** addressed to:

Tagnetics Inc.
3415 RT 36
Piqua, OH 45356

Kenneth W. Kayser
PO Box 115
Catawba, VA 24070

Ronald E. Early
6429 Winding Tree Dr.
New Carlise, OH 45344

Kayser Ventures Ltd.

1872 Pratt Dr.
Ste. 1800
Blacksburg, VA 24060

Jonathan Hager
2170 River Oaks Drive
Salem, VA 24153

Robert Strain
427 Artell St.
Marcengo, IL 60152

S-Tek Inc.
1100 Wayne St.
Suite 5000
Troy, OH 45373

/s/ Chris Wesner
Chris Wesner