THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re: Tagnetics, Inc.    :    Case No. 19-30822
:    Judge: Guy R. Humphrey
v.    :    Corporate Disclosure Statement
:
_____    :
:

    Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

    In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

Kayser Ventures, Ltd.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporations?

    ___ YES    ✓ NO

    If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:
    _____
    _____

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

    ___ YES    ✓ NO

    If the answer is YES, list the identity of such corporation and the nature of the financial interest.
    _____
    _____
    _____

Christopher L. Wesner #0082699    05/14/19
Signature of Counsel    Date

"Certificate of Service"

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION
TO UPDATE AND SUPPLEMENT THIS STATEMENT**

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 14th day of May, 2019, a true and correct copy of the foregoing **Corporate Disclosure Statement** was served on the following registered ECF participants, **electronically** through the Court's ECF System at the email address registered with the Court:

U.S. Trustee (Day)
Asst. US Trustee (Day)
Office of US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215-2417

and the following by **ordinary U.S. Mail** addressed to:

Tagnetics Inc.
3415 RT 36
Piqua, OH 45356

Kenneth W. Kayser
PO Box 115
Catawba, VA 24070

Ronald E. Early
6429 Winding Tree Dr.
New Carlise, OH 45344

Kayser Ventures Ltd.
1872 Pratt Dr.
Ste. 1800
Blacksburg, VA 24060

Jonathan Hager
2170 River Oaks Drive
Salem, VA 24153

Robert Strain
427 Artell St.
Marcengo, IL 60152

S-Tek Inc.
1100 Wayne St.
Suite 5000
Troy, OH 45373

                                                      /s/ Chris Wesner
                                                      Chris Wesner