**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO. 19-30822** |
| | **CHAPTER 7** |
| **TAGNETICS INC.** | **JUDGE GUY R. HUMPHREY** |
| | |
| **Debtor** | **NOTICE OF APPEARANCE** |

_____

      Now comes Chris Wesner, and says that he enters his appearance in the case for S-Tek Inc. Further, Chris Wesner says that S-Tek Inc. consents to this Notice of Appearance as indicated by the signature of the co-owners S-Tek Inc., Bob Smith and David LePore. S-Tek Inc. legal fees are being paid for by Kenneth W. Kayser, owner of Kayser Ventures Ltd.

      Respectfully submitted,

      */s/ Chris Wesner*
      Chris Wesner #0082699
      Miller Luring Venters & Wesner Co., LPA
      314 W Main Street
      Troy OH  45373
      (937) 339-2627 Phone
      (937) 33905444 Fax
      chriswesnerlaw@gmail.com

      */s/ Bob Smith*
      Bob Smith for S-Tek Inc.

      */s/ David LePore*
      David Lepore for S-Tek Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 14th day of May, 2019, a true and correct copy of the foregoing **Notice of Appearance** was served on the following registered ECF participants, **electronically** through the Court's ECF System at the email address registered with the Court:

U.S. Trustee (Day)
Asst. US Trustee (Day)
Office of US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215-2417

and the following by **ordinary U.S. Mail** addressed to:

Tagnetics Inc.
3415 RT 36
Piqua, OH 45356

Kenneth W. Kayser
PO Box 115
Catawba, VA 24070

Ronald E. Early

6429 Winding Tree Dr.
New Carlise, OH 45344

Kayser Ventures Ltd.
1872 Pratt Dr.
Ste. 1800
Blacksburg, VA 24060

Jonathan Hager
2170 River Oaks Drive
Salem, VA 24153

Robert Strain
427 Artell St.
Marcengo, IL 60152

S-Tek Inc.
1100 Wayne St.
Suite 5000
Troy, OH 45373

        /s/ Chris Wesner
Chris Wesner