**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: May 14, 2019**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 3:19-bk-30822 |
| TAGNETICS INC., | ) | |
| | ) | Chapter 7 (Involuntary) |
| Alleged Debtor. | ) | |
| | ) | JUDGE GUY R. HUMPHREY |

### ORDER ADMITTING STEPHEN B. STERN TO PRACTICE *PRO HAC VICE* (RELATED DOCKET NO. 9)

This matter is before the Court on the Motion of Robert R. Kracht (Doc. 9) for an Order admitting Stephen B. Stern *pro hac vice* pursuant to local Bankruptcy Rule 2090-1. This Court has reviewed the Motion and has determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein.

Accordingly, IT IS HEREBY ORDERED that, Stephen B. Stern be admitted *pro hac vice* to appear before the Court.

**IT IS SO ORDERED**

Service List: All Creditors and Parties in Interest