# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF OHIO (DAYTON)

| | | |
|---|---|---|
| **IN RE:** | * | **CASE NO.:  19-30822** |
| | * | |
| **TAGNETICS INC.** | * | **CHAPTER 7** |
| | * | |
| **INVOLUNTARY DEBTOR** | * | **NOTICE OF SUBMISSION** |

---

## NOTICE OF SUBMISSION

---

Now comes the Petitioning Creditors S-Tek Inc. and Kayser Ventures Ltd., by and through counsel, and hereby provide notice that they have submitted to Involuntary Debtor Tagnetics, Inc., digital copies and physical copies of their first set of Interrogatories and Request for Production of Documents on this 23rd day of May, 2019.

                                                     Respectfully submitted,

                                                   /s/ Christopher L. Wesner_____
                                                 Christopher L. Wesner (0082699)
                                                 Miller, Luring, Venters & Wesner Co., L.P.A.
                                                 314 W. Main St.
                                                 Troy, OH  45373
                                                 Phone:  (937) 339-8001
                                                 Fax:  (855) 339-5440
                                                 chriswesnerlaw@gmail.com
                                                 Attorney for S-Tek Inc. and Kayser Ventures Ltd.

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document was served by email and/or regular U.S. mail, postage prepaid, this 23rd day of May, 2019 upon the following:

Robert R. Kracht
McCarthy, Lebit, Crystal & Liffman Co., L.P.A.
101 W. Prospect Ave., Suite 1800
Cleveland, OH  44115
Phone: (216) 696-1422
Fax: (216) 696-1210
Counsel for Tagnetics, Inc.

Kenneth W. Kayser
P.O. Box 115
Catawba, VA  24070

Ronald E. Early
6429 Winding Tree Dr.
New Carlisle, OH  45344

Kayser Ventures Ltd.
1872 Pratt Dr., Suite 1800
Blacksburg, VA  24060

Jonathan Hager
2170 River Oaks Dr.
Salem, VA  24153

Robert Strain
427 Artell St.
Marcengo, IL  60152

S-Tek Inc.
1100 Wayne St., Suite 5000
Troy, OH  45373

                                                          /s/ Christopher L. Wesner_____
                                                          Christopher L. Wesner (0082699)