**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



_____
Guy R. Humphrey
United States Bankruptcy Judge

**Dated: June 6, 2019**

---

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| In re:   Tagnetics Inc., | Case No.    19-30822 |
| | Judge Humphrey |
| | Chapter 7 |

**Order Scheduling Status Conference
and Ordering Other Matters**

On May 17, 2019 the court entered an Order (doc. 18) which scheduled a trial on the *Involuntary Chapter 7 Petition Against a Non-Individual* (doc. 1), filed by Petitioning Creditors Kenneth W. Kayser, Ronald E. Early, Kayser Ventures Ltd., Jonathan Hager, Robert Strain and S-Trek Inc., and *Tagnetics Inc.'s Answer to Involuntary Bankruptcy Petition* (doc. 10) for June 12, 2019 at 9:30 a.m. On June 5, 2019, counsel for Tagnetics contacted a member of the court's staff by email advising that he wished to request a postponement of the trial and advising that discovery disputes and other issues need to be addressed prior to trial. Counsel for Petitioning Creditors Kayser Ventures Ltd. and S-Trek Inc. also contacted the court advising that his clients would not be opposed to a continuance in certain circumstances and that additional issues need to be addressed prior to any continuance of the trial.

In such circumstances, the court determines that a status conference is necessary.

Accordingly, **IT IS ORDERED** that a status conference by phone shall be held on June 10, 2019 at 2:00 p.m. (Eastern Time). At the time of the status conference, the court intends to address any discovery disputes and issues, the scheduling of the trial, and any other matters which must be resolved to further the adjudication of the matter.

**All counsel and parties appearing pro se are required to participate in the scheduled status conference.**

**Further, because the number of participants may exceed the capacity of the court's conferencing system, the court has arranged a conference call. All counsel and all parties appearing pro se shall, five (5) minutes prior to the above time, call into the conference service using the following information:**

Phone number – 1-888-363-4749
Access Code: 9873511, followed by the # sign
Security Code: 78433, followed by the # sign

**The court may rule on any relief sought during the status conference if the court determines that such relief is warranted and an evidentiary hearing is not necessary.**

Please note that all telephonic status conferences, pretrial conferences, and other hearings are electronically recorded and maintained as part of the court's records. All counsel and parties should conduct themselves accordingly.

Finally, the court notes that Petitioning Creditors Kenneth W. Kayser, Rondald E. Early, Jonathan Hager and Robert Strain, although appearing pro se, have not filed their telephone numbers with the court. If the parties are proceeding in this case on a pro se basis, pursuant to Local Bankruptcy Rule 9011-2, they are required to file their telephone numbers with the court within 14 days of the entry of this order. If the pro se parties wish to be contacted by the court by email, they may include their email address in their required filing or provide their email address to the court's Courtroom Deputy by emailing Joni_Behnken@ohsb.uscourts.gov.

**IT IS SO ORDERED.**

Copies to:

All Creditors and Parties in Interest

Stephen B. Stern, 238 West Street, Annapolis, Maryland 21401

Douglas S. Draper, 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130

Leslie A. Collins, 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130

MaryAnne Wilsbacher, Office of the United States Trustee, 170 North High Street, Suite 200, Columbus, Ohio 43215