**Form 7016–1 — Attachment B**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
<u>WESTERN</u> DIVISION AT DAYTON

CASE NO. <u>19-30822</u>

CHAPTER <u>7</u>

CONTESTED MATTER (__)
ADV. PRO. NO. _____

JOINT EXHIBITS TO BE OFFERED BY <u>S-TEK INC. and KAYSER VENTURES LTD.</u>

| DESIGNATION | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 1 | Purchase Order 201601009  (1 page) | | |
| 2 | Invoice Number CIA July 1, 2016  (2 pages) | | |
| 3 | Incvoice Number 081216DL  (1 page) | | |
| 4 | Purchase Order 201701005  (1 page) | | |
| 5 | Invoice Number 042817LO (1 page) | | |
| 6 | Invoice Number 073117LO (1 page) | | |
| 7 | Debt summary owed to Kayser Ventures Ltd. and transaction details   (3 pages) | | |
| 8 | Email from Lou Fernandez April 3, 2015 and attachment   (2 pages) | | |
| 9 | Email from Daniel White Feb. 19, 2019  (1 page) | | |
| 10 | Emails from Ken Kayser March 22, 2019 (1 page) | | |
| 11 | Email from Daniel White Apr 10, 2019 (1page) | | |
| 12 | Email from Daniel White Feb 21, 2019 (1 page) | | |

**USE ADDITIONAL SHEET(S) FOR ADDITIONAL EXHIBITS**

## Form 7016–1 — Attachment B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN      DIVISION AT DAYTON

CASE NO.    19-30822                                    CHAPTER    7

CONTESTED MATTER (__)
ADV. PRO. NO. _____

JOINT EXHIBITS TO BE OFFERED BY S-TEK INC. and KAYSER VENTURES LTD.

| DESIGNATION | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 13 | Letter from Daniel White (3 pages) | | |
| 14 | Email from John White with weekly cash forecast (3 pages) | | |
| 15 | Tagnetics Inc. Available Cash & Working Capital Summary 11/2/2015 (1 page) | | |
| 16 | Tagnetics Inc. Accounts Payable and Other Liabilites (2 pages) | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

USE ADDITIONAL SHEET(S) FOR ADDITIONAL EXHIBITS

# tagnetics
635 Olympic Drive, Troy, OH 45373
937-320-9225  Fax 937-320-9726

# *Purchase Order*

201601009

Page 1 of   1

To:

**S-Tek, Inc.**
**1100 Wayne St.**
**Suite 5000**
**Troy. OH 45373**

Ship To:

**Tagnetics, Inc**
**635 Olympic Dr**
**Troy, OH 45373**

Phone 937-339-9777 / Fax 937-339-9997
Attn:   Bob Smith
Account:

Buyer:
Tech. Contact:

| DATE REQUIRED | F.O.B. | SHIPPING METHOD | TERMS | DATE |
|---|---|---|---|---|
| **ASAP** | **Troy** | **Best Way** | **See Notes** | **6/3/2016** |
| INSURE ☐  USE CUST SHIPPING ACCT. ☐ | | | P.O. No. | **201601009** |

| Item | P/N Description | Rev | Cost Schedule | Order Qty | Units | Taxable | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 00-871547-1 Assy, Tag, Flasher, Small FS | A | $2.090 | 22500 | each | ☐ | $47,025.00 |
| 2 | 00-871547-4 Assy, Out Of Stock Tag No Program Not Sealed | 0 | $2.090 | 2500 | each | ☐ | $5,225.00 |

| | |
|---|---|
| SubTotal | $52,250.00 |
| Sales Tax | $0.00 |
| Total | $52,250.00 |

NOTE
00-871547-4 is same as 00-871547-1 with no program and case not sealed.

Terms
50% with order
50% prior to shipment



**S-Tek Inc**
PO Box # 87
Tipp City, OH 45371-0087
USA

Voice:  440-439-8232
Fax:    440-439-8251



# INVOICE

| | |
|---|---|
| Invoice Number: | CIA July 1, 2016 |
| Invoice Date: | Jul 1, 2016 |
| Page: | 1 |

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| Tagnetics, Inc.<br>Po box 1029<br>Mundelein, IL  60060-1029<br>USA | Tagnetics, Inc.<br>635 Olympic Drive<br>Troy, OH  45373<br>USA |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Tagnetics | 201601009 | Prepaid | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | Hand deliver | | 7/1/16 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 11,250.00 | 00-871547-1 New | Pre-Pay 50% with Order, 50% prior to shipment<br>LDM355B-RN-TTS  New Assembly, Tag Flasher, Small FS, LCD Module programmed with New Glass per drawing# 00871194<br>Due ASAP | 2.09 | 23,512.50 |
| | 00-871547-1 New | LDM355B-RN-TTS  New Assembly, Tag Flasher, Small FS, LCD Module programmed with New Glass per drawing# 00871194 | 2.09 | |
| 1,250.00 | 00-871547-4 | LDM355-RN-TTS Assembly Tag Flasher Small FSwith orange / red LED Everlight. (631 nm peak wave length, 624 nm dominant wave length) Unprogramed unassembled | 2.09 | 2,612.50 |
| | 00-871547-4 | LDM355-RN-TTS Assembly Tag Flasher Small FSwith orange / red LED Everlight. (631 nm peak wave length, 624 nm dominant wave length) Unprogramed | 2.09 | |

| | | |
|---|---|---|
| Subtotal | | Continued |
| Freight | | |
| Total Invoice Amount | | Continued |
| Payment/Credit Applied | | |
| **TOTAL** | | **Continued** |

Check/Credit Memo No:

**EXHIBIT**

2

tabbies

**S-Tek Inc**
PO Box # 87
Tipp City, OH 45371-0087
USA



Voice:  440-439-8232
Fax:    440-439-8251

# INVOICE

Invoice Number:  CIA July 1, 2016
Invoice Date:    Jul 1, 2016
Page:            2

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| Tagnetics, Inc.<br>Po box 1029<br>Mundelein, IL 60060-1029<br>USA | Tagnetics, Inc.<br>635 Olympic Drive<br>Troy, OH 45373<br>USA |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Tagnetics | 201601009 | Prepaid | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Hand deliver | | 7/1/16 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | unassembled | | |

