**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: June 11, 2019**

_____

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| In re:  TAGNETICS INC.,  *Debtor* | Case No.  19-30822<br><br>Judge Humphrey<br>Chapter 7 |

**Order Granting Motion to Continue Trial**

On May 17, 2019 the court entered an Order (doc. 18) which scheduled a trial on the Involuntary Chapter 7 Petition Against a Non-Individual (doc. 1), filed by Petitioning Creditors Kenneth W. Kayser, Ronald E. Early, Kayser Ventures Ltd., Jonathan Hager, Robert Strain and S-Trek Inc., and Tagnetics Inc.'s Answer to Involuntary Bankruptcy Petition (doc. 10) for June 12, 2019. On June 6, 2019 counsel for Tagnetics filed a *Motion of Tagnatics, Inc., Alleged Debtor, for Continuance of Trial and to Modify Other Deadlines Set Fourth in the Scheduling Order (doc. 18) Entered May 17, 2019* (doc. 24).

Based upon counsel's representations, in accordance with the pretrial conference held on June 10, 2019, and with the agreement of all counsel, the *Motion for Continuance of Trial* (doc. 24) is **granted**.

The court will issue a separate order rescheduling the trial and extending the hearing related filing deadlines.

**IT IS SO ORDERED.**

Copies to:

All Creditors and Parties in Interest

Stephen B. Stern, 238 West Street, Annapolis, Maryland 21401

Douglas S. Draper, 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130

Leslie A. Collins, 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130

MaryAnne Wilsbacher, Office of the United States Trustee, 170 North High Street, Suite 200, Columbus, Ohio 43215

United States Bankruptcy Court
Southern District of Ohio

In re:  
Tagnetics Inc.  
      Debtor

Case No. 19-30822-grh  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0648-3   User: chipmanm   Page 1 of 1   Date Rcvd: Jun 11, 2019  
                     Form ID: pdf01   Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2019.

```
db               Tagnetics Inc.,    3415 RT 36,    Piqua, OH  45356
                +Douglas S Draper,    650 Poydra Street,    Suite 2500,    New Orleans, LA 70130-6175
ptcrd           +Jonathan Hager,    2170 River Oaks Drive,    Salem, VA 24153-7368
ptcrd           +Kayser Ventures Ltd,    1872 Pratt Dr,    Ste 1800,    Blacksburg, VA 24060-6323
ptcrd           +Kenneth W Kayser,    PO Box 115,    Catawba, VA 24070-0115
                +Leslie A Collins,    650 Poydras Street,    Suite 2500,    New Orleans, LA 70130-6175
                +MaryAnne Wilsbacher,    170 North High Street,    Suite 200,    Columbus, OH 43215-2417
ptcrd           +Robert Strain,    427 Artell St,    Marcengo, IL 60152-3205
ptcrd           +Ronald E. Early,    6429 Winding Tree Dr,    New Carlise, OH 45344-9168
ptcrd           +S-Tek Inc.,    1100 Wayne St,    Suite 5000,    Troy, OH 45373-3071
                +Stephen B Stern,    238 West Street,    Annapolis, MD 21401-3424
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2019 at the address(es) listed below:

```
              Asst US Trustee (Day)   USTPRegion09.CB.ECF@usdoj.gov
              Christopher L Wesner    on behalf of Petitioning Creditor   S-Tek Inc. chriswesnerlaw@gmail.com,
               ecf.cwlo@gmail.com;rtanner@millerluring.com
              Christopher L Wesner    on behalf of Petitioning Creditor   Kayser Ventures Ltd
                chriswesnerlaw@gmail.com,    ecf.cwlo@gmail.com;rtanner@millerluring.com
              Robert R Kracht   on behalf of Debtor   Tagnetics Inc. rrk@mccarthylebit.com
                                                                                              TOTAL: 4
```