IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:19-bk-30822 |
| TAGNETICS INC., ) | |
| ) | Chapter 7 (Involuntary) |
| Alleged Debtor. ) | |
| ) | JUDGE GUY R. HUMPHREY |

## MOTION OF McCARTHY, LEBIT, CRYSTAL & LIFFMAN, CO. L.P.A., FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Rule 1.16 of the Ohio Rules of Professional Conduct and LBR 2091-1(a)(2), the law firm of McCarthy, Lebit, Crystal & Liffman, Co. L.P.A. and Robert R. Kracht, Esq; (collectively "MLCL") respectfully move this Court for leave to withdraw from further representation of Tagnetics Inc., the Alleged Debtor ("Tagnetics"). In support of the Motion MLCL represents:

1. There have arisen and continue to exist irreconcilable differences between MLCL and Tagnetics that have prevented MLCL from being able to continue to represent Tagnetics in this matter. MLCL cannot go into particulars regarding the irreconcilable differences that currently exist due to the attorney-client-privilege.

2. Tagnetics is currently represented by three law firms with Attorney Stephen Stern and his firm, Kagan Stern Marinello & Beard, LLC, acting as lead counsel with the assistance of Douglas Draper and Leslie Collins of the firm of Heller, Draper, Patrick, Horn & Manthey, L.L.C. This Court previously granted Attorney Stern's, Attorney Draper's, and Attorney Collins's motions to appear *pro hac vice*.

3.  Permitting MLCL to withdraw at this time will not affect the matters addressed in the Court's current scheduling order or the trial scheduled for July 29, 2019.

4.  MLCL has communicated its intent to file this Motion to Tagnetics through their lead counsel and they have received a copy of this Motion via the Court's ECF process and again by direct email to the Tagnetics' representative and co-counsel.

5.  Accordingly, good cause exists under the Rules of Professional Conduct and LBR 2019-1(a)(2) for the granting of this Motion.

**WHEREFORE,** McCarthy, Lebit, Crystal & Liffman, Co. L.P.A. and Robert R. Kracht, Esq., for good cause shown, request that the within Motion be granted for the reasons set forth herein.

Dated: June 20, 2019                                      Respectfully submitted,

*/s/ Robert R. Kracht*
Robert R. Kracht (0025574)
McCarthy, Lebit, Crystal
  & Liffman Co., LPA
101 West Prospect Avenue, Suite 1800
Cleveland, Ohio 44115
(216) 696-1422 – Telephone
(216) 696-1210 – Facsimile
rrk@mccarthylebit.com

### **CERTIFICATE OF SERVICE**

     I hereby certify that on June 20, 2019, a copy of the foregoing *Motion for Leave to Withdraw as Counsel* was served (i) **electronically** on the date of filing through the Court's ECF System on all ECF participants registered in this case with the court and (ii) by personal email to the following Pro Se Petitioning Creditors and (iii) to a representative of Tagnetics by personal email and overnight express mail:

**Kenneth W Kayser**
PO Box 115
Catawba, VA 24070

**Ronald E. Early**
6429 Winding Tree Dr
New Carlise, OH 45344

**Jonathan Hager**
2170 River Oaks Drive
Salem, VA 24153

**Robert Strain**
427 Artell St
Marcengo, IL 60152

**Jeremy Shane Flannery**
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 43215-2417

                                                */s/ Robert R. Kracht*
                                                Robert R. Kracht (#0025574)