# EXHIBIT 4

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF OHIO (DAYTON)

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 19-30822 |
| TAGNETICS INC. | * | CHAPTER 7 |
| INVOLUNTARY DEBTOR | * | |

**RESPONSES TO INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS**

FROM:    Robert Strain

. **INTERROGATORIES**

**INTERROGATORY NO. 1:**

Please state the name, address and substance of the anticipated testimony of any witness you may call at the trial of the Involuntary.

Lou Fernandez 4437 Stonehaven Dr. Long Grove, IL 60047 Former CFO Tagnetics

Ron Earley 6429 Winding Tree Dr. New Carlisle, OH 45344 Former President Tagnetics

**INTERROGATORY NO. 2:**

Please state the name, address and substance of the anticipated testimony of any witness who will testify in support of your claim against the Debtor.

Same As Above

**INTERROGATORY NO. 3:**

Please state the amounts you assert are owed to you by the Debtor and what facts support the amounts you claim you are owed.

$17,049.35 W-2 Statements from 2014 to 2017. Deferred Payroll Spreadsheet

1

{01322263-1}

**INTERROGATORY NO. 4:**

Please state the name, address and substance of the anticipated testimony of any witness who will testify in support of your assertion that the Debtor is not paying its debts as they come due.

**INTERROGATORY NO. 5:**

Please state why you filed the Involuntary action against the Debtor, as opposed to filing suit and obtaining a monetary judgment against the Debtor in state or federal court.

Did not have the financial means to file a lawsuit.

**INTERROGATORY NO. 6:**

Identify and describe each communication you had with Daniel White or Michael White regarding the Involuntary and/or the Debtor.

No communication.

## PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1:**

Copies of all documents that form the basis for your claim against the Debtor.

See attached documents.

**REQUEST FOR PRODUCTION NO. 2:**

Copies of all correspondence wherein you made a demand on the Debtor for the payment of the amount you assert you are owed by the Debtor.

See attached documents

**REQUEST FOR PRODUCTION NO. 3:**

Copies of all documents that were used or reviewed by you in the calculation of all claims asserted by you against the Debtor.

See attached documents.

2

{01322263-1}

**REQUEST FOR PRODUCTION NO. 4:**

Copies of all documents used or reviewed that support your assertion that the Debtor is not paying its debts as they become due.

See attached vendor / landlord emails

**REQUEST FOR PRODUCTION NO. 5:**

Copies of all correspondence sent to or received from any other Petitioning Creditor.

None

**REQUEST FOR PRODUCTION NO. 6:**

Copies of all correspondence with any board member or officer of the Debtor that refers to or relates to or discusses your claim against the Debtor.

None

**REQUEST FOR PRODUCTION NO. 7:**

Copies of all documents (whether emails, text messages, letters, or other communications) between you and Daniel White or Michael White concerning the Involuntary or the Debtor.

None

Dated: May 16, 2019

Respectfully submitted.

_____

**Robert Strain**
427 Artell St
Marcengo, IL 60152

3

{01322263-1}



**Transaction Details**
Prepared for
John D White
Account Number
XXXX-XXXXXX-71008

Classic Blue Cash® / June 3, 2017 to June 3, 2019
Search results for "Intuit"

| Date | Receipt | Description | Card Member | Amount |
|---|---|---|---|---|
| Jun 19 2017 | | INTUIT *QB ONLINE - 800-286-6800, CA | Daniel White | $15.00 |
| Doing Business As: INTUIT | | | | |
| 7535 TORREY SANTA FE RD SAN DIEGO CA 92129 UNITED STATES | | | | |
| Additional Information: SOFTWARE | | | | |
| Reference: 320171700368466917 | | | | |
| Category: Merchandise & Supplies-Computer Supplies | | | | |
| Jul 19 2017 | | INTUIT *QB ONLINE - 800-286-6800, CA | Daniel White | $15.00 |
| Doing Business As: INTUIT | | | | |
| 7535 TORREY SANTA FE RD SAN DIEGO CA 92129 UNITED STATES | | | | |
| Additional Information: SOFTWARE | | | | |
| Reference: 320172010834816560 | | | | |
| Category: Merchandise & Supplies-Computer Supplies | | | | |
| Aug 19 2017 | | INTUIT *QB ONLINE - 800-286-6800, CA | Daniel White | $15.00 |
| Doing Business As: INTUIT | | | | |
| 7535 TORREY SANTA FE RD SAN DIEGO CA 92129 UNITED STATES | | | | |
| Additional Information: SOFTWARE | | | | |
| Reference: 320172310286091649 | | | | |
| Category: Merchandise & Supplies-Computer Supplies | | | | |
| Sep 19 2017 | | INTUIT *QB ONLINE - 800-286-6800, CA | Daniel White | $15.00 |
| Doing Business As: INTUIT | | | | |
| 7535 TORREY SANTA FE RD SAN DIEGO CA 92129 UNITED STATES | | | | |
| Additional Information: SOFTWARE | | | | |
| Reference: 320172620743253648 | | | | |
| Category: Merchandise & Supplies-Computer Supplies | | | | |
| Oct 06 2017 | | INTUIT *QB ONLINE - 800-286-6800, CA | Michael R White | $430.00 |
| Doing Business As: INTUIT | | | | |
| 7535 TORREY SANTA FE RD SAN DIEGO CA 92129 UNITED STATES | | | | |
| Additional Information: SOFTWARE | | | | |
| Reference: 320172820048046128 | | | | |
| Category: Merchandise & Supplies-Computer Supplies | | | | |
| Oct 19 2017 | | INTUIT *QB ONLINE - 800-286-6800, CA | Daniel White | $17.50 |
| Doing Business As: INTUIT | | | | |
| 7535 TORREY SANTA FE RD SAN DIEGO CA 92129 UNITED STATES | | | | |
| Additional Information: SOFTWARE | | | | |
| Reference: 320172920196055620 | | | | |
| Category: Merchandise & Supplies-Computer Supplies | | | | |
| Nov 07 2017 | | INTUIT *TURBOTAX - 800-446-8848, CA | Daniel White | $159.99 |
| Doing Business As: INTUIT | | | | |
| 7535 TORREY SANTA FE RD SAN DIEGO CA 92129 UNITED STATES | | | | |
| Additional Information: SOFTWARE | | | | |
| Reference: 320173120508075208 | | | | |
| Category: Merchandise & Supplies-Computer Supplies | | | | |
| Nov 19 2017 | | INTUIT *QB ONLINE - 800-286-6800, CA | Daniel White | $17.50 |
| Doing Business As: INTUIT | | | | |
| 7535 TORREY SANTA FE RD SAN DIEGO CA 92129 UNITED STATES | | | | |
| Additional Information: SOFTWARE | | | | |
| Reference: 320173230669519862 | | | | |
| Category: Merchandise & Supplies-Computer Supplies | | | | |
| Dec 13 2017 | | INTUIT *PROSERIES - 800-446-8848, CA | Daniel White | $579.82 |
| Doing Business As: INTUIT | | | | |
| 2700 COAST AVE MOUNTAIN VIEW CA 94043-1140 UNITED STATES | | | | |
| Additional Information: IGS_110239430598 92129 | | | | |
| Reference: 320173480087734342 | | | | |
| Category: Merchandise & Supplies-Computer Supplies | | | | |



**Transaction Details**
Prepared for
John D White
Account Number
XXXX-XXXXXX-71008

Classic Blue Cash® / June 3, 2017 to June 3, 2019
Search results for "Intuit "

| Date | Receipt | Description | Card Member | Amount |
|---|---|---|---|---|
| Dec 19 2017 | | INTUIT *QB ONLINE - 800-286-6800, CA | Daniel White | $17.50 |
| Doing Business As: INTUIT 7535 TORREY SANTA FE RD SAN DIEGO CA 92129 UNITED STATES Additional Information: SOFTWARE Reference: 320173530173967378 Category: Merchandise & Supplies-Computer Supplies | | | | |
| Jan 10 2018 | | INTUIT *PROCONNECTTAX - 800-446-8848, CA | Daniel White | $571.20 |
| Doing Business As: INTUIT 2700 COAST AVE MOUNTAIN VIEW CA 94043-1140 UNITED STATES Additional Information: IGS_110240967728 92129 Reference: 320180110520553993 Category: Merchandise & Supplies-Computer Supplies | | | | |
| Jan 19 2018 | | INTUIT *QB ONLINE - 800-286-6800, CA | Daniel White | $17.50 |
| Doing Business As: INTUIT 7535 TORREY SANTA FE RD SAN DIEGO CA 92129 UNITED STATES Additional Information: SOFTWARE Reference: 320180190636335471 Category: Merchandise & Supplies-Computer Supplies | | | | |
| Jan 23 2018 | | GOOGLE *INTUIT INC - 855-836-3987, CA | Daniel White | $16.99 |
| Doing Business As: Google Services 1600 AMPHITHEATRE PKWY MOUNTAIN VIEW CA 94043-1351 UNITED STATES Additional Information: SELLER Reference: 320180240717112792 Category: Business Services-Internet Services | | | | |
| Feb 06 2018 | | INTUIT *CHECKS / FORMS - 800-446-8848, CA | Michael R White | $438.77 |
| Doing Business As: INTUIT 7535 TORREY SANTA FE RD SAN DIEGO CA 92129 UNITED STATES Additional Information: SOFTWARE Reference: 320180440013936216 Category: Merchandise & Supplies-Computer Supplies | | | | |
| Feb 19 2018 | | INTUIT *QB ONLINE - 800-286-6800, CA | Daniel White | $17.50 |
| Doing Business As: INTUIT 7535 TORREY SANTA FE RD SAN DIEGO CA 92129 UNITED STATES Additional Information: SOFTWARE Reference: 320180500108924466 Category: Merchandise & Supplies-Computer Supplies | | | | |
| Feb 22 2018 | | GOOGLE *INTUIT INC - 855-836-3987, CA | Daniel White | $16.99 |
| Doing Business As: Google Services 1600 AMPHITHEATRE PKWY MOUNTAIN VIEW CA 94043-1351 UNITED STATES Additional Information: SELLER Reference: 320180550197288927 Category: Business Services-Internet Services | | | | |
| Mar 07 2018 | | INTUIT PAYROLL - 888-537-7794, CA | Michael R White | $22.97 |
| Doing Business As: PAYCYCLE 210 PORTAGE AVE PALO ALTO CA 94306-2242 UNITED STATES Additional Information: PAYROLL SVC Reference: 320180660356780158 Category: Merchandise & Supplies-Internet Purchase | | | | |
| Mar 19 2018 | | INTUIT *QB ONLINE - 800-286-6800, CA | Daniel White | $17.50 |
| Doing Business As: INTUIT 7535 TORREY SANTA FE RD SAN DIEGO CA 92129 UNITED STATES Additional Information: 214569404 21403- Reference: 320180780548583460 Category: Merchandise & Supplies-Computer Supplies | | | | |



**Transaction Details**
Prepared for
John D White
Account Number
XXXX-XXXXXX-71008

Classic Blue Cash® / June 3, 2017 to June 3, 2019
Search results for "Intuit "

| Date | Receipt | Description | Card Member | Amount |
|---|---|---|---|---|
| Mar 22 2018 | | GOOGLE *INTUIT INC - 855-836-3987, CA | Daniel White | $16.99 |

Doing Business As: Google Services
1600 AMPHITHEATRE PKWY MOUNTAIN VIEW CA 94043-1351 UNITED STATES
Additional Information: SELLER
Reference: 3201808306347020054
Category: Business Services-Internet Services

| Apr 18 2018 | | INTUIT *TURBOTAX - 800-446-8848, CA | Daniel White | $59.99 |

Doing Business As: INTUIT
7535 TORREY SANTA FE RD SAN DIEGO CA 92129 UNITED STATES
Additional Information: 632707185 21403-
Reference: 3201810800186314437
Category: Merchandise & Supplies-Computer Supplies

| Apr 19 2018 | | INTUIT *QB ONLINE - 800-286-6800, CA | Daniel White | $17.50 |

Doing Business As: INTUIT
7535 TORREY SANTA FE RD SAN DIEGO CA 92129 UNITED STATES
Additional Information: 216289554 21403-
Reference: 3201810900367051115
Category: Merchandise & Supplies-Computer Supplies

| Apr 22 2018 | | GOOGLE *INTUIT INC - 855-836-3987, CA | Daniel White | $16.99 |

Doing Business As: Google Services
1600 AMPHITHEATRE PKWY MOUNTAIN VIEW CA 94043-1351 UNITED STATES
Additional Information: SELLER
Reference: 3201811401259255726
Category: Business Services-Internet Services

| May 19 2018 | | INTUIT *QB ONLINE - 800-286-6800, CA | Daniel White | $17.50 |

Doing Business As: INTUIT
7535 TORREY SANTA FE RD SAN DIEGO CA 92129 UNITED STATES
Additional Information: 217743125 21403-
Reference: 3201813905212000541
Category: Merchandise & Supplies-Computer Supplies

| May 22 2018 | | GOOGLE *INTUIT INC - 855-836-3987, CA | Daniel White | $16.99 |

Doing Business As: Google Services
1600 AMPHITHEATRE PKWY MOUNTAIN VIEW CA 94043-1351 UNITED STATES
Additional Information: SELLER
Reference: 3201814406033473576
Category: Business Services-Internet Services

| Jun 19 2018 | | INTUIT *QB ONLINE - 800-286-6800, CA | Daniel White | $17.50 |

Doing Business As: INTUIT
7535 TORREY SANTA FE RD SAN DIEGO CA 92129 UNITED STATES
Additional Information: 219211720 21403-
Reference: 3201817000116524432
Category: Merchandise & Supplies-Computer Supplies

| Jun 22 2018 | | GOOGLE *INTUIT INC - 855-836-3987, CA | Daniel White | $16.99 |

Doing Business As: Google Services
1600 AMPHITHEATRE PKWY MOUNTAIN VIEW CA 94043-1351 UNITED STATES
Additional Information: SELLER
Reference: 3201817400784283337
Category: Business Services-Internet Services

| Jul 19 2018 | | INTUIT *QB ONLINE - 800-286-6800, CA | Daniel White | $17.50 |

Doing Business As: INTUIT
7535 TORREY SANTA FE RD SAN DIEGO CA 92129 UNITED STATES
Additional Information: 220642986 21403-
Reference: 3201820004898399960
Category: Merchandise & Supplies-Computer Supplies



**Transaction Details**
Prepared for
John D White
Account Number
XXXX-XXXXXX-71008

Classic Blue Cash® / June 3, 2017 to June 3, 2019
Search results for "Intuit "

| Date | Receipt | Description | Card Member | Amount |
|---|---|---|---|---|
| Jul 22 2018 | | GOOGLE *INTUIT INC - 855-836-3987, CA | Daniel White | $16.99 |
| Doing Business As: Google Services | | | | |
| 1600 AMPHITHEATRE PKWY MOUNTAIN VIEW CA 94043-1351 UNITED STATES | | | | |
| Additional Information: SELLER | | | | |
| Reference: 320182040555874234 | | | | |
| Category: Business Services-Internet Services | | | | |
| Aug 19 2018 | | INTUIT *QB ONLINE - 800-286-6800, CA | Daniel White | $17.50 |
| Doing Business As: INTUIT | | | | |
| 7535 TORREY SANTA FE RD SAN DIEGO CA 92129 UNITED STATES | | | | |
| Additional Information: 222098739 21403- | | | | |
| Reference: 320182310989236890 | | | | |
| Category: Merchandise & Supplies-Computer Supplies | | | | |
| Aug 22 2018 | | GOOGLE *INTUIT INC - 855-836-3987, CA | Daniel White | $16.99 |
| Doing Business As: Google Services | | | | |
| 1600 AMPHITHEATRE PKWY MOUNTAIN VIEW CA 94043-1351 UNITED STATES | | | | |
| Additional Information: SELLER | | | | |
| Reference: 320182350054819770 | | | | |
| Category: Business Services-Internet Services | | | | |
| Sep 19 2018 | | INTUIT *QB ONLINE - 800-286-6800, CA | Daniel White | $17.50 |
| Doing Business As: INTUIT | | | | |
| 7535 TORREY SANTA FE RD SAN DIEGO CA 92129 UNITED STATES | | | | |
| Additional Information: 223614939 21403- | | | | |
| Reference: 320182630505481386 | | | | |
| Category: Merchandise & Supplies-Computer Supplies | | | | |
| Sep 22 2018 | | GOOGLE *INTUIT INC - 855-836-3987, CA | Daniel White | $16.99 |
| Doing Business As: Google Services | | | | |
| 1600 AMPHITHEATRE PKWY MOUNTAIN VIEW CA 94043-1351 UNITED STATES | | | | |
| Additional Information: SELLER | | | | |
| Reference: 320182660548631788 | | | | |
| Category: Business Services-Internet Services | | | | |
| Oct 08 2018 | | INTUIT *QB ONLINE - 800-286-6800, CA | Michael R White | $645.00 |
| Doing Business As: INTUIT | | | | |
| 7535 TORREY SANTA FE RD SAN DIEGO CA 92129 UNITED STATES | | | | |
| Additional Information: 224520097 21403- | | | | |
| Reference: 320182820813032414 | | | | |
| Category: Merchandise & Supplies-Computer Supplies | | | | |
| Oct 15 2018 | | INTUIT *TURBOTAX - 800-446-8848, CA | Daniel White | $74.99 |
| Doing Business As: INTUIT | | | | |
| 7535 TORREY SANTA FE RD SAN DIEGO CA 92129 UNITED STATES | | | | |
| Additional Information: 634321813 21403- | | | | |
| Reference: 320182890927680592 | | | | |
| Category: Merchandise & Supplies-Computer Supplies | | | | |
| Oct 22 2018 | | GOOGLE *INTUIT INC - 855-836-3987, CA | Daniel White | $16.99 |
| Doing Business As: Google Services | | | | |
| 1600 AMPHITHEATRE PKWY MOUNTAIN VIEW CA 94043-1351 UNITED STATES | | | | |
| Additional Information: SELLER | | | | |
| Reference: 320182960036233037 | | | | |
| Category: Business Services-Internet Services | | | | |
| Oct 23 2018 | | INTUIT *QUICKBOOKS - 800-446-8848, CA | Daniel White | $17.50 |
| Doing Business As: INTUIT QUICKBOOKS | | | | |
| 2535 GARCIA AVE MOUNTAIN VIEW CA 94043 UNITED STATES | | | | |
| Additional Information: FINANCESOFTW | | | | |
| Reference: 320182960041409006 | | | | |
| Category: Merchandise & Supplies-Computer Supplies | | | | |



**Transaction Details**
Prepared for
John D White
Account Number
XXXX-XXXXXX-71008

Classic Blue Cash® / June 3, 2017 to June 3, 2019
Search results for "Intuit"

| Date | Receipt | Description | Card Member | Amount |
|---|---|---|---|---|
| Nov 08 2018 | | INTUIT *TURBOTAX - 800-446-8848, CA | Daniel White | $159.99 |
| Doing Business As: INTUIT | | | | |
| 7535 TORREY SANTA FE RD SAN DIEGO CA 92129 UNITED STATES | | | | |
| Additional Information: 225947981 21403- | | | | |
| Reference: 3201831303188442297 | | | | |
| Category: Merchandise & Supplies-Computer Supplies | | | | |
| Nov 19 2018 | | INTUIT *QUICKBOOKS - 800-446-8848, CA | Daniel White | $17.50 |
| Doing Business As: INTUIT QUICKBOOKS | | | | |
| 2535 GARCIA AVE MOUNTAIN VIEW CA 94043 UNITED STATES | | | | |
| Additional Information: FINANCESOFTW | | | | |
| Reference: 3201832304905504966 | | | | |
| Category: Merchandise & Supplies-Computer Supplies | | | | |
| Nov 23 2018 | | GOOGLE *INTUIT INC - 855-836-3987, CA | Daniel White | $16.99 |
| Doing Business As: Google Services | | | | |
| 1600 AMPHITHEATRE PKWY MOUNTAIN VIEW CA 94043-1351 UNITED STATES | | | | |
| Additional Information: SELLER | | | | |
| Reference: 3201832705537822186 | | | | |
| Category: Business Services-Internet Services | | | | |
| Dec 19 2018 | | INTUIT *QUICKBOOKS - 800-446-8848, CA | Daniel White | $17.50 |
| Doing Business As: INTUIT QUICKBOOKS | | | | |
| 2535 GARCIA AVE MOUNTAIN VIEW CA 94043 UNITED STATES | | | | |
| Additional Information: FINANCESOFTW | | | | |
| Reference: 3201835300290757766 | | | | |
| Category: Merchandise & Supplies-Computer Supplies | | | | |
| Dec 23 2018 | | GOOGLE *INTUIT INC - 855-836-3987, CA | Daniel White | $16.99 |
| Doing Business As: Google Services | | | | |
| 1600 AMPHITHEATRE PKWY MOUNTAIN VIEW CA 94043-1351 UNITED STATES | | | | |
| Additional Information: SELLER | | | | |
| Reference: 3201835700980379033 | | | | |
| Category: Business Services-Internet Services | | | | |
| Jan 08 2019 | | INTUIT *PROCONNECTTAX - 800-446-8848, CA | Daniel White | $486.90 |
| Doing Business As: INTUIT | | | | |
| 2700 COAST AVE MOUNTAIN VIEW CA 94043-1140 UNITED STATES | | | | |
| Additional Information: IGS_110261680134 92129 | | | | |
| Reference: 3201900903591822244 | | | | |
| Category: Merchandise & Supplies-Computer Supplies | | | | |
| Jan 08 2019 | | INTUIT *PROCONNECTTAX - 800-446-8848, CA | Daniel White | $561.70 |
| Doing Business As: INTUIT | | | | |
| 2700 COAST AVE MOUNTAIN VIEW CA 94043-1140 UNITED STATES | | | | |
| Additional Information: IGS_110261684691 92129 | | | | |
| Reference: 3201900903587654611 | | | | |
| Category: Merchandise & Supplies-Computer Supplies | | | | |
| Jan 19 2019 | | INTUIT *QUICKBOOKS - 800-446-8848, CA | Daniel White | $17.50 |
| Doing Business As: INTUIT QUICKBOOKS | | | | |
| 2535 GARCIA AVE MOUNTAIN VIEW CA 94043 UNITED STATES | | | | |
| Additional Information: FINANCESOFTW | | | | |
| Reference: 3201901905267598944 | | | | |
| Category: Merchandise & Supplies-Computer Supplies | | | | |
| Jan 22 2019 | | GOOGLE *INTUIT INC - 855-836-3987, CA | Daniel White | $16.99 |
| Doing Business As: Google Services | | | | |
| 1600 AMPHITHEATRE PKWY MOUNTAIN VIEW CA 94043-1351 UNITED STATES | | | | |
| Additional Information: SELLER | | | | |
| Reference: 3201902305803071655 | | | | |
| Category: Business Services-Internet Services | | | | |



**Transaction Details**
Prepared for
John D White
Account Number
XXXX-XXXXXX-71008

Classic Blue Cash® / June 3, 2017 to June 3, 2019
Search results for "Intuit "

| Date | Receipt | Description | Card Member | Amount |
|---|---|---|---|---|
| Jan 28 2019 | | INTUIT PAYROLL - 888-537-7794, CA | Michael R White | $18.98 |
| Doing Business As: PAYCYCLE<br>210 PORTAGE AVE PALO ALTO CA 94306-2242 UNITED STATES<br>Additional Information: PAYROLL SVC<br>Reference: 320190280657041417<br>Category: Merchandise & Supplies-Internet Purchase | | | | |
| Feb 19 2019 | | INTUIT *QUICKBOOKS - 800-446-8848, CA | Daniel White | $17.50 |
| Doing Business As: INTUIT QUICKBOOKS<br>2535 GARCIA AVE MOUNTAIN VIEW CA 94043 UNITED STATES<br>Additional Information: FINANCESOFTW<br>Reference: 320190500021489776<br>Category: Merchandise & Supplies-Computer Supplies | | | | |
| Feb 22 2019 | | GOOGLE *INTUIT INC - 855-836-3987, CA | Daniel White | $16.99 |
| Doing Business As: Google Services<br>1600 AMPHITHEATRE PKWY MOUNTAIN VIEW CA 94043-1351 UNITED STATES<br>Additional Information: SELLER<br>Reference: 320190540083635640<br>Category: Business Services-Internet Services | | | | |
| Feb 26 2019 | | INTUIT *CHECKS / FORMS - 800-446-8848, CA | Michael R White | $12.39 |
| Doing Business As: INTUIT<br>7535 TORREY SANTA FE RD SAN DIEGO CA 92129 UNITED STATES<br>Additional Information: 232444029 21403-<br>Reference: 320190600182793692<br>Category: Merchandise & Supplies-Computer Supplies | | | | |
| Feb 26 2019 | | INTUIT PAYROLL - 888-537-7794, CA | Michael R White | $3.99 |
| Doing Business As: PAYCYCLE<br>210 PORTAGE AVE PALO ALTO CA 94306-2242 UNITED STATES<br>Additional Information: PAYROLL SVC<br>Reference: 320190570128742759<br>Category: Merchandise & Supplies-Internet Purchase | | | | |
| Mar 06 2019 | | INTUIT *CHECKS / FORMS - 800-446-8848, CA | Michael R White | $438.04 |
| Doing Business As: INTUIT<br>7535 TORREY SANTA FE RD SAN DIEGO CA 92129 UNITED STATES<br>Additional Information: 232444029 21403-<br>Reference: 320190650264842199<br>Category: Merchandise & Supplies-Computer Supplies | | | | |
| Mar 19 2019 | | INTUIT *QUICKBOOKS - 800-446-8848, CA | Daniel White | $17.50 |
| Doing Business As: INTUIT QUICKBOOKS<br>2535 GARCIA AVE MOUNTAIN VIEW CA 94043 UNITED STATES<br>Additional Information: FINANCESOFTW<br>Reference: 320190780488885365<br>Category: Merchandise & Supplies-Computer Supplies | | | | |
| Mar 22 2019 | | GOOGLE *INTUIT INC - 855-836-3987, CA | Daniel White | $16.99 |
| Doing Business As: Google Services<br>1600 AMPHITHEATRE PKWY MOUNTAIN VIEW CA 94043-1351 UNITED STATES<br>Additional Information: SELLER<br>Reference: 320190820550146618<br>Category: Business Services-Internet Services | | | | |
| Apr 19 2019 | | INTUIT *QUICKBOOKS - 800-446-8848, CA | Daniel White | $17.50 |
| Doing Business As: INTUIT QUICKBOOKS<br>2535 GARCIA AVE MOUNTAIN VIEW CA 94043 UNITED STATES<br>Additional Information: FINANCESOFTW<br>Reference: 320191090014310379<br>Category: Merchandise & Supplies-Computer Supplies | | | | |



**Transaction Details**
Prepared for
John D White
Account Number
XXXX-XXXXXX-71008

Classic Blue Cash® / June 3, 2017 to June 3, 2019
Search results for "Intuit "

| Date | Receipt | Description | Card Member | Amount |
|---|---|---|---|---|
| Apr 22 2019 | | GOOGLE *INTUIT INC - 855-836-3987, CA | Daniel White | $16.99 |

Doing Business As: Google Services
1600 AMPHITHEATRE PKWY MOUNTAIN VIEW CA 94043-1351 UNITED STATES
Additional Information: SELLER
Reference: 320191130074999950
Category: Business Services-Internet Services

| SUMMARY | |
|---|---|
| Payments | $0.00 |
| Charges | $5,329.06 |
| Credits | $0.00 |
| Total | $5,329.06 |