IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 3:19-bk-30822 |
| TAGNETICS INC., | ) | |
| | ) | Chapter 7 (Involuntary) |
| Alleged Debtor. | ) | |
| | ) | JUDGE GUY R. HUMPHREY |

## NOTICE OF WITHDRAWAL OF MOTION

Notice is hereby given that the Motion of McCarthy, Lebit, Crystal & Liffman, Co. LPA and Robert R. Kracht, Esq. for Leave to Withdraw as Counsel (doc. 37) is hereby withdrawn.

*/s/ Robert R. Kracht*
Robert R. Kracht (0025574)
MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., LPA
101 West Prospect Avenue, Suite 1800
Cleveland, Ohio 44115
Telephone: (216) 696-1422
Facsimile: (216) 696-1210
Email: rrk@mccarthylebit.com

{01337542-1}

## **CERTIFICATE OF SERVICE**

       I hereby certify that on July 2, 2019, a copy of the foregoing was served (i) **electronically** on the date of filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) electronically by email on co-counsel for Tagnetics, Inc., Stephen Stern, Esq. (Stern@kaganstern.com), Douglas Draper, Esq. (ddraper@hellerdraper.com) and Leslie Collins, Esq. (lcollins@hellerdraper.com), and (iii) by **ordinary U.S. Mail** as addressed to:

| | |
|---|---|
| **Kenneth W Kayser**<br>PO Box 115<br>Catawba, VA 24070 | **Stephen Stern, Esq.**<br>Kagan Stern Marinello & Beard, LLC<br>238 West Street<br>Annapolis, Maryland 21401 |
| **Ronald E. Early**<br>6429 Winding Tree Drive<br>New Carlisle, OH 45344 | **Douglas S. Draper, Esq.**<br>Heller, Draper, Patrick, Horn<br>650 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
| **Jonathan Hager**<br>842 Paint Bank Road<br>Salem, VA 24153 | **Leslie A. Collins, Esq.**<br>Heller, Draper, Patrick, Horn<br>650 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
| **Robert Strain**<br>427 Artell Street<br>Marengo, IL 60152 | **Tagnetics, Inc.**<br>3415 Route 36<br>Piqua, OH 45356 |

                                                */s/ Robert R. Kracht*
                                                Robert R. Kracht (#0025574)

{01337542-1}