

### In re: Tagnetics: Case No. 19-30822

**Stephen Stern** to: Joni_Behnken@ohsb.uscourts.gov    07/08/2019 01:31 PM

Cc: "bob@stek-inc.com", Chris Wesner Law , "ctravlr@comcast.net", "Douglas S. Draper (ddraper@hellerdraper.com)", "drkwkayser@gmail.com", 'Leslie Collins' , 'Ronald Earley',

| | |
|---|---|
| From: | Stephen Stern <Stern@kaganstern.com> |
| To: | "Joni_Behnken@ohsb.uscourts.gov" <Joni_Behnken@ohsb.uscourts.gov> |
| Cc: | "bob@stek-inc.com" <bob@stek-inc.com>, Chris Wesner Law <chriswesnerlaw@gmail.com>, "ctravlr@comcast.net" <ctravlr@comcast.net>, "Douglas S. Draper (ddraper@hellerdraper.com)" <ddraper@hellerdraper.com>, "drkwkayser@gmail.com" |
| History: | This message has been forwarded. |

Ms. Behnken:

I received the order setting the hearing for the motion to dismiss for July 29 at 9:30 a.m.  Is it possible to have the hearing conducted by phone during the status conference scheduled on July 19 at 11:00 a.m.?  If the court prefers that we have the hearing in person in court, I can be present in court on July 19 as well.  I am requesting that the hearing be rescheduled for July 19 in the interest of judicial economy.  A settlement agreement has been reached with the three creditors who are not subject to the motion to dismiss (a draft settlement agreement has been circulated).  If the court were to rule on the motion to dismiss at the status conference (or shortly after), the remaining parties will know whether they need to incur the costs of preparing for and attending the trial that is scheduled for July 29 (if the motion is granted, the parties will not need to incur those costs).  Any opposition to the motion is due to be filed on or before July 17.  Thus, the court should be in position to rule on the motion by the time of the status conference on July 19.

If you have any questions, please let me know.

Thank you,
Stephen



**Stephen B. Stern, Esq.**
stern@kaganstern.com

**Kagan Stern Marinello & Beard, LLC**
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
238 West Street
Annapolis, Maryland 21401
www.kaganstern.com