**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: July 12, 2019**

_____

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | |
|---|---|
| In re:   TAGNETICS, INC., | Case No.   19-30822 |
| *Debtor* | Judge Humphrey<br>Chapter 7 |

**Order Fixing Date for Filing Response to Motion to Compel Production of Documents**

On July 11, 2019 counsel for Petitioning Creditors Kayser Venures Ltd. and S-Tek Inc. filed a *Motion to Compel the Production of Documents* (doc. 50) (the "Motion").

Any response to the Motion (doc. 50) shall be filed and served in accordance with Local Bankruptcy Rule 9013-3 <u>not later than July 18, 2019 at 12:00 p.m. (noon) (Eastern Time).</u> LBR 7026-1(b).

In the absence of a timely filed response, the court may grant all relief requested in the Motion.

**Further,** until all discovery issues have been resolved, the parties shall cooperate with each other and promptly and diligently proceed with discovery in accordance with LBR 7026-1(a).

**IT IS SO ORDERED.**

Copies to:

All Creditors and Parties in Interest

Douglas S. Draper, 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130

Leslie A. Collins, 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130