# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| In Re: : | |
| : | Chapter 7 (Involuntary) |
| TAGNETICS, INC. : | |
| : | Case No.  3: 19-bk-30822 |
| : | |
| : | Judge Guy R. Humphrey |
| Alleged Debtor : | |
| : | |

## REQUEST OF PIQUA TROY INVESTMENTS, LLC  FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

PLEASE TAKE NOTICE that Piqua Troy Investments, LLC, by and through Counsel, a potential Creditor in the above captioned involuntary Chapter 7 bankruptcy, requests, pursuant to Rule 2002 of the Federal Rule of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of Title 11 of the United State Code, 11 U.S.C. §§ 101, *et seq.* (as amended, the Bankruptcy Code), that all Notices given or required to be given and all papers served in this case be also given to and served, whether electronically or otherwise, on:

Bryan K. Stewart
Attorney for Piqua Troy Investments, LLC
104 West Main Street
Tipp City, OH 45371
Telephone: (937) 506-8804; Fax: (937) 506-8807
Email: bryan@stewartlawyers.com

Dated: July 15, 2019

Respectfully submitted,

STEWART and STEWART LAWYERS, Ltd.


By: /s/Bryan K. Stewart
Bryan K. Stewart, #0042122
Attorney for Piqua Troy Investments, LLC
104 West Main Street
Tipp City, Ohio 45371
(937) 506-8805; fax (937) 506-8807
bryan@stewartlawyers.com


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 15, 2019, a copy of the foregoing Request for Service of Notices was served on the following registered ECF participants, **electronically,** through the Court's ECF System at the email address registered with the Court:

Office of U.S. Trustee
Jeremy Shane Flannery, Asst. US Trustee (Day)

Christopher L. Wesner, Esq.
*Attorney for Petitioning Creditors, Kayser Ventures, Ltd.*
*and S-Tek, Inc.*

Robert R. Kracht, Esq.
Stephen B. Stern, Esq.
*Attorneys for Tagnetics, Inc., alleged Debtor*

and on the following by **ordinary U.S. Mail** addressed to:

Ronald E. Early
6429 Winding Tree Dr.
New Carlisle, OH 45344
*Petitioning Creditor*

2

Document      Page 3 of 3

Jonathan Hager
842 Paint Bank Road
Salem, VA 24153
*Petitioning Creditor*

Kenneth W. Kayser
P.O. Box 115
Catawba, VA 24070
*Petitioning Creditor*

Robert Strain
427 Artell St.
Marcengo, IL 60152
*Petitioning Creditor*

Tagnetics, Inc.
3415 U.S. Rte. 36
Piqua, OH 45356
*Alleged Debtor*

/s/Bryan K. Stewart
Bryan K. Stewart, #0042122
Attorney for Piqua Troy Investments, LLC
& Loan Association

C:\Users\Public\Active Clients\L - P\Piqua Troy Investments, LLC\Notice request Service bankruptcy 071519.wpd