# EXHIBIT 3

## Stephen Stern

| | |
|---|---|
| **From:** | Stephen Stern |
| **Sent:** | Thursday, July 11, 2019 4:43 PM |
| **To:** | Andrew Luring; Chris Wesner; rrk@mccarthylebit.com; bob@stek-inc.com; Ken Kayser; Ronald Earley; ctravlr@comcast.net; rstrain01@yahoo.com |
| **Subject:** | RE: Motion to Compel Production of Documents |

Mr. Wesner:

You never emailed me asking for any of the documents. You never inquired about the status of our document production. Documents were served on the non-settling parties in accordance with the agreed order. I never served them on you because we agreed to settle the case prior to the service deadline. I urge you to withdraw the motion or we will seek fees incurred for having to oppose it.

Stephen


**From:** Andrew Luring <andrewluring@gmail.com>
**Sent:** Thursday, July 11, 2019 4:37 PM
**To:** Chris Wesner <chriswesnerlaw@gmail.com>; Stephen Stern <Stern@kaganstern.com>; rrk@mccarthylebit.com; bob@stek-inc.com; Ken Kayser <drkwkayser@gmail.com>; Ronald Earley <ronald.earley1@gmail.com>; ctravlr@comcast.net; rstrain01@yahoo.com
**Subject:** Motion to Compel Production of Documents

Dear All,

Please find attached to this document a pdf copy of the Motion to Compel that was filed with the court on this day at approximately 4:12pm.

Hard copies will be mailed to you by the end of the day.

Andrew R. Luring
paralegal for Chris Wesner.

NOTICE IS HEREBY GIVEN that any dissemination, distribution or copying of any of this communication is strictly prohibited. This document being e-mailed is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential and protected from disclosure under applicable law. If the reader of this message is not the intended recipient (or the employee or agent responsible for delivering the message to the intended recipient), please contact this office immediately as you have received this communication in error.