## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF OHIO (DAYTON)

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 19-30822 |
| TAGNETICS INC. | * | JUDGE HUMPHREY |
| INVOLUNTARY DEBTOR | * | CHAPTER 7 |

### MOTION TO WITHDRAW FROM BAKRUPTCY PROCEEDINGS OF PETITIONING CREDITOR KAYSER VENTURES LTD.

Now comes the Petitioning Creditor KAYSER VENTURES LTD., by and through its counsel Christopher L. Wesner, and does hereby move this Court to allow Kayser Ventures Ltd.'s withdraw as a petitioning creditor in the above entitled case.

### MEMORANDUM IN SUPPORT

Kayser Ventures Ltd.'s claim in this case has reached a settlement. As Kayser Ventures Ltd. Claim has been paid in full, it is hereby requested that the Court issue an order approving the Motion of Kayser Ventures Ltd. to withdraw from any further bankruptcy proceedings in this matter as per the telephonic pretrial conference held on July 19, 2019.

Dated: 7/19/2019

Respectfully submitted,
/s/ Christopher L. Wesner
Christopher L. Wesner (0082699)
Miller, Luring Venters & Wesner Co., L.P.A.
314 W. Main Street.
Troy, OH 45373
Phone: (937)-339-2627
chriswesnerlaw@gmail.com
Attorney for S-Tek and Kayser Ventures Ltd.

1

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was served by email (when the email address of the party was available to me) and regular U.S. mail this day of July19, 2019 upon the following:

**John White**
**Care of Stephen B. Stern**
238 W. Street
Annapolis, MD 21401
Counsel for Tagnetics Inc.

**Robert Kracht**
101 W. Prospect Avenue, Suite 1800
Cleveland, OH 44115
Counsel for Tagnetics Inc.

**Kenneth W Kayser**
PO Box 115
Catawba, VA 24070

**Ronald E. Early**
6429 Winding
Tree Dr New
Carlise, OH
45344

**Kayser Ventures Ltd**
1872 Pratt Dr
Ste 1800
Blacksburg, VA 24060

**Jonathan Hager**
2170 River Oaks Drive
Salem, VA 24153

**Robert Strain**
427 Artell St.
Marcengo, IL 60512

**S-Tek Inc.**
1100 Wayne St
Suite 5000
Troy, OH 45373

/s/ Christopher L. Wesner