## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF OHIO (DAYTON)

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 19-30822 |
| TAGNETICS INC. | * | JUDGE: Humphrey |
| INVOLUNTARY DEBTOR | * | CHAPTER 7 |

### WITHDRAW OF MOTION TO COMPEL THE PROCUCTION OF DOCUMENTS (DOC. 50) BY PETITIONING CREDITORS KAYSER VENTURES LTD AND S-TEK, INC.

Now comes the Petitioning Creditors KAYSER VENTURES LTD. and S-TEK, INC., by and through their counsel Christopher L. Wesner, and hereby withdraw the Motion to Compel the Production of Documents filed here on July 11, 2019 as document no. 50.

Dated: July 19, 2019

Respectfully submitted,
/s/ Christopher L. Wesner

Miller, Luring, Venters, Wesner Co. LPA
314 W. Main Street
Troy, OH 45373
Phone: (937) 339-8001
Fax:    (937) 339-5440
Email: chriswesnerlaw@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that this document was served by email and/or regular U.S. mail this day of July 19, 2019 upon the following:

**Stephen B. Stern**
238 W. Street
Annapolis, MD 21401
Counsel for Tagnetics Inc.

**Robert Kracht**
101 W. Prospect Avenue, Suite 1800
Cleveland, OH 44115
Counsel for Tagnetics Inc.

**Kenneth W Kayser**
PO Box 115
Catawba, VA 24070

**Ronald E. Early**
6429 Winding
Tree Dr New
Carlise, OH
45344

**Kayser Ventures Ltd**
1872 Pratt Dr
Ste 1800
Blacksburg, VA 24060

**Jonathan Hager**
2170 River Oaks Drive
Salem, VA 24153

**Robert Strain**
427 Artell St.
Marcengo, IL 60512

**S-Tek Inc.**
1100 Wayne St
Suite 5000
Troy, OH 45373

**John White**
Tagnetics Inc.
635 Olympic Dr.
Troy, OH 45373

/s/ Christopher L. Wesner (0082699)