**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: July 19, 2019**

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

In re:  TAGNETICS INC.,

Case No.   19-30822

Judge Humphrey
Chapter 7

### Order Extending Time to File Witness Lists, Exhibit Lists and Exhibits

In accordance with the court's colloquy with counsel and the pro se parties during the pretrial conference on July 19, 2019, this order modifies the court's prior *Order Rescheduling Pretrial Conference and Trial on Voluntary Petition (doc. 1), Setting Documentary and E-Discovery Cut-Off Date, Requiring Filings and Ordering Other Matters* (doc. 32) as follows:

**Witness and Exhibit(s) Lists and Filing, Presentation, and Admission of Exhibits**

In accordance with the provisions of Local Bankruptcy Rule 7016-1, counsel and pro se parties shall complete the appropriate Local Bankruptcy Rule Form 7016-1 (Attachment A) Witness List(s), containing the person(s) who the Petitioning Creditors, Tagnetics or other parties may call, or have available for testimony at the trial, including separately designated expert witnesses, which shall be filed with the court and exchanged with counsel **not later than Wednesday, July 24, 2019 at 12:00 p.m. (noon) (Eastern Time).**

In accordance with the provisions of Local Bankruptcy Rule 7016-1, counsel and pro se parties shall complete the appropriate Local Bankruptcy Rule Form 7016-1

(Attachment B) Exhibit List(s). The Exhibit List(s), **together with complete copies of all proposed exhibits which the Petitioning Creditors or Tagnetics Inc. may offer as exhibits individually and/or jointly,** shall be filed with the court and exchanged with opposing counsel **not later than Wednesday, July 24, 2019 at 12:00 p.m. (noon) (Eastern Time)**. Exhibits not timely exchanged may not be admitted at the trial. **If the Petitioning Creditors proceed on a pro se basis (representing themselves without legal counsel) and they intend to call witnesses or introduce documents at the trial as evidence, they or someone on their behalf must either bring their documents to the courthouse or mail their documents, by overnight or other expedited service, in time to ensure that their documents are received by the Clerk by noon (Eastern Time) on July 24, 2019. If any documents intended to be introduced as evidence at the trial are not filed with the court by July 24, 2019 at 12:00 p.m. (noon) (Eastern Time), the party seeking to introduce those documents as evidence may be precluded from using those documents as evidence at the trial.**

- **Each party shall pre-mark all exhibits.** The trial will not commence until all exhibits have been suitably labeled. Absent unusual circumstances the Courtroom Deputy will not mark exhibits during the course of the trial.

- Parties shall mark exhibits as follows:

    **Numbers – Petitioning Creditors**
    **Letters – Tagnetics Inc.**

- **At the conclusion of the trial, counsel shall provide an original hard copy of each exhibit proffered to the court as evidence during the course of the hearing to be retained by the court as part of the record.** Presentation of all exhibits during the trial shall be by means of the court's electronic display system. If counsel intends to present exhibits electronically from a laptop computer or use other digital presentation devices, then counsel must provide at least three (3) days advance notice to the court to ensure security clearance and technical compatibility. Courtroom equipment testing and setup of counsel-provided devices are the responsibility of counsel and should be completed prior to the hearing commencement time.

Copies of witness lists - Form 7016 (Attachment A) Witness List(s) and copies of exhibit lists Form 7016 (Attachment B) Exhibit List(s) [Individual or Joint Exhibit(s)] are available from the court's website *www.ohsb.uscourts.gov* and from the Clerk of the Bankruptcy Court in this District.

All other provisions of the court's prior Order (doc. 32) remain in full force and effect.

**IT IS SO ORDERED.**

Copies to:

All Creditors and Parties in Interest

Douglas S. Draper, 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130

Leslie A. Collins, 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130