**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: July 19, 2019**

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| In re:   Tagnetics Inc., | Case No.   19-30822 |
| | Judge Humphrey |
| | Chapter 7 |

**Order Scheduling Conference to Render Oral Decision**

On July 19, 2019 the court conducted a prehearing conference regarding *Tagnetics Inc.'s Motion to Dismiss and Compel Arbitration as to Alleged Claims Filed by Alleged Individual Creditors Kayser, Earley, and Hager* (doc. 42), the *Response to Motion to Force Arbitration* (doc. 54), filed by Kenneth W. Kayser and Ronald E. Early; the *Response to Motion to Force Arbitration* (doc. 56), filed by Jonathan Hager; and *Tagnetics Inc.'s Reply in Support of Its Motion to Dismiss and Compel Arbitration* (doc. 62) (the "Contested Matter"). The conference was participated in by Petitioning Creditors Kenneth W. Kayser, Ronald E. Early, Jonathan Hager and Robert Strain, appearing pro se; Christopher L. Wesner, counsel for Kayser Ventures Ltd. and S-Trek Inc.; Robert R. Kracht and Stephen B. Stern, counsel for Tagnetics Inc.; and Jeremy Shane Flannery, counsel for the United States Trustee.

In accordance with the court's colloquy with the parties at the conclusion of the prehearing conference, the Contested Matter is taken under advisement and the court will render an oral decision by phone on **Tuesday, July 23, 2019 at 4:00 p.m. (Eastern Time).**

**The court will arrange the conference call with a conferencing service and all parties will be sent an email prior to the scheduled conference with the information necessary to connect to the call.**

**IT IS SO ORDERED.**

Copies to:

All Creditors and Parties in Interest

Stephen B. Stern, 238 West Street, Annapolis, Maryland 21401

Douglas S. Draper, 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130

Leslie A. Collins, 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130

MaryAnne Wilsbacher, Office of the United States Trustee, 170 North High Street, Suite 200, Columbus, Ohio 43215