# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF OHIO (DAYTON)

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 19-30822 |
| TAGNETICS INC. | * | JUDGE HUMPHREY |
| INVOLUNTARY DEBTOR | * | CHAPTER 7 |

Now comes S-Tek, Inc., by and through counsel, and hereby withdrawals the Motion to Withdraw from Bankruptcy Proceedings of Petitioning Creditor S-Tek, inc. (Doc. 64). The document did not list the intended party.

Respectfully submitted,

/s/ Christopher L. Wesner
Christopher L. Wesner, #0082699
Miller Luring Venters & Wesner Co., LPA
314 W Main Street
Troy OH  45373
937-339-8001   (Phone)
855-339-5440   (Fax)
chriswesnerlaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was served by email (when the email address of the party was available to me) and regular U.S. mail this day of July 22, 2019 upon the following:

**John White**
**Care of Stephen B. Stern**
238 W. Street
Annapolis, MD 21401

Counsel for Tagnetics Inc.

**Robert Kracht**
101 W. Prospect Avenue, Suite 1800
Cleveland, OH 44115
Counsel for Tagnetics Inc.

**Kenneth W Kayser**
PO Box 115
Catawba, VA 24070

**Ronald E. Early**
6429 Winding
Tree Dr New
Carlise, OH
45344

**Kayser Ventures Ltd**
 1872 Pratt Dr
Ste 1800
Blacksburg, VA 24060

**Jonathan Hager**
2170 River Oaks Drive
Salem, VA 24153

**Robert Strain**
427 Artell St.
Marcengo, IL 60512

**S-Tek Inc.**
 1100 Wayne St
Suite 5000
Troy, OH 45373

/s/ Christopher L. Wesner