

**FILED**
JUL 22 2019
RICHARD JONES
CLERK OF COURT
U.S. BANKRUPTCY COURT

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF OHIO (DAYTON)

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 19-30822 |
| TAGNETICS INC. | * | JUDGE HUMPHREY |
| INVOLUNTARY DEBTOR | * | CHAPTER 7 |

### MOTION TO WITHDRAW FROM BAKRUPTCY PROCEEDINGS OF PETITIONING CREDITOR ROBERT STRAIN

Now comes the Petitioning Creditor ROBERT STRAIN, and does hereby move this Court to allow Robert Strain's withdraw as a petitioning creditor in the above entitled case.

### MEMORANDUM IN SUPPORT

Robert Strain's claim in this case has reached a settlement. As Robert Strain's Claim has been paid in full it is hereby requested that the Court issue an order approving the Motion of Robert Strain to Withdraw from the Bankruptcy Proceedings as per the telephonic pretrial conference held on July 19, 2019.

Dated: 7/19/2019                               Respectfully submitted,
                                               /s/ Robert Strain

1

## CERTIFICATE OF SERVICE

I hereby certify that this document was served by email (when the email address of the party was available to me) and regular U.S. mail this day of July 19, 2019 upon the following:

**John White**
**Care of Stephen B. Stern**
238 W. Street
Annapolis, MD 21401
Counsel for Tagnetics Inc.

**Robert Kracht**
101 W. Prospect Avenue, Suite 1800
Cleveland, OH 44115
Counsel for Tagnetics Inc.

**Christopher Wesner**
314 West Main Street
Troy, OH 45373

**Kenneth W Kayser**
PO Box 115
Catawba, VA 24070

**Ronald E. Early**
6429 Winding
Tree Dr New
Carlise, OH
45344

**Kayser Ventures Ltd**
1872 Pratt Dr
Ste 1800
Blacksburg, VA 24060

**Jonathan Hager**
2170 River Oaks Drive
Salem, VA 24153

**S-Tek Inc.**
1100 Wayne St
Suite 5000
Troy, OH 45373

/s/ Robert Strain

2