# LBR Form 7016-1 — Attachment A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
____DAYTON____ DIVISION

CASE NO. __3:19-bk-30822__    CHAPTER __7__

CONTESTED MATTER (_)
ADV. PRO. NO. _____

WITNESS(ES) TO BE CALLED BY ___TAGNETICS, INC.___

| NAME & ADDRESS | SYNOPSIS OF TESTIMONY |
|---|---|
| Kenneth Kayser, as if on cross examination | His employment with Tagnetics and resignation therefrom. |
| | The terms of his employment agreement. |
| Jon Hager, as if on cross examination | His employment with Tagnetics. |
| | The terms of his employment agreement. |
| Ronald Earley, as if on cross examination | His employment with Tagnetics. |
| | The terms of his employment agreement. |
| Donald Ivan Sackman<br>966 Red Oak Circle<br>Vernon Hills, IL 60061<br>Director of Tagnetics, Inc. | Director of Tagnetics, Inc. |
| | Status of Company operations, existing and pending customers, pending transactions and potential investments/investors. |
| John White<br>201 Chester Avenue<br>Annapolis, MD 21403 | Chairman and CEO of Tagnetics, Inc. |
| | Status of Company operations, existing and pending customers, pending transactions and potential investments/investors |
| Mitchell D. Goldsmith<br>1029 N. East Avenue,<br>Oak Park, IL 60302 | Outside counsel to the Company |
| | Testify to negotiating final definitive agreement with White & Case |

USE ADDITIONAL SHEET(S) FOR ADDITIONAL WITNESSES

Tagnetics reserves the right to call additional witnesses as they become known or to otherwise supplement this list.