# LBR Form 7016–1 — Attachment B

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### DAYTON DIVISION

CASE NO. 3:19-BK-30822                                          CHAPTER 7

CONTESTED MATTER (_)
ADV. PRO. NO. _____

~~JOINT~~ EXHIBITS TO BE OFFERED BY  TAGNETICS, INC.

| DESIGNATION | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| A | TAG00016 - TAG00018 (Kayser Resignation) | | |
| B | Kayser Employment Agreement | | |
| C | Earley Employment Agreement | | |
| D | Hager Employment Agreement | | |
| E | Kayser Responses to Ross | | |
| F | Earley Responses to Ross | | |
| G | Hager Responses to Ross | | |
| H | Invoice BQ-01-19 | | |
| I | Rite Aid Invoice RAC-19-001 | | |
| J | KH Invoice KH-07-19 | | |
| K | Rite Aid Vendor Documents | | |
| L | "Term Sheet" Subject to a confidentiality provisions with third party and request that it be treated/viewed in camera and/or underseal" | | |

**USE ADDITIONAL SHEET(S) FOR ADDITIONAL EXHIBITS**