UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF OHIO (DAYTON)

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 19-30822 |
| TAGNETICS INC. | * | CHAPTER 7 |
| INVOLUNTARY DEBTOR | * | |

RESPONSE TO INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS

FROM: Kenneth W. Kayser

INTERROGATORIES

**INTERROGATORY NO. 1**

Please state the name, address and substance of the anticipated testimony of any witness you may call at the trial of the Involuntary.

ANSWER: To verify the verbal agreement with me concerning life insurance benefit, history of such payments, and balances due for salary, deferred salary, and unpaid expenses; to verify my adherence to the terms of my employment contract: to verify the history of Tagnetics failure to pay its obligations the following will be called to testify:

Lou Fernandez
4437 Stonehaven Drive
Long Grove, IL 60047

Ronald E. Early
6429 Winding Tree Dr
New Carlisle, OH 45344

**INTERROGATORY NO. 2:**

{01327741-1}



1

Please state the name, address and substance of the anticipated testimony of any witness who will testify in support of your claim against the Debtor.

ANSWER: Same as no 1

### INTERROGATORY NO. 3:

Please state the amounts you assert are owed to you by the Debtor and what facts support the amounts you claim you are owed.

ANSWER: My employment contract and W2 statements show unpaid salary of $407,580 assuming an end date 12/31/2018. Outstanding balance of deferred salary of $455,000. Determination of balance due for unpaid expenses and insurance stipend will require the testimony of Tagnetics' former CFO.

### INTERROGATORY NO. 4:

Please state the name, address and substance of the anticipated testimony of any witness who will testify in support of your assertion that the Debtor is not paying its debts as they come due.

Lou Fernandez
4437 Stonehaven Drive
Long Grove, IL 60047

Ronald E. Early
6429 Winding Tree Dr
New Carlisle, OH 45344

### INTERROGATORY NO. 5:

2

{01327741-1}

Please state why you filed the Involuntary action against the Debtor, as opposed to filing suit and obtaining a monetary judgment against the Debtor in state or federal court.

ANSWER: The cost of each petitioner filing a suit would have been prohibitive and due to Tagnetics insolvency would have had the same result.

### INTERROGATORY NO. 6:

Identify and describe each communication you had with Daniel White or Michael White regarding the Involuntary and/or the Debtor.

ANSWER: I have spoken to Dan White numerous times at BOD meetings and at private meetings with John White which he routinely attended. Except for our recent exchange of emails, which are included, I recall no specific dates or topics. I have met Mike White at Compass Marketing since he has an office there but recall no specific imstance.

## PRODUCTION OF DOCUMENTS

### REQUEST FOR PRODUCTION NO. 1:

Copies of all documents that form the basis for your claim against the Debtor.

See attachment DOC1_KK.

### REQUEST FOR PRODUCTION NO. 2:

Copies of all correspondence wherein you made a demand on the Debtor for the payment of the amount you assert you are owed by the Debtor.

None, all such demands were verbal.

### REQUEST FOR PRODUCTION NO. 3:

3

{01327741-1}

Copies of all documents that were used or reviewed by you in the calculation of all claims asserted by you against the Debtor.

See attachment DOC1_KK.

**REQUEST FOR PRODUCTION NO. 4:**

Copies of all documents used or reviewed that support your assertion that the Debtor is not paying its debts as they become due.

See attachment DOC4

**REQUEST FOR PRODUCTION NO. 5:**

Copies of all correspondence sent to or received from any other Petitioning Creditor. Since I have been involved in businesses with most of these people for decades, this request is overly broad and impossible to comply with in the time allotted. Recent correspondence has been limited to documents related to this action which are already in your possession.

**REQUEST FOR PRODUCTION NO. 6:**

Copies of all correspondence with any board member or officer of the Debtor that refers to or relates to or discusses your claim against the Debtor.

See attachment DOC6

**REQUEST FOR PRODUCTION NO. 7:**

Copies of all documents (whether emails, text messages, letters, or other communications) between you and Daniel White or Michael White concerning the Involuntary or the Debtor.

See attachment DOC7

Dated: May 31, 2019

Respectfully submitted,

Kenneth W Kayser
PO Box 115
Catawba, VA 24070

5

{01327741-1}