

TAGNETICS, INC.

3415 U.S. 36
Piqua, Ohio  45356

# Invoice

| Date | Invoice # |
|---|---|
| 7/12/2019 | BQ-01-19 |

| Bill To |
|---|
| BENNY'S CAR WASH AND B-QUICK<br>ATTN.: ACCOUNTS PAYABLE<br>9611-B AIRLINE HIGHWAY<br>BATON ROUGE  LA  70815 |

| Ship To |
|---|
| B-QUICK PERKINS ROAD<br>4105 PERKINS ROAD<br>BATON ROUGE, LA 70808 |

| P.O. No. | Terms | Due Date |
|---|---|---|
| N/A | NET 30 | 8/11/2019 |

| Item | Qty | Description | U/M | Rate | Amount |
|---|---|---|---|---|---|
| RAILS | 20 | RAIL ASSEMBLIES | | 15.00 | 300.00T |
| REMODEL- LABOR | 16 | REMODEL-LABOR | | 50.00 | 800.00 |
| TRAVEL EXPENSES | | | | 375.00 | 375.00 |
| | | Sales Tax | | 9.00% | 27.00 |

| Total | $1,502.00 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,502.00 |

| Phone # |
|---|
| 847-913-3630 |

Thank you for your business.

PLEASE REMIT PAYMENTS TO:
TAGNETICS, INC
ATTN: LOU FERNANDEZ
675 LAKEVIEW PARKWAY #6152
VERNON HILLS, IL  60061

