**TAGNETICS, INC.**

3415 U.S. 36
Piqua, Ohio 45356

# Invoice

| Date | Invoice # |
|---|---|
| 7/18/2019 | RAC-19-001 |

| Bill To |
|---|
| RITE AID CORP<br>30 HUNTER LANE<br>CAMP HILL, PA 17011<br>ATTN: TONY SADLER - VP, STORE OPERATIONS |

| Ship To |
|---|
| RITE AID CORP<br>30 HUNTER LANE<br>CAMP HILL, PA 17011<br>ATTN: TONY SADLER - VP, STORE OPERATIONS |

| P.O. No. | Terms | Due Date |
|---|---|---|
| N/A | UPON RECEIPT | 7/18/2019 |

| Item | Qty | Description | U/M | Rate | Amount |
|---|---|---|---|---|---|
| ESL SERVICES | | | | 5,000.00 | 5,000.00 |
| | | Sales Tax | | 0.00% | 0.00 |

**Total** $5,000.00

**Payments/Credits** $0.00

**Balance Due** $5,000.00

| Phone # |
|---|
| 847-913-3630 |

Thank you for your business.

PLEASE REMIT PAYMENTS TO:
TAGNETICS, INC
ATTN: LOU FERNANDEZ
675 LAKEVIEW PARKWAY #6152
VERNON HILLS, IL 60061


EXHIBIT I