

# Invoice

| Date | Invoice # |
|---|---|
| 7/12/2019 | KH-7-19 |

| Bill To |
|---|
| King's Hawaiian<br>19161 Harborgate Way<br>Torrance, CA 90501 |

| Ship To |
|---|
| King's Hawaiian<br>19161 Harborgate Way<br>Torrance, CA 90501 |

| Distributor / Sales Rep: |
|---|
| Compass Marketing, Inc.<br>Kevin Nemetz  KNemetz@CompassMarketingInc.com<br>Phone: 630-301-2312 |

| P.O. No. | Terms | Due Date |
|---|---|---|
| Per Contract | NET 30 | 8/11/2019 |

| Item | Product / Service Description | Qty | Rate | U/M | Amount |
|---|---|---|---|---|---|
| Project Services | Powers Subscription Program<br>(Includes Powers OS sensor data and analysis and ongoing maintenance. Program unit price is per store.) | 10 | 140.00 | | 1,400.00 |

Thank you for your business.

| | |
|---|---|
| **Subtotal** | $1,400.00 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $1,400.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,400.00 |

tagnetics

Corporate Office:
 Tagnetics, Inc.
 635 Olympic Drive
 Troy, Ohio  45373

Please remit payments to:
 Tagnetics, Inc.
 P.O. Box 1029
 Mundelein, IL  60060-1029

EXHIBIT
J