**RITE AID**

New ☒ If new vendor, all fields must be completed
Change ☐ If change, complete all information that will be updated in the current vendor file

Revised 12/01/17

☐ Current Vendor Number

## Expense Vendor Form

**VENDOR NAME:** Tagnetics, Inc.

**TYPE OF VENDOR:**
☒ EXPENSE
☐ TRAFFIC (Code 7 vendor) (Traffic/Distribution Dept. Only)

**PRINCIPLE PRODUCT/SERVICE:** Smart Retail Label Electronic Price Tags & Services

**Required for ALL New Vendors**

Expected Annual Volume: _____
If Greater than $100,000 has IPG approved the negotiations?
☐ YES   ☐ NO
If no, provide explanation

VENDOR PAYMENT TERMS ____ % N ____ days
Were these terms negotiated?  ☐ YES  ☐ NO
Is there a contract?  ☐ YES  ☐ NO
Terms default to 30 days unless otherwise specified.

☐ Place vendor on hold   ☐ Remove vendor from hold

Capable of transmitting/receiving data via EDI:
☐ YES   ☒ NO   ☐ FUTURE DATE:
IF NO – IS WEB ACCESS AVAILABLE? ☒ YES  ☐ NO

**VENDOR PAYMENT TYPE:**
☒ CHECK  ☐ EFT  ☐ P-CARD
☐ SEPARATE CHECK (SPECIFY REASON _____)

**EDI CONTACT PERSON**
NAME:
PHONE:
FAX #'S:
E-MAIL:

**VENDOR CLASS:** (Check one option)
☐ Miscellaneous (MIC)  ☐ Medical (MED)  ☐ Rent (RNT)
☐ Payroll (PAY)  ☐ Zero Terms (ZER)  ☐ Utility (UTL)
☐ Tax  ☐ Third-Party (TP)  ☐ WBA

**PAYROLL DEPARTMENT ONLY** (All other vendors should not N/A)
Vendor Pre-fix:
Payroll Code:

### Address Information

**Corporate Address:**
- Name: Tagnetics, Inc.
- Address: 3415 U.S. 36
- City: Piqua
- State: Ohio   Zip: 45356
- Contact: Lou Fernandez
- Area Code & Phone No.: 847-913-3630
- Web Site Address: tagnetics.com
- Fax No.:

**Remittance Address:**
- Name: Tagnetics, Inc.
- Address: 675 Lakeview Parkway #6152
- City: Vernon Hills
- State: IL   Zip: 60061
- Contact: Lou Fernandez
- Area Code & Phone No.: 847-913-3630
- Web Site Address: tagnetics.com
- Fax No.:

- Name: Tagnetics Inc c/o Compass Marketing
- Address: 222 Severn Ave.
- City: Annapolis, MD
- State: MD   Zip: 21403
- Contact: John White
- Area Code & Phone No.: 410-268-0030
- Web Site Address: iotsmartretail.com
- Fax No.:

Page 1 of 2

**EXHIBIT K**

Case 3:19-bk-30822    Doc 76-11    Filed 07/24/19    Entered 07/24/19 12:14:50    Desc
Exhibit  - K - Rite Aid Vendor Documents    Page 2 of 3

Revised 12/01/17

**RITE AID**

## Expense Vendor Form

| TAXPAYER LEGAL NAME: TAGNETICS, INC | I.D. Number (Complete only one) Federal Employer No. |
|---|---|
| ENTITY TYPE (Check One): ☒ CORPORATION  ☐ A PARTNERSHIP  ☐ A SOLE PRO-PRIETORSHIP  ☐ INDIVIDUAL  ☐ GOVERNMENT / REGULATORY  ☐ NON-PROFIT  ☐ OTHER – EXPLAIN | 20-0173720  OR  20-0173720  Social Security No. (Only if individual)  ☐☐☐ - ☐☐ - ☐☐☐☐ |
| NAME & TITLE OF PERSON SUPPLYING TAX INFORMATION  Lou Fernandez, CFO | |
| SHOULD THE VENDOR RECEIVE AN IRS FORM 1099 FROM RITE AID   ☐ YES  ☒ NO | |

**CONTACT PERSON RESPONSIBLE FOR VENDOR ON THIS APPLICATION:**
The contact person may be contacted by any of the required approvers with questions relative the application of the vendor.

Please print legibly

| Name: | Extension: | Email Address: |
|---|---|---|

Do you want to be notified upon completion of new vendor set-up / change?

☐ YES          ☐ NO

If yes, the contact person will be notified. If another person is to be notified, please print the name, extension and e-mail address:

Please print legibly

| Name: | Extension: | Email Address: |
|---|---|---|

| **New Vendors** | **Existing Vendor Changes** |
|---|---|
| **Required Document:** -IRS Form W-9 (with the exception of government agencies, Tax, Third Party, and Payroll related vendors)  **Suggested Documents:** -Contract -Invoice | **Required Documents:** -Invoice -Vendor request letter/email/correspondence |

**Return completed application to approcessperf@riteaid.com and invoices to expenseap@riteaid.com**

| MANAGEMENT APPROVAL (PRINT NAME HERE & SIGN BELOW): |
|---|
| MANAGEMENT OF REQUESTING DEPARTMENT (MUST BE DIRECTOR LEVEL OR ABOVE) |
| NAME: | TITLE: | DATE: |

| A/P PROCESS PERFORMANCE APPROVAL: |
|---|
| SENIOR ANALYST A/P PROCESS PERFORMANCE or above |
| NAME: | TITLE: | DATE: |

| TREASURY APPROVAL: |
|---|
| TREASURY PROCESS MANAGER | DATE |

Page 2 of 2

| Form **W-9** | **Request for Taxpayer** | Give Form to the |
|---|---|---|
| (Rev. October 2018) | **Identification Number and Certification** | requester. Do not |
| Department of the Treasury Internal Revenue Service | ▶ Go to www.irs.gov/FormW9 for instructions and the latest information. | send to the IRS. |

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

TAGNETICS, INC.

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC   ☒ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

(Applies to accounts maintained outside the U.S.)

**5** Address (number, street, and apt. or suite no.) See instructions.

3415 U.S. 36

**6** City, state, and ZIP code

PIQUA, OH 45356

**7** List account number(s) here (optional)

Requester's name and address (optional)

### Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

Social security number: ___-__-____

or

Employer identification number: 20-0173720

Note: If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

### Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**  Signature of U.S. person ▶ *[signature]*    Date ▶ 7/19/19

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X                               Form **W-9** (Rev. 10-2018)