**LBR Form 7016–1 — Attachment A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
_____ DIVISION

FILED

2019 JUL 24 AM 11: 01

RICHARD JONES
CLERK OF COURT
U.S. BANKRUPTCY COURT
DAYTON, OHIO

CASE NO. 19-30822         CHAPTER 7

CONTESTED MATTER ( )
ADV. PRO. NO. _____

WITNESS(ES) TO BE CALLED BY Kenneth Kayser

| NAME & ADDRESS | SYNOPSIS OF TESTIMONY |
|---|---|
| Lou Fernandez<br>4437 Stonehaven Dr.<br>Long Grove, IL 60047 | to verify salary delinquencies<br>to verify failure to pay bills<br>to verify insolvency of Taqnetics<br>to explain balance sheet revisions |
| Ron Earley<br>6429 Winding Tree Dr.<br>New Carlisle, OH 45344 | to verify salary delinquencies<br>to verify contract performance<br>to verify history of vendor payment delinquencies |

**USE ADDITIONAL SHEET(S) FOR ADDITIONAL WITNESSES**