**Ken Kayser**

**From:** Lou Fernandez <lfernandez@tagnetics.com>
**Sent:** Wednesday, May 24, 2017 5:51 PM
**To:** Ken Kayser
**Subject:** Delinquent Payroll Balance

Ken,

Tagnetics continues to accrue the salary owed to you as required by your employment agreement. As of today, 5/24/17, the current amount of past due routine GROSS payroll is $146,556.72. This does not include your deferred compensation balance, unpaid life insurance premiums, or unreimbursed expenses.

Regards,
Lou.

1

*Kayser Exhibit 3*