Case 3:19-bk-30822    Doc 78-4    Filed 07/24/19    Entered 07/24/19 12:25:12    Desc
CFO Summary of Liabilities    Page 1 of 4

## Ken Kayser

**From:** Lou Fernandez <lfernandez@tagnetics.com>
**Sent:** Thursday, December 10, 2015 10:26 PM
**To:** Ken Kayser
**Subject:** FW: Tagnetics Summary of Liabilities
**Attachments:** TAGNETICS SUMMARY OF LIABILITIES AS OF 12-9-15.pdf

**From:** Lou Fernandez [mailto:lfernandez@tagnetics.com]
**Sent:** Thursday, December 10, 2015 12:57 AM
**To:** Ronald Earley
**Subject:** Tagnetics Summary of Liabilities

Ron,

Attached is the Tagnetics summary of liabilities you requested.

Thank you,

- *Lou.*

Luis A. Fernandez
SVP & Chief Financial Officer

Tagnetics, Inc.
635 Olympic Drive
Troy, Ohio  45373
www.Powershelf.net
office: 937-320-9225, x-102
mobile: 847-913-3630

**o-POWERSHELF**

**REVOLUTIONIZING RETAIL**

*Kayser Exhibit 4*

**Tagnetics, Inc.**
**Summary of Liabilities**
**As of 12/9/15 (Except as Noted & Excluding Product Warranties)**

| | | | |
|---|---|---|---|
| **DELINQUENT PAYROLL** | *PAYDATE:* | | |
| | 8/21/2015 | 36,769 | |
| | 9/4/2015 | 17,308 | |
| | 9/18/2015 | 9,615 | |
| | 10/2/2015 | 52,386 | |
| | 10/16/2015 | 56,603 | |
| | 10/30/2015 | 38,846 | |
| | 11/13/2015 | 62,576 | |
| | 11/27/2015 | 38,846 | |
| | 12/11/2015  (TBD) | | |
| | | | 312,949 |
| | | | |
| **EMPLOYEE EXPENSE REPORTS & OTHER LIABILITIES** | | | |
| | MONSEREZ, WILLIAM M. | 882 | |
| | KEN KAYSER (Insurance Stipend) | 1,400 | |
| | | | 2,282 |
| | | | |
| **DEFERRED COMPENSATION** | | | |
| | Ken Kayser (As of 11/30) | 239,167 | |
| | | | 239,167 |
| | | | |
| **SEVERANCE BENEFITS** | (Triggered by breaches of contracts with each executive) | | |
| | Ron Earley | 200,000 | |
| | Ken Kayser | 180,000 | |
| | Lou Fernandez | 180,000 | |
| | Marty Monserez | 200,000 | |
| | John Hager | 155,000 | |
| | | | 915,000 |
| | | | |
| **RENT & OTHER LEASEHOLD** | | | |
| | SALEM EQUIPMENT (KVL - 10/1, 11/1 and 12/1 Pmts.) | 7,500 | |
| | | | 7,500 |
| | | | |
| **OCCUPANCY RELATED EXPENSES** | | | |
| | AQUALON | 93 | |
| | BLUE RIDGE COPIER | 220 | |
| | KOORSEN FIRE & SECURITY | 328 | |
| | KVL (Equipment Rental) | 7,500 | |
| | MAJOR CLEAN (Troy janitorial service) | 2,054 | |
| | ORKIN | 473 | |
| | PROTECTION ONE ALARM MONITORING | 58 | |
| | READY REFRESH | 166 | |
| | ROANOKE GAS COMPANY | 1 | |
| | WASTE MANAGEMENT | 147 | |
| | | | 11,040 |
| | | | |
| **SHIPPING COMPANIES** | | | |
| | DIMERCO | 1,491 | |
| | FED EX | 1,280 | |
| | FED EX FREIGHT | 4,014 | |
| | UPS SUPPLY CHAIN SERVICES | 590 | |
| | | | 7,374 |

*Kayser Exhibit 4*

## ROYALTIES

| | | |
|---|---:|---:|
| NCR 2013/2014 Royalty Installment Payments (March - October at 6 | 146,053 | |
| NCR Q2 2015 ROYALTY | 10,270 | |
| NCR Q3 2015 ROYALTY | 14,402 | |
| NCR 2015 Minimum Royalty (Not yet negotiated) | TBD | |
| NIU Q2 2015 ROYALTY | 5,135 | |
| NIU Q3 2015 ROYALTY | 7,201 | |
| | | 183,060 |

## CONSULTANTS / CONTRACTORS & OTHER PROFESSIONAL FEES

| | | |
|---|---:|---:|
| AFLAC (Insurance Lapsed) | 4,715 | |
| BMC GROUP (Data Room) | 1,803 | |
| COMPASS MARKETING | 356,200 | |
| NIXON PEABODY (Representation Terminated) | 12,898 | |
| RICH HABER | 750 | |
| TAFT | 21,339 | |
| THE PURDUCO GROUP | 50,925 | |
| VLADIMIR BRAJOVIC | 581 | |
| | | 449,210 |

## PRODUCTION & ENGINEERING SUPPLIERS (Almost all credit lines terminated)

| | | |
|---|---:|---:|
| ADVANTECH US, INC. | 680 | |
| AMERICAN STANDARD CIRCUITS | 10,514 | |
| ARC-TRONICS | 8,240 | |
| BUTLER TECHNOLOGIES | 12,023 | |
| CHENSTER | 14,250 | |
| COILCRAFT | 36 | |
| CUSTOM MACHINING & TOOL | 1,600 | |
| DELL MARKETING | 6,258 | |
| DIGI KEY | 1,697 | |
| FOTOFAB | 3,291 | |
| FUKUVI | 16,499 | |
| MET LABORATORIES | 2,250 | |
| PERVASIVE DISPLAYS | 31,248 | |
| PROTO LABS | 137 | |
| PROVANTAGE | 4,104 | |
| ROBERT's OXYGEN | 225 | |
| SPECIALTY PRINTING | 1,487 | |
| S-TEK | 3,426 | |
| TECHNOLOGY RECOVERY GROUP | 2,196 | |
| | | 120,161 |

## SALES TAXES

| | | |
|---|---:|---:|
| ARKANSAS | 8,632 | |
| CALINFORNIA | 597 | |
| LOUISIANNA | 23,266 | |
| ILLINOIS | - | |
| MARYLAND | 24,822 | |
| MINNESOTA | 82 | |
| OKLAHOMA | 15,522 | |
| TEXAS | 1,859 | |
| | | 74,780 |

*Kayser Exhibit 4*

**DEBT**

| | |
|---|---:|
| UNIVERAL LEASING | 29,283 |
| TWP Perry Principal | 192,725 |
| TWP Perry Accumualted Interest (As of 12/11) | 696,725 |
| Ron Earley Principal | 28,755 |
| Ron Earley Accumulated Interest (As of 11/30) | 23,684 |

971,172

**UNEARNED DEPOSITS COLLECTED**

UNEARNED Deferred Maintenance Contract  Revenue
Collected                                          170,502

170,502

3,464,195

*Kayser Exhibit 4*