**LBR Form 7016–1 — Attachment A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
__WESTERN__ DIVISION

FILED
2019 JUL 24  AM 11: 43

RICHARD JONES
CLERK OF COURT
U.S. BANKRUPTCY COURT
DAYTON, OHIO

CASE NO. __19-30822__

CHAPTER __7__

CONTESTED MATTER (__)
ADV. PRO. NO. _____

WITNESS(ES) TO BE CALLED BY __Jon Hager__

| NAME & ADDRESS | SYNOPSIS OF TESTIMONY |
|---|---|
| Lou Fernandez<br>4437 Stonehaven Dr.<br>Long Grove, IL 60047 | Testify to salary accrual for Jon Hager |
| | Testify confirming accrual December 2016 |
| | Testify whether accrual continued, if not why |
| | Testify closure of Salem office and why vendor bills not paid |
| Ronald Earley<br>6429 Winding Tree Dr.<br>New Carlisle, OH 45344 | Testify that I had an executed contract with Tagnetics |
| | Testify that I was never terminated |
| | Testify that I had asked about my accrued salary |
| | Testify that he discussed accrued salary with BOD |
| Kenneth W. Kayser<br>PO Box 115<br>Catawba, VA 24070 | Testify that I was never terminated |
| | Testify that I asked about accrued salary multiple times |
| | Testify that he discussed accrued salaries with BOD/CEO |
| | Testify that CEO spoke of deals to be that would repay |

**USE ADDITIONAL SHEET(S) FOR ADDITIONAL WITNESSES**