**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: August 7, 2019**

_____

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

In re:   Tagnetics Inc.,

Case No.   19-30822

Judge Humphrey
Chapter 7

**Order Requiring Agreed Order or Status Report(s) and Ordering Other Matters**

The court held a status conference on August 7, 2019, participated in by Petitioning Creditors Kenneth W. Kayser, Ronald E. Early, and Jonathan Hager, appearing pro se, and Robert R. Kracht and Stephen B. Stern, counsel for Tagnetics Inc.

In accordance with the court's colloquy with the parties during the status conference, **IT IS ORDERED that** counsel for Tagnetics, Inc. shall, **not later than August 14, 2019**, provide to the Petitioning Creditors a draft settlement agreement. The draft settlement agreement shall not be filed with the court. **IT IS FURTHER ORDERED** that the parties shall, **not later than August 21, 2019**, present to the court an agreed entry indicating the complete resolution of all issues and concluding this case.  However, to the extent parties are unable to submit such an agreed order by August 21, 2019, **IT IS FURTHER ORDERED that** the parties shall file, **not later than August 21, 2019**, a joint status report or

individual status reports setting forth the status of issues pertaining to the conclusion of this case.

Upon review of the filings pursuant to this order, in the absence of an agreed order or other dispositive filing concluding this case, the court will schedule a further status conference or issue further orders as appropriate.

**IT IS SO ORDERED.**

Copies to:

All Creditors and Parties in Interest

Douglas S. Draper, 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130

Leslie A. Collins, 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130