IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 3:19-bk-30822 |
| TAGNETICS INC., | ) | |
| | ) | Chapter 7 (Involuntary) |
| Alleged Debtor. | ) | |
| | ) | JUDGE GUY R. HUMPHREY |

## NOTICE OF MOTION/OBJECTION

Tagnetics, Inc. has filed papers with the Court to enforce a settlement agreement with the alleged individual creditors Kayser, Earley, and Hager (hereinafter the "Motion").

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the relief sought in the Motion, then on or before **September 23, 2019**,[1] you must file with the Court a response explaining your position by mailing your response by ordinary U.S. Mail to U.S. Bankruptcy Court, Southern District of Ohio, Dayton Divisional Office, 120 West Third Street, Dayton, Ohio 45402 OR your attorney must file a response using the Court's ECF System.

The Court must **receive** your response on or before the above date.

You must also send a copy of your response either by 1) the Court's ECF System or 2) ordinary U.S. Mail and/or email to Robert R. Kracht, Esq., McCarthy, Lebit, Crystal & Liffman, Co., L.P.A., 101 West Prospect Ave., Suite 1800, Cleveland, OH 44115 (rrk@mccarthylebit.com); Stephen Stern, Esq., Kagen, Stern, Marinells & Beard, LLC, 238 West Street, Annapolis, Maryland 21401 (Stern@kaganstern.com); Douglas S. Draper, Esq. and Leslie Collins, Esq., Heller, Draper, Partick, Horn, 650 Poydras Street, Suite 2500, New Orleans, LA 70130 (ddraper@hellerdraper.com) (lcollins@hellerdraper.com); Tagnetics, Inc., 3415 Route 36, Piqua, OH 45356; Kenneth W. Kayser, PO Box 115, Catawba, VA 24070; Ronald E. Early, 6429 Winding Tree Drive, New Carlisle, OH 45344; Jonathan Hager, 2170 River Oaks Drive, Salem, VA 24153; and Jeremy Shane Flannery, U.S. Trustee Office, 170 North High Street, Suite 200, Columbus, OH 43215,

---

[1] The Court's Order Fixing Date for Filing of Motions to Enforce Settlement, Scheduling Evidentiary Hearing, Requiring Filings, and Ordering Other Matters (Dkt. No. 99) provides that objections to the Motion must be filed on or before September 23, 2019.

{01359350-1}

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief without further hearing or notice.

Dated:  September 13, 2019                    */s/ Robert R. Kracht*
                                                                                Robert R. Kracht (#0025574)

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2019, a copy of the foregoing was served (i) **electronically** on the date of filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) electronically by email on counsel for Tagnetics, Inc., Stephen Stern, Esq. (Stern@kaganstern.com), Douglas Draper, Esq. (ddraper@hellerdraper.com) and Leslie Collins, Esq. (lcollins@hellerdraper.com), and (iii) by **ordinary U.S. Mail** on September 13, 2019 addressed to:

Kenneth W Kayser
PO Box 115
Catawba, VA 24070

Ronald E. Early
6429 Winding Tree Drive
New Carlisle, OH 45344

Jonathan Hager
842 Paint Bank Road
Salem, VA 24153

MaryAnne Wilsbacher
Office of the United States Trustee
170 North High Street
Suite 200
Columbus, Ohio 43215

                                                                            */s/ Robert R. Kracht*
                                                                               Robert R. Kracht (#0025574)

{01359350-1}