**Gmail**                                                      Ken Kayser <drkwkayser@gmail.com>

## Re: Tagnetics - Potential Settlement

**Ken Kayser** <drkwkayser@gmail.com>                                          Sat, Jul 20, 2019 at 4:54 PM
To: Stephen Stern <Stern@kaganstern.com>
Cc: "ronald.earley1@gmail.com" <ronald.earley1@gmail.com>, "ctravlr@comcast.net" <ctravlr@comcast.net>, "Robert R. Kracht (rrk@mccarthylebit.com)" <rrk@mccarthylebit.com>, "Nicholas R. Oleski (nro@mccarthylebit.com)" <nro@mccarthylebit.com>, "Douglas S. Draper (ddraper@hellerdraper.com)" <ddraper@hellerdraper.com>, Leslie Collins <lcollins@hellerdraper.com>, Jonathan Kagan <kagan@kaganstern.com>

Steven
As time is very short, you should consider this as our final offer. If your client agrees to these terms,
we will send a letter to the judge indicating we have reached an agreement. This entire transaction
must be completed, including the transfer of funds, in time to cancel the trial.

We will agree to settle for an amount computed as if the contracts ended on 6/30/2017 without penalty.
These calculations take into account the amount paid according to W2's received from Tagnetics.
No benefits or unpaid expenses are claimed except for 10 months at $1400 of life insurance stipend included
in the amount due Kayser. The totals we agree to settle for are:
Ron Earley    $186980
Ken Kayser   $151582
Jon Hager    $148144
TOTAL        $486706

The settlement agreement must include:
A mutual release of all issues arising from our employment by Tagnetics, our role as directors of Tagnetics,
and our participation in the petition for involuntary bankruptcy,

An acknowledgement of Kayser's and Earley's stock ownership, confirmation of number of shares, and
unrestricted shareholder's rights,

Agreement that all provisions of our contracts, including non compete, have expired or are cancelled

Acknowledgement of an outstanding loan from Ron Earley to Tagnetics, principal plus interest to be paid
upon sale (to be defined) of Tagnetics. Principal is $30000 and current balance is approximately $60,000.

Acknowledgement of KVL Core Technology License, $250,000 to be paid upon transfer, sale, or license of
Tagnetics' shelf tag technology or the sale of the company,

Acknowledgement of $315,000 of differed salary to be paid to Kayser upon sale of Tagnetics or other liquidity event.

Kenneth W Kayser
Ronald E Earley
Jonathon Hager

On Fri, Jul 19, 2019 at 4:14 PM Stephen Stern <Stern@kaganstern.com> wrote:

> Ken:
>
> Following up on our conversation, this email identifies everyone who should be copied on email
> communications regarding potential settlement discussions. As I mentioned, I expect to have
> cell service when I am in Canada over the weekend and next week. In the event I do not,
> Tagnetics' other counsel are copied on this email and I have copied my partner, Jonathan Kagan,
> who I will bring up to speed in case he needs to step in with any communications with Tagnetics.

Also, just so you have it in case you need to reach me to talk, my cell is (443) 924-0372.

Thank you,

Stephen



**Stephen B. Stern, Esq.**
stern@kaganstern.com

**Kagan Stern Marinello & Beard, LLC**
(410) 793-1610 (direct)

(410) 216-7900, ext. 1009

(410) 705-0836 (fax)
238 West Street
Annapolis, Maryland 21401
www.kaganstern.com