9/23/2019    Gmail - Re: Tagnetics - Potential Settlement

 Gmail    Ken Kayser <drkwkayser@gmail.com>

### Re: Tagnetics - Potential Settlement
1 message

**Jon Hager** <pufferboater@gmail.com>    Fri, Jul 26, 2019 at 4:35 PM
To: Stephen Stern <Stern@kaganstern.com>
Cc: Ronald Earley <ronald.earley1@gmail.com>, Ken Kayser <drkwkayser@gmail.com>

Stephen,

To make sure there is no confusion, we are confirming the following payment schedule and amount as part of this agreement.

|                  | Timing                            | Ronald E. Earely | Kenneth W Kayser | Jonathan Hager |
|------------------|-----------------------------------|------------------|------------------|----------------|
| Initial Payment  |                                   | $30,000          | $30,000          | $30,000        |
| 2nd Payment      | 12mos from initial payment        | $30,000          | $30,000          | $30,000        |
| 3rd Payment      | 18mos from initial payment        | $30,000          | $30,000          | $30,000        |
| Balance as a note| Paid upon the next liquidity event| $96,980          | $61,582          | $58,144        |
| TOTAL Settlement |                                   | $186,980         | $151,582         | $148,144       |