**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

|  |  |  |
|---|---|---|
| In re: Tagnetics, Inc. | * | Case No. 19-30822 |
|  | * |  |
|  | * | Judge Humphrey |
|  |  | Chapter 7 |

## TAGNETICS, INC.'S WITNESS LIST

Alleged Debtor Tagnetics, Inc. ("Tagnetics"), pursuant to the Court's Scheduling Order (ECF No. 99), files its witness list for the evidentiary hearing on its Motion to Enforce Settlement Agreement.

| NAME & ADDRESS | SYNOPSIS OF TESTIMONY |
|---|---|
| Ken Kayser | Settlement negotiations between the parties. |
| Jon Hager | Settlement negotiations between the parties. |
| Ronald Earley | Settlement negotiations between the parties. |
| Stephen B. Stern, Esq. | Settlement negotiations between the parties. |

Respectfully submitted,

| | |
|---|---|
| */s/ Stephen B. Stern* | */s/ Robert R. Kracht* |
| Stephen B. Stern, Admitted Pro Hac Vice | Robert Kracht (#0025574) |
| Kagan Stern Marinello & Beard, LLC | McCarthy, Lebit, Crystal & Liffman Co., LPA |
| 238 West Street | 101 W. Prospect Avenue, Suite 1800 |
| Annapolis, Maryland 21401 | Cleveland, Ohio 44115 |
| (410) 216-7900 – Telephone | (216) 696-1422 – Telephone |
| (410) 705-0836 – Facsimile | (216) 696-1210 – Facsimile |
| stern@kaganstern.com (email) | rrk@mccarthylebit.com (email) |
| *Counsel for Alleged Debtor* | *Counsel for Alleged Debtor* |
| *Tagnetics, Inc.* | *Tagnetics, Inc.* |

{01371185-1}

# CERTIFICATE OF SERVICE

      I hereby certify that on October 11, 2019, a copy of the foregoing *Witness List* was served (i) **electronically** on the date of filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) electronically by email on counsel for Tagnetics, Inc., Stephen Stern, Esq. (Stern@kaganstern.com), Douglas Draper, Esq. (ddraper@hellerdraper.com) and Leslie Collins, Esq. (lcollins@hellerdraper.com), and (iii) by **ordinary U.S. Mail** on October 11, 2019 addressed to:

Kenneth W Kayser
PO Box 115
Catawba, VA 24070

Ronald E. Early
6429 Winding Tree Drive
New Carlisle, OH 45344

Jonathan Hager
842 Paint Bank Road
Salem, VA 24153

MaryAnne Wilsbacher
Office of the United States Trustee
170 North High Street
Suite 200
Columbus, Ohio 43215

                                      */s/ Robert R. Kracht*
                                      Robert R. Kracht (#0025574)