# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

|  |  |  |
|---|---|---|
| In re: Tagnetics, Inc. | *<br>*<br>*<br>* | Case No. 19-30822<br><br>Judge Humphrey<br>Chapter 7 |

## TAGNETICS, INC.'S EXHIBIT LIST

Alleged Debtor Tagnetics, Inc. ("Tagnetics"), pursuant to the Court's Scheduling Order (ECF No. 99), files its exhibit list for the evidentiary hearing on its Motion to Enforce Settlement Agreement.

| DESIGNATION | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| A | Emails between Remaining Petitioning Creditors and Stephen Stern re: Potential Settlement and Settlement Term Sheet | | |
| B | 8/14/19 Stern email to Remaining Petitioning Creditors with attached Settlement Agreement and Mutual General Release | | |
| C | Emails between Hager and Stern re: Settlement Agreement – Requested Changes | | |
| D | Emails between Stern and Earley re: Settlement Agreement and Requested Changes | | |
| E | Declaration of Luis A. Fernandez | | |
| F | Email between Earley and Stern re: Settlement Agreement – Requested Changes | | |
| G | Emails between Remaining Petitioning Creditors and Stern re: Settlement Agreement – Requested Changes | | |

{01371181-1}

| | | | |
|---|---|---|---|
| H | Redacted Settlement Agreement between Tagnetics and Kayser Ventures, Ltd., S-Tek, Inc. and Robert Strain | | |
| I | Emails between Remaining Petitioning Creditors and Stern re: Potential Settlement and Settlement Term Sheet | | |
| | | | |
| | | | |

Respectfully submitted,

| | |
|---|---|
| */s/ Stephen B. Stern* | */s/ Robert R. Kracht* |
| Stephen B. Stern, Admitted Pro Hac Vice | Robert Kracht (#0025574) |
| Kagan Stern Marinello & Beard, LLC | McCarthy, Lebit, Crystal & Liffman Co., LPA |
| 238 West Street | 101 W. Prospect Avenue, Suite 1800 |
| Annapolis, Maryland 21401 | Cleveland, Ohio 44115 |
| (410) 216-7900 – Telephone | (216) 696-1422 – Telephone |
| (410) 705-0836 – Facsimile | (216) 696-1210 – Facsimile |
| stern@kaganstern.com (email) | rrk@mccarthylebit.com (email) |
| | |
| *Counsel for Alleged Debtor* | *Counsel for Alleged Debtor* |
| *Tagnetics, Inc.* | *Tagnetics, Inc.* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 11, 2019, a copy of the foregoing *Exhibit List* was served (i) **electronically** on the date of filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) electronically by email on counsel for Tagnetics, Inc., Stephen Stern, Esq. (Stern@kaganstern.com), Douglas Draper, Esq. (ddraper@hellerdraper.com) and Leslie Collins, Esq. (lcollins@hellerdraper.com), and (iii) by **ordinary U.S. Mail** on October 11, 2019 addressed to:

Kenneth W Kayser
PO Box 115
Catawba, VA 24070

Ronald E. Early
6429 Winding Tree Drive
New Carlisle, OH 45344

Jonathan Hager
842 Paint Bank Road
Salem, VA 24153

MaryAnne Wilsbacher
Office of the United States Trustee
170 North High Street
Suite 200
Columbus, Ohio 43215

                                                        */s/ Robert R. Kracht*
                                                       Robert R. Kracht (#0025574)