PAID

| | |
|---|---|
| Subtotal | 26,125.00 |
| Freight | |
| Total Invoice Amount | 26,125.00 |
| Payment/Credit Applied | |
| **TOTAL** | **26,125.00** |

Check/Credit Memo No:

**S-Tek Inc**
PO Box # 87
Tipp City, OH 45371-0087
USA



# INVOICE

| | |
|---|---|
| Invoice Number: | 081216DL |
| Invoice Date: | Aug 12, 2016 |
| Page: | 1 |

*Duplicate*

Voice:  440-439-8232
Fax:    440-439-8251

| Bill To: | Ship to: |
|---|---|
| Tagnetics, Inc.<br>Po box 1029<br>Mundelein, IL 60060-1029<br>USA | Tagnetics, Inc.<br>635 Olympic Drive<br>Troy, OH 45373<br>USA |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Tagnetics | 201601009 | Prepaid | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Hand deliver | | 8/12/16 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | Pre-Pay 50% with Order, 50% prior to shipment | | |
| 11,250.00 | 00-871547-1 New | LDM355B-RN-TTS  New Assembly, Tag Flasher, Small FS, LCD Module programmed with New Glass per drawing# 00871194 | 2.09 | 23,512.50 |
| 1,250.00 | 00-871547-4 | LDM355-RN-TTS Assembly Tag Flasher Small FSwith orange / red LED Everlight. (631 nm peak wave length, 624 nm dominant wave length) Unprogramed unassembled | 2.09 | 2,612.50 |

PAID

| | | |
|---|---|---|
| Subtotal | | 26,125.00 |
| Freight | | |
| Total Invoice Amount | | 26,125.00 |
| Payment/Credit Applied | | |
| **TOTAL** | | **26,125.00** |

Check/Credit Memo No:

EXHIBIT

tabbies

3

# tagnetics

635 Olympic Drive, Troy, OH 45373
937-320-9225  Fax 937-320-9726

# *Purchase Order*

201701005

Page 1 of  1

**To:**

**S-Tek, Inc.**
**1100 Wayne St.**
**Suite 5000**
**Troy. OH 45373**

Phone 937-339-9777 / Fax 937-339-9997
Attn:    Bob Smith
Account:

**Ship To:**

**Tagnetics, Inc**
**635 Olympic Dr**
**Troy, OH 45373**

Buyer:
Tech. Contact:

| DATE REQUIRED | F.O.B. | SHIPPING METHOD | TERMS | DATE |
|---|---|---|---|---|
| **ASAP** | **Troy** | **Best Way** | **See Notes** | **4/27/2017** |
| INSURE ☐ | USE CUST SHIPPING ACCT. ☐ | | P.O. No. | **201701005** |

| Item | P/N Description | Rev | Cost Schedule | Order Qty | Units | Taxable | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 00-871547-1 Assy, Tag, Flasher, Small FS | A | $2.090 | 25000 | each | ☐ | $52,250.00 |

| | |
|---|---|
| SubTotal | $52,250.00 |
| Sales Tax | $0.00 |
| Total | $52,250.00 |

NOTE

Terms
50% with order
50% prior to shipment



EXHIBIT
4

**S-Tek Inc**

REMIT TO:
    S-TEK Inc.
        Accounts Payable
    26046 Broadway Ave.
    Cleveland, Ohio
44146
Voice:  440-439-8232
Fax:   440-439-8251



# INVOICE

Invoice Number:  042817LO
Invoice Date:   Apr 28, 2017
Page:       1

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| Tagnetics, Inc.<br>Po box 1029<br>Mundelein, IL  60060-1029<br>USA | Tagnetics, Inc.<br>635 Olympic Drive<br>Troy, OH  45373<br>USA |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Tagnetics | 201701005 | Prepaid | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Hand Deliver | | 4/28/17 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 12,500.00 | 00-871547-1 New | LDM355B-RN-TTS  New Assembly, Tag Flasher, Small FS, LCD Module programmed with New Glass per drawing# 00871194<br>Due ASAP | 2.09 | 26,125.00 |
| | 00-871547-1 New | LDM355B-RN-TTS  New Assembly, Tag Flasher, Small FS, LCD Module programmed with New Glass per drawing# 00871194<br>TBR | 2.09 | |



| | | |
|---|---|---|
| Subtotal | | 26,125.00 |
| Frieght | | |
| Total Invoice Amount | | 26,125.00 |
| Payment/Credit Applied | | |
| TOTAL | | 26,125.00 |

Check/Credit Memo No:

EXHIBIT
5

# S-Tek Inc

REMIT TO:
　S-TEK Inc.
　　　Accounts Payable
　26046 Broadway Ave.
　Cleveland, Ohio
44146
Voice:　440-439-8232
　Fax:　440-439-8251



# INVOICE

| | |
|---|---|
| Invoice Number: | 073117LO |
| Invoice Date: | Jul 31, 2017 |
| Page: | 1 |

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| Tagnetics, Inc.<br>Po box 1029<br>Mundelein, IL 60060-1029<br>USA | Tagnetics, Inc.<br>635 Olympic Drive<br>Troy, OH 45373<br>USA |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Tagnetics | 201701005 | Prepaid | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | Hand Deliver | 7/31/17 | 7/31/17 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 12,500.00 | 00-871547-1 New | LDM355B-RN-TTS  New Assembly, Tag Flasher, Small FS, LCD Module programmed with New Glass per drawing# 00871194<br>TBR | 2.09 | 26,125.00 |

| | | |
|---|---|---|
| Subtotal | | 26,125.00 |
| Frieght | | |
| Total Invoice Amount | | 26,125.00 |
| Payment/Credit Applied | | |
| TOTAL | | 26,125.00 |

Check/Credit Memo No:



**EXHIBIT**
6

Kayser Ventures
Amount Due From Tagnetics
6/1/17

2015 Monthly amount from Tagnetics to KVL

| | |
|---|---|
| Payment to Bank of North Carolina | 2,500.00 |
| Other Expenses | 1,857.89 |
| Total Due Per Month | 4,357.89 |
| September | 4,357.89 |
| Less September Recd | 2,500.00 |
| Past Due from September | 1,857.89 |
| October Past Due | 4,357.89 |
| November Past Due | 4,357.89 |
| December (Thru 12/10) | 1,405.77 |
| **Total Amount Due For 2015** | **$ 11,979.44** |

2016 Monthly Amount Due From Tagnetics

| | |
|---|---|
| Equipment Rent Per Month | 2,500.00 |
| Monthly Charges 2016 | 12.00 |
| **Total Amount Due For 2016** | **$30,000.00** |
| **Total Amount Due For 2015 & 2016** | **$41,979.44** |

Tagnetics agreed to pay the office expenses and loan payment to Valley
Bank effective Jan 1, 2014. These payments were made weekly  thru
Mar of 2015.  At that point Tagnetics began paying only 2,500 per month.
They made these payments March thru September of 2015, and then
discontinued all payments.

Tagnetics was paying KVL to reimburse KVL for expenses of Tagnetcis.
There was $ 2,500 for equipment rent and $ 1,800 for office rent for Tagnetics office
space and the related expenses of running the Roanoke Tagnetics office.

KVL was due $ 2,500 per month for the months March through August 2015
Then $ 1,857.89 was included monthly as KVL made other payments
to support the equipment being rented.  The rent for equipment then
dropped back to the $ 2,500 per month effective Jan 1 2016 thru the end of 2016.
This occurred because Tagnetics was paying their rent and other expenses directly

I have been doing bookkeeping for KVL since 2006.  The above analysis was
initially done June 1, 2017 and is based on my understanding of the relationship
between KVL and Tagnetics.

Brian Hoeppner
Blue Ridge Bookkeeping
May 29 2019

EXHIBIT

7

Kayser Ventures, Ltd.
Transaction Detail By Account
January 13, 2014 through December 31, 2018

| Type | Date | Num | Name | Memo | Class | Clr | Split | Amount | Balance |
|------|------|-----|------|------|-------|-----|-------|--------|---------|

302 · Tagnotics Rental Income

Total 302 · Tagnotics Rental Income

TOTAL

Monthly Determination
January 1, 2014

|  | 1/1/14 |
|---|---|
| Weekly Income | 1,165 |
| Annual Income | 60,576 |
| Monthly Income | 5,048 |

Monthly Expenses

| Rent | 1,900 |
|---|---|
| Utility Overage | 167 |
| Valley Bank | 2,500 |
| US Cellular | 218 |
| Bookkeeping | 225 |
| Exceed | 63 |
| Bank Fees | 75 |
| Insurance | |
| | |
| Monthly Total | 5,048 |

Ken Kayser

| | |
|---|---|
| From: | Lou Fernandez <lfernandez@tagnetics.com> |
| Sent: | Friday, April 03, 2015 12:52 AM |
| To: | Ken Kayser |
| Cc: | Ronald Earley |
| Subject: | Payments to KVL |
| Attachments: | 0233_0003.pdf; TAGNETICS - 2015TRAVEXPFORM - BLANK.xls |

Hi Ken,

I received your voicemail regarding establishing a new monthly payment amount to KVL.  Attached is the calculation you sent me in January of 2014 that we used to establish the $1,165 weekly wire transfer we were previously paying.

The calculation included:

Rent
Utility Adjustment
Valley Bank Loan Payment on Equipment
US Cellular
Bookkeeping
Exceed ??
Bank Fees

Since Tagnetics has taken over the lease and utilities I propose we keep only the Valley Bank Loan Payment on the Equipment and your cell phone bill.

According to the calculation provided and our discussion this week, the loan payment is $2,500 per month. Until and unless I get down there and an alternative assessment is made, I propose we continue to pay KVL $2,500/month for the equipment.  I will wire the April payment this Monday and every month thereafter on the 1st of the month.  By sending only one wire we eliminate most of the wire fees on both sides and each Company can absorb one monthly wire fee.

With respect to your cell phone, I propose we cover 50% of the standard monthly cell phone bill as we do for other officers/employees who request reimbursement.  Please submit your cell phone bill reimbursement requests on our standard expense report form each month or at a minimum, once each quarter.  I've also attached our standard expense reimbursement form for your convenience.

Please confirm these proposals are satisfactory and we can proceed as outlined above.

Thank you,

- *Lou.*

Luis A. Fernandez
SVP & Chief Financial Officer

Tagnetics, Inc.
635 Olympic Drive
Troy, Ohio  45373
www.powershelf.net


EXHIBIT
8

4/3/2019 Attachment from Loan

|  | | Adjusted |
|---|---|---|
| Weekly Income | 1,000 | 1,165 |
|  | 52 | |
| Annual Income | 52,000 | 30,378 |
|  | 12 | |
| Monthly Income | 4,333 | 5,048 |
| Adjustment Needed | 165 | |
| New Weekly Amount | 1,165 | |

Monthly Expenses

| | | |
|---|---|---|
| Rent | 1,800 | |
| Utility Adjustment | 167 | |
| Valley Bank | 2,500 | |
| US Cellular | 218 | |
| Bookkeeping | 225 | |
| Exceed | 63 | |
| Bank Fees | 65 | |
| | 5,038 | 10 |

| | | |
|---|---|---|
| Does not include | | |
| Credit Cards | 600 | |
| Legal | | |
| Total | 600 | |
| Additional Adjusment Needed | 138 | |
| Weekly Amount including above | 1,303 | |

M Gmail

Ken Kayser <drkwkayser@gmail.com>

resignation and final report

**Daniel White** <dwhite@compassmarketinginc.com>
To: Ken Kayser <drkwkayser@gmail.com>
Cc: Daniel White <danieljwhite@msn.com>

Tue, Feb 19, 2019 at 3:03 PM

Dr. Kayser,

Thank you for the E mail. I am sorry I did not get it sooner but this email is harder for me to use now. Please use danieljwhite@msn.com.

My daughter goes to James Madison University and I will be out there in the next week or 10 days and I'm glad to meet you there, I'm also happy to meet you half way sooner. And of course glad to talk on the phone as well.

Daniel White
2402988156

On Mon, Jan 28, 2019, 11:31 AM Ken Kayser <drkwkayser@gmail.com wrote:
Dan
I would be interested in getting together.
Perhaps we we could meet half way.
I am in Roanoke Va.
What are your thoughts.
Ken

On Sat, Jan 26, 2019 at 11:33 PM Daniel White <dwhite@compassmarketinginc.com> wrote:
Ken,

I hope this email finds you doing as well as you can.

I left Tagnetics in 2016 because of differences with the management of that company, and - after 20 years - I am in the process of separating from Compass for the same reasons. I am not sure if you received any positive response to your email as I have been (probably appropriately) cut me off from any communications at Tagnetics. Less appropriately, the same is true at Compass. If you have a few minutes to talk or meet, I would like to make sure there are no outstanding issues between you and me so that I can make sure any loose ends are tied up. Email is fine too if you are more comfortable with that.

One of the silver linings of my experience with Tagnetics was that I got to meet you. I hope our paths cross again soon.

With Best Regards,

Daniel White
mobile/text: 240-298-8156

Daniel White
Compass Marketing, Inc.

mobile/text: 240-298-8156
facsimile:   240-214-0414

On Mon, Dec 17, 2018 at 1:18 AM Ken Kayser <drkwkayser@gmail.com> wrote:
Please see attached

EXHIBIT
9



M Gmail                                                   Ken Kayser <drkwkayser@gmail.com>

New Email

Ken Kayser <drkwkayser@gmail.com>                        Fri, Mar 22, 2019 at 5:18 PM
To: Daniel White <danieljwhite@msn.com>

Hi Dan
Let me know when.
I would like to get together
Ken

On Fri, Mar 22, 2019 at 1:25 PM Daniel White <danieljwhite@msn.com> wrote:
Good afternoon, Dr. Kayser.

I noticed your bankruptcy filing online - and did share it with my brother Mike
FWIW, it is certainly understandable from my perspective, and a necessary action.

I have not been able to catch up with Emily due to her travels with her GMU team, but
hope to very soon. I look forward to crossing paths if that is something you would
still like to do. Either way, I wanted you to know that I am really hope everything
works out for you, and others who have put so much into Fagnetics over such a long
time.

Best Regards,

Daniel White
240-299-8156

From: Ken Kayser <drkwkayser@gmail.com>
Sent: Friday, February 22, 2019 1:07 AM
To: Daniel White
Subject: Re: New Email

Sorry. I meant your daughter.
Ken

On Fri, Feb 22, 2019 at 1:05 AM Ken Kayser <drkwkayser@gmail.com> wrote:
Hi Dan
Perhaps we can lunch when you are visiting your son.
Let me know your schedule.
Hope all is well with you.
Ken

On Thu, Feb 21, 2019 at 11:40 AM Daniel White <danieljwhite@msn.com> wrote
Dr. Kayser,

Just checking to make sure you are receiving my emails. I don't use my Comcast
email anymore and was not sure if my responses to you made it out.

Best,

Daniel White
240-299-8156

Daniel J. White
Email: danieljwhite@msn.com

EXHIBIT
tabbies   10

 Gmail

Ken Kayser <drkwkayser@gmail.com>

(no subject)

**Daniel White** <danieljwhite@msn.com>                                                   Wed, Apr 10, 2019 at 5:31 PM
To: Ken Kayser <drkwkayser@gmail.com>

Dr. Kayser,

I would certainly like to meet as well. Are there any windows in the near future that are good for you?

Daniel White
2404342202

Daniel White

**From:** Ken Kayser <drkwkayser@gmail.com>
**Sent:** Wednesday, April 10, 2019 3:50:45 PM
**To:** Daniel White
**Subject:**

Dan
Can you make time to meet with me?
I am willing to drive up to meet.
In light of recent and possibly pending actions, i believe it would
be useful to both of us to meet.
Please let me know yes or no so I know you received this message.
Ken
Dr K W Kayser

EXHIBIT
11



Ken Kayser <drkwkayser@gmail.com>

## New Email

**Daniel White** <danieljwhite@msn.com>                    Thu, Feb 21, 2019 at 11:40 AM
To: Ken Kayser <drkwkayser@gmail.com>

Dr. Kayser,

Just checking to make sure you are receiving my emails.  I don't use my Compass email
anymore and was not sure if my responses to you made it out.

Best,

Daniel White
240-298-8156


Daniel J. White
Email:  danieljwhite@msn.com



Join us for the JDRF Ride to Cure Diabetes to raise money for the Juvenile Diabetes Research Foundation International (JDRF) and
help us to put one of America's deadliest diseases under our wheels for good.

You can find details about the Ride at http://ride.jdrf.org and our team's fundraising page at https://www2.jdrf.org/site/SPageServer?
pagename=ride_participant_center&pc2_page=center&fr_id=7372&s_participantTrID=7372

The information contained in this electronic mail transmission (including any accompanying attachments) is intended solely for its
authorized recipient(s), and may be confidential and/or legally privileged



EXHIBIT

12

Mr. Wesner,

Thank you for the email.  I am happy to help however I can.  I am
sending a preliminary response today as I am in trial, but will follow
up further when I clear.  I am also glad to talk by phone.

I must tell you up front that I believe that my brother John has
turned Tagnetics from a small business that was sort of puttering
along with a chance of survival and a really dedicated group of
owners, partners, employees, suppliers, and customers into something I
can only characterize as a stock scam.  I communicate that to you in
case your client is uncomfortable with me helping due to my
unfortunate connection with John.

I did not see the transformation happening until it was too late, and
could not stop him from continuing down such a dangerous path.  At
this point, he has "bought" or granted himself and then sold millions
of dollars of Tagnetics stock and options – some through the company
books and some most certainly not.  I seriously doubt TI can even
produce a ledger of shareholders (or creditors).  They are currently
negotiating with SES-Imagotag for another round of capital raise.  It
continues to amaze me how these major companies "invest" in an entity
without doing the most basic due diligence.

I am sure Dr. Keyser thinks I must have known about all of the side
deals and payments that John was negotiating for himself and his
friends, and perhaps I should have, but I did not - anymore than I
knew about the agreements he negotiated with Dr. Keyser and Mr. Early.
For what it is worth, I have never been paid a single cent by
Tagnetics and own no stock but for 300 shares that I bought from Lou
Fernadez for $10,000 when he pretended to need the money for "a
medical procedure".  Millions of dollars from my company I founded
with John (Compass Marketing) has been flushed down the Tagnetics hole
to keep the dodge alive.

It appears that the first "TI" defense is that the company is paying
their debts as they become due. That might be laughable, if it wasn't
real people's lives.  A simple review of the Delaware Department of
State Division of Corporations website clearly shows that TI has not
filed an annual report since 2014 and is currently nearly $500,000 in
arrears.   TI is currently in VOID/ Tax Delinquent status in DE.  In
Maryland, the company would not even be able to appear in court in
that status and many liabilities would pass through to the directors.

Your client was on the board longer than I was, and until last
December.  He would know that TI has also not filed income tax returns
or sales tax returns or workers compensation or health insurance


EXHIBIT
13

certifications or many other required regulatory forms in a very long
time.  It has certainly been over 5 years since they even pretended to
have a shareholder meeting, or a financial statement, even though they
have created and sold, given and disbursed millions of shares since
then.

I also attach an email that your client would have from March 25, 2017
from John to the board attaching his "rolling weekly cash forecast"
for 2017.  You will note that it includes millions of dollars in past
due debt and a few hundred thousand dollars in (exaggerated) revenue
for the entire year.  On that ledger you will find amounts
representing payments due KVI and S-Tek. There are also hundreds of
thousands of dollars in royalties due to the owners of the technology
that TI licenses.

Of particular interest in the email attachment is the $988,997.44 in
"unpaid salaries".  With the employer portions of taxes, this amount
would be well over 1 million dollars.  At various junctures TI also
referred to these amounts as "delinquent payroll and taxes".
Obviously, I advised the board - and their counsel - that there really
is no such thing as "delinquent payroll and taxes" and that the
situation had to be addressed.  A large portion of the salaries are in
"equity payments".  One of the employees continues to be paid "under
the table".  Besides probably being illegal, these "delinquent payroll
and taxes" and taxes on "equity payments" could under some
circumstances become the personal liability of the directors.

One of the addressees on the email is Larry McWilliams.  Besides being
the fake co-CEO of Tagnetics with John, Larry is the actual Chairman
and CEO of Armstrong Flooring, Inc. (NYSE:AFI).  Larry knows better,
as does another addressee - Mitch Goldsmith, counsel for TI.  I assume
Mitch is conflicted out of this bankruptcy work because he is a
shareholder, and his firm is a large creditor, and his firm has been
paid hundreds of thousands of dollars from investor funds.  The
response of John, Larry and Mitch was to exclude me from further
critical communication until I resigned from the board.  I really am
surprised the Ohio Attorney General has not taken an interest in a
million dollars in "delinquent payroll and taxes".

TI has managed to keep the shell game going by pretending like Compass
Marketing owns Tagnetics (false) and paying many bills through that
company. After their utilities were shut off and they were evicted in
2017 from their offices in Troy, TI pretended to move to the Compass
offices in Annapolis, although they have never even filed a
registration statement with Maryland, much less a tax return.  Even
the lawyers who appear on behalf of TI in this action have been

retained and are billing and being paid by Compass Marketing.  Again,
in Maryland we would have to advise the court of that arrangement.

I apologize for the fragmented response, and look forward to talking
to you at your convenience if it would be helpful.

With Best Regards,

Daniel White

240-298-8156

From: "John White" <jwhite@compassmarketinginc.com>
Date: Mar 25, 2017 6:48 PM
Subject: Fwd: Preliminary Rolling Weekly Cash Forecast through 12/31 and Summary
To: "Vincent J. Browning" <VjBrowning@rrmechanical.com>, "Ed Quinn" <equinn@twperry.com>, "Ronald
Earley" <rearley@tagnetics.com>, "Ken Kayser" <kkayser@tagnetics.com>, "Larry McWilliams"
<lmcwilliams@compassmarketinginc.com>, "August Klein" <jka1a@aol.com>, "August Klein"
<jka1a@comcast.net>, "Daniel White" <dwhite@compassmarketinginc.com>,
"robert.tobin@persimmoncap.com" <robert.tobin@persimmoncap.com>, "Donald Sackman"
<dsackman@independence-equity.com>
Cc: "Goldsmith, Mitchell D." <mgoldsmith@taftlaw.com>

Guys,

Attached is a rolling weekly cash forecast through end of year as a PDF of the summary section.

This budget requires a little over $700K in funding between now and the end of the year on top of our WFM
receipts.  Please review for discussion at the board call Monday.

Thanks

John



TAGNETICS, INC
ROLLING WEEKLY CASH BUDGET / FORECAST
AS OF 3/24/17

| | | SUMMARY THROUGH 12/31/17 | |
|---|---|---|---|
| | *Comments / Questions* | **TOTAL THROUGH 12/31/17** | **MONTHLY AVG** |
| **OTHER PAYMENTS** | | - | - |
| | | - | - |
| Suppliers | | - | - |
| OOS Sensors | Do we need $'s here? Timing? | - | - |
| Rails | Do we need $'s here? Timing? | 8,000 | 846 |
| Labels | Do we need $'s here? Timing? | 9,000 | 951 |
| Ribbons | Do we need $'s here? Timing? | 3,000 | 317 |
| Phoenix Tags | Do we need $'s here? Timing? | 48,000 | 5,073 |
| TBD | | - | - |
| TBD | | - | - |
| | | | |
| Franchise Tax | | - | - |
| 3/1/16 Report | | 1,064 | 112 |
| 3/1/17 Report | | 5,000 | 528 |
| | | - | - |
| Quarterly Royalty Payments | | - | - |
| Quarterly Royalties on On-Line Sales | | - | - |
| NCR | | 8,903 | 941 |
| NIU | | 3,561 | 376 |
| Quarterly Royalties on Maintenance Recognized Income | | - | - |
| NCR | | 14,696 | 1,553 |
| NIU | | 5,879 | 621 |
| | | - | - |

| | OUTSTANDING BALANCES | Proposed Monthly Payment | | |
|---|---|---|---|---|
| Payments on Outstanding Royalty Balances | | | - | - |
| NCR | 331,873.28 | $ 5,000.00 | 50,000 | 5,285 |
| NIU | 111,674.16 | $ 2,000.00 | 20,000 | 2,114 |
| | 443,547.44 | $ 7,000.00 | - | - |
| Payments on Other Past Due Balances | OUTSTANDING BALANCES | | - | - |
| Unpaid Gross Salaries | | | - | - |
| Unpaid Cash Salaries | 421,121.78 | | - | - |
| Unpaid Equity Salaries | 515,296.29 | | - | - |
| Accrued Employer Taxes on Unpaid Salaries | 52,579.89 | | - | - |
| Sub-Total Unpaid Gross Salaries & Taxes | 988,997.96 | 0.00 | - | - |
| Compass Marketing | 245,545.01 | $ 5,000.00 | 50,000 | 5,285 |
| Pervasive Displays | 210,318.00 | | - | - |
| TAFT | 86,899.73 | $ 2,500.00 | 25,000 | 2,642 |
| Sales Taxes (CA, AK, OK, LA, MN & MD) | 77,935.11 | | - | - |
| Intrigue Technologies | 35,000.82 | $ 2,500.00 | 25,000 | 2,642 |
| Nixon Peabody | 22,260.00 | $ 2,250.00 | 22,260 | 2,353 |
| American Standard Circuits | 10,514.19 | $ 1,000.00 | 10,514 | 1,111 |
| | | | | |
| FotoFab (Sent to collection agency, threatening legal.) | 3,291.25 | $ 500.00 | 3,291 | 348 |
| MET Laboratories | 2,250.00 | $ 500.00 | 2,250 | 238 |
| Digi Key (>90 Days) | 1,697.23 | $ 500.00 | 1,697 | 179 |
| Advantech US, Inc. | 680.00 | | 680 | 72 |
| Orkin | 591.00 | | 591 | 62 |
| Proto Labs | 137.00 | | 137 | 14 |
| Collcraft | 35.60 | | 36 | 4 |
| SALEM OCCUPANCY RELATED PAST DUES: | | | - | - |
| City of Salem Utilities | 330.40 | | 330 | 35 |
| Roanoke Gas | 78.76 | | 79 | 8 |
| Comcast | 816.46 | | 816 | 86 |
| Ethos Technologies (Back lease pmts on Salem copier | 607.41 | | 607 | 64 |
| | 1,687,985.93 | 14,750.00 | - | - |
| | | | - | - |
| | | | - | - |
| Sub-Total Disbursements | | | 1,035,714 | 109,466 |
| | | | | |
| Net Surplus / (Deficit) | | | (700,737) | (74,062) |

TAGNETICS, INC
ROLLING WEEKLY CASH BUDGET / FORECAST
AS OF 3/24/17

| | Comments / Questions | | | SUMMARY THROUGH 12/31/17 | |
| --- | --- | --- | --- | --- | --- |
| | | | | TOTAL THROUGH 12/31/17 | MONTHLY AVG |
| **CASH RECEIPTS** | | | | | |
| WFM On-Line Sales | Estimated | | | 76,830 | 8,120 |
| WFM Maintenance Contracts | Timing based on due dates | | | 258,148 | 27,284 |
| Other | Any $'s from Pepsi, KH or others? | | | - | - |
| Sub-Total Cash Receipts | | | | 334,978 | 35,404 |
| **PAYROLL, CONTRACTORS, T&E & SHIPPING** | | | | | |
| Payroll | | | | | |
| Officers / Employees - Full Time Salaried | | | | | |
| Andy Siefring | | | | 42,760 | 4,519 |
| Jon York | Do we need $'s here? He had agreed to stock in lieu | | | 50,400 | 5,327 |
| Rickey Pierce | | | | 65,420 | 6,914 |
| Ron Earley | | | | 166,154 | 17,561 |
| | | | | - | - |
| Officers / Employees - Part Time Hourly | | | | - | - |
| Bob Strain | At 50% for 20 hrs/week for inventory control and purchasing if he is willing | | | 43,180 | 4,564 |
| | | | | - | - |
| Contractors | | | | - | - |
| Fernandez | Estimated, hours vary | | | 72,200 | 7,631 |
| | | | | - | - |
| Field Travel | Estimated | | | 51,250 | 5,417 |
| | | | | - | - |
| Officer/Employee/Cp=ontractor Expense Reports | Outstanding Balances (ANY PMTS?) | | Monthly $ Amt. | - | - |
| Ron Earley | | 801.85 | $        300.00 | 3,502 | 370 |
| Marty Monserez | | 3,096.49 | | - | - |
| John White | | 1,800.92 | | - | - |
| Jon York | | Phone | 150.00 | 1,350 | 143 |
| Matt Meyer | | Phone | 150.00 | 1,350 | 143 |
| Andy Siefring | | Misc Giant Eagle / Fukuvl / Mileage | 250.00 | 2,250 | 238 |
| Lou Fernandez | | Supplies / Phone / Internet / Mileage | 300.00 | 2,700 | 285 |
| Shipping Companies | Estimated $600/wk | | | 25,408 | 2,685 |
| **MONTHLY PAYMENTS** | | | Monthly $ Amt. | - | - |
| Occupancy - Troy | | | | - | - |
| Rent | | | 6,000.00 | 54,000 | 5,707 |
| Property Tax | | | | 8,688 | 918 |
| Utilities, Internet & Other | | | | - | - |
| Dayton Power & Light | | | 1,100.00 | 9,900 | 1,046 |
| City of Troy Water | | | 170.00 | 1,690 | 179 |
| Cincinnati Bell | | | 285.00 | 2,565 | 271 |
| Time Warner / Spectrum | Internet | | 497.84 | 4,481 | 474 |
| Waste Management | | | 175.00 | 1,923 | 203 |
| Protection One (Security) | | | 63.34 | 697 | 74 |
| Vectren Energy (Gas) | | | 650.00 | 5,850 | 618 |
| | | | | - | - |
| ADP Payroll & H/R | Updating H/R records to reduce cost | | 1,794.00 | 16,146 | 1,706 |
| | | | | - | - |
| Insurance | | | | | |
| O&O | | | 3,960.00 | 11,880 | 1,256 |
| General | | | 3,244.50 | 12,978 | 1,372 |
| Worker's Comp | | | 1,203.50 | 3,811 | 382 |
| Commercial Auto | | | 261.50 | 785 | 83 |
| Umbrella | | | 1,262.50 | 5,060 | 535 |
| Ohio Bureau of Workers Comp | | | 693.00 | 5,175 | 547 |
| Keyman Insurance (R. Earley) | Should we keep this? | | 507.00 | 5,070 | 536 |
| AFLAC | | | 1,600.00 | | |
| | | | | - | - |
| Sales Tax | | | | 7,747 | 819 |
| | | | | - | - |
| Bluepay | Credit card processor.  Can we cancel this? | | 44.95 | 405 | 43 |
| | | | | - | - |
| AT&T | WiFi Access points used in field | | 1,435.00 | 14,350 | 1,517 |
| | | | | - | - |

**Tagnetics, Inc.**
**Available Cash & Working Capital Summary**
**11/2/2015**

| | | |
|---|---|---|
| Chase Operating Account Bank Balance | | $ 987.65 |
| Deposits in Transit | | |
| Confirmed 11/3 WFM Receipts | | |
| Sub-Total Deposits in Transit | | $ 515.37 |
| Less Outstanding Checks / ACH's & WIRES | | $ 472.28 |
| Current Ledger Balance | | |
| This Week's Non-Discretionary Pending Payments/Expenditures & Reserves | | |
| This week's payroll (hourly plus weekly salaried) | 7,200.97 | |
| This week's remaining travel | 3,000.00 | |
| Next week's travel | 4,000.00 | $ 14,390.97 |
| This Week's Surplus / (Deficit) Before Desired Vendor Pmt Subject to Approval | | $ (13,918.69) |
| Desired Vendor Payments Subject to Approval | | |
| Minimum Additional Payments | 16,205.14 | $ 18,220.14 |
| This Week's Chase Bank Operating Account Surplus / (Deficit) | | $ (32,138.83) |

**M&T BANK BALANCES (As of 10/13/15)**

| | | |
|---|---|---|
| Checking | 661.19 | |
| Money Market | 139.95 | $ 781.14 |

**ACCOUNTS RECEIVABLE SUMMARY**

| | | |
|---|---|---|
| Whole Foods Market | | |
| Maintenance Contract Renewals (Yale, Fairview, Post Oak) | 37,650.00 | |
| On-Line Sales | 12,000.00 | |
| Sub-Total WFM | | 49,650.00 |
| PMI / Giant Eagle Project | | |
| Diageo Guiness USA | 5,000.00 | |
| Great Lakes Brewing Company | 3,000.00 | |
| Heineken USA | 7,500.00 | |
| In Bev - Anheuser Busch | 20,000.00 | |
| Kimberly-Clark | 20,000.00 | |
| North American Breweries | 5,000.00 | |
| PepsiCo, Inc | 30,000.00 | |
| Sub-Total PMI / Giant Eagle Project | 90,500.00 | $ 139,550.00 |



EXHIBIT 15

# ACCOUNTS PAYABLE & OTHER LIABILITIES

| | Current | 1-30 | 31-60 | 61-90 | >90 | Total | TO BE PAID (APPROVAL REQUEST) CURRENT DUE | TOTAL PAST DUE & DUE <4R74 |
|---|---|---|---|---|---|---|---|---|
| **EMPLOYEE EXPENSE REPORTS** | | | | | | | | |
| STRAW, ROBERT A (AP) | 0.00 | 0.00 | 1,646.70 | 0.00 | 0.00 | 1,646.70 | | 1,646.70 |
| JOH HACKER | 0.00 | 0.00 | 450.10 | 0.00 | 0.00 | 450.10 | | 450.10 |
| NOVOSEROZ, WILLIAM M. | 0.00 | 3,995.92 | 372.81 | 624.60 | 2,052.44 | 7,014.81 | | 7,014.81 |
| TONI EARLEY | 0.00 | 1,002.99 | 0.00 | 0.00 | 0.00 | 1,002.99 | | 1,002.99 |
| VLADIMIR DRAGOVIC | 0.00 | 0.00 | 0.00 | 580.75 | 0.00 | 580.75 | | 580.75 |
| **OCCUPANCY RELATED EXPENSES** | | | | | | | | |
| ADT SECURITY | 0.00 | 0.00 | 0.00 | 66.54 | 0.00 | 66.54 | | 66.54 |
| AQUALON | 0.00 | 92.50 | 0.00 | 0.00 | 0.00 | 92.50 | | 92.50 |
| CINCINNATTI BELL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 164.67 | | |
| CITY OF SALEM UTILITY COLLECTION DEPT | 0.00 | 215.49 | 0.00 | 0.00 | 0.00 | 215.49 | | 215.49 |
| CITY OF TROY (Trey water) | 156.63 | 0.00 | 0.00 | 0.00 | 0.00 | 156.63 | | |
| COMCAST (Steven Rohman) | 0.00 | 194.13 | 0.00 | 0.00 | 0.00 | 416.13 | | 416.13 |
| DAYTON POWER AND LIGHT | 479.54 | 0.00 | 0.00 | 0.00 | 0.00 | 329.54 | | |
| EVERGREEN LAWN CARE | 0.00 | 219.99 | 222.27 | 259.56 | 0.00 | 701.82 | | 701.82 |
| KOORSEN FIRE & SECURITY | 0.00 | 0.00 | 327.69 | 0.00 | 0.00 | 327.69 | | 327.69 |
| KOL | 2,500.00 | 2,500.00 | 0.00 | 0.00 | 0.00 | 5,000.00 | | 2,500.00 |
| VALDOR CLEEZI (Trey janitorial service) | 850.80 | 850.80 | 419.60 | 0.00 | 0.00 | 3,520.80 | | 1,027.20 |
| ORKIN | 0.00 | 118.36 | 118.36 | 118.36 | 0.00 | 355.08 | | 355.08 |
| PROTECTION ONE | 54.11 | 58.11 | 58.11 | 0.00 | 0.00 | 174.33 | | 174.33 |
| ROANOKE GAS COMPANY | 35.62 | 0.00 | 48.74 | 0.00 | 0.00 | 48.74 | | 48.74 |
| WASTE MANAGEMENT | 0.00 | 117.96 | 0.00 | 0.00 | 0.00 | 290.59 | | 290.59 |
| BLUE RIDGE COPIER | 0.00 | 72.81 | 73.45 | 0.00 | 0.30 | 146.26 | | 146.26 |
| **SHIPPING COMPANIES** | | | | | | | | |
| DUNBUCO | 0.00 | 1,491.15 | 0.00 | 0.00 | 0.00 | 1,491.15 | | 1,491.15 |
| FEDEX COLUM | 252.78 | 0.00 | 0.00 | 0.00 | 0.00 | 252.78 | | 252.78 |
| FED EX FRIGHT | 119.68 | 2,990.72 | 814.28 | 275.24 | 0.00 | 4,190.12 | | 3,954.44 |
| UPS SUPPLY CHAIN SERVICES | 0.00 | 0.00 | 0.00 | 26.67 | 0.00 | 25.67 | | 26.67 |
| **ROYALTIES** | | | | | | | | |
| HCR 2012/2014 Royalty Installment Payments (March–October at $16,323 Effime) | 16,298.07 | 16,298.07 | 16,298.07 | 16,298.07 | 64,292.28 | 129,634.56 | 113,996.49 | 113,996.49 |
| HCR Q3 2015 ROYALTY | 0.00 | 0.00 | 0.00 | 0.00 | 10,209.93 | 10,209.93 | | 16,260.93 |
| HU Q2 2016 ROYALTY | 0.00 | 0.00 | 0.00 | 0.00 | 5,134.97 | 5,134.97 | | 5,134.97 |
| HCR Q3 2015 ROYALTY | 0.00 | 14,401.52 | 0.00 | 0.00 | 0.00 | 14,401.62 | | 14,401.62 |
| HU Q2 2016 ROYALTY | 0.00 | 7,200.81 | 0.00 | 0.00 | 0.00 | 7,200.81 | | 7,200.81 |
| **CONSULTANTS / CONTRACTORS & OTHER PROFESSIONAL FEES** | | | | | | | | |
| BMC GROUP | 0.00 | 387.10 | 0.00 | 0.00 | 0.00 | 387.10 | | 387.10 |
| CHUBB & SON (INSURANCE) | 1,272.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1,272.50 | | |
| COMPASS MARKETING | 29,000.00 | 35,000.00 | 43,243.65 | 22,626.70 | 206,929.77 | 307,199.87 | 107,199.87 | 107,199.87 |
| NIXON PEABODY | 0.00 | 0.00 | 375.00 | 0.00 | 12,523.00 | 12,898.00 | 12,898.00 | 12,898.00 |
| OHIO BUREAU OF WORKERS COMPENSATION | 2,499.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| RICH HAMER | 0.00 | 0.00 | 750.00 | 0.00 | 0.00 | 750.00 | | 750.00 |
| TAFT | 5,823.09 | 2,342.00 | 750.25 | 4,529.95 | 13,763.24 | 13,382.15 | | 13,382.15 |
| THE PURDUCO GROUP | 0.00 | 12,265.00 | 3,254.73 | 0.00 | 29,269.00 | 24,360.00 | | 24,360.00 |
| APLAC | 1,015.35 | 1,404.98 | 1,400.68 | 0.00 | 7.30 | 2,593.26 | | 2,593.26 |



EXHIBIT 16

PRODUCTION & ENGINEERING SUPPLIERS

| | | | | | |
|---|---|---|---|---|---|
| ADVANCED MODULES, INC. | 0.00 | 0.00 | 450.00 | 230.00 | 680.00 |
| AMERICAN STANDARD CIRCUITS | 0.00 | 5,077.29 | 0.00 | 5,436.90 | 10,514.19 |
| ANC-TRONICS | 0.00 | 0.00 | 8,240.00 | 0.00 | 8,240.00 |
| BUTLER TECHNOLOGIES (includes the E24K listed above) | 12,022.50 | 0.00 | 28,778.60 | 24,890.90 | 26,778.60 |
| CHEMSTAR | 0.00 | 0.00 | 14,350.00 | 0.00 | 14,350.00 |
| COILCRAFT | 0.00 | 35.60 | 0.00 | 0.00 | 35.60 |
| CUSTOM MACHINING & TOOL (DESIGN TECHMOTION) | 0.00 | 88.00 | 1,512.00 | 0.00 | 1,600.00 |
| DELL MARKETING (DELL TECHNOLOGIES) | 0.00 | 0.00 | 3,941.10 | 0.00 | 6,060.04 |
| DIGI KEY | 0.00 | 1,124.43 | 527.80 | 0.00 | 1,697.23 |
| FOXCONN | 0.00 | 3,291.25 | 0.00 | 0.00 | 3,291.25 |
| FUSION | 0.00 | 853.94 | 5,363.05 | 0.0% | 16,495.00 |
| NET LABORATORIES | 0.00 | 0.00 | 2,225.00 | 0.00 | 2,250.00 |
| PERVASIVE DISPLAYS | 0.00 | 0.00 | 31,248.00 | 33,364.60 | 32,248.00 |
| PROTO LABS | 0.00 | 137.00 | 0.00 | 0.00 | 137.00 |
| PROVANTAGE | 0.00 | 0.00 | 4,123.58 | 4,123.66 | 4,103.68 |
| ROBERTS OXYGEN | 0.00 | 55.44 | 58.92 | 0.00 | 168.02 |
| S-TEK | 0.00 | 0.00 | 3,296.15 | 3,436.15 | 3,436.25 |
| SPECIALTY PRINTING | 1,447.40 | 0.00 | 0.00 | 0.00 | 1,437.75 |
| TECHNOLOGY RECOVERY GROUP | 0.00 | 799.60 | 61.45 | 1,456.58 | 2,135.58 |
| | 65,741.51 | 112,065.90 | 145,674.64 | 97,361.25 | 313,392.31 |