UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| In re:  Tagnetics, Inc. | * | Case No. 19-30822 |
| | * | |
| | * | Judge Humphrey |
| | * | Chapter 7 |
| | * | |

## DECLARATION OF LUIS A. FERNANDEZ

I, Luis A. Fernandez, am at least 18 years of age, and declare under the penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I was an employee of Tagnetics, Inc. ("Tagnetics") from approximately December 2010 to approximately February 2016, during which time I served as the Chief Financial Officer ("CFO"). From approximately March 2016 to June 2019 I served as Tagnetics' outsourced CFO working as an independent contractor. I currently serve as Tagnetics' Acting CFO.

2. In my capacity as CFO for Tagnetics, I am familiar with the Tagnetics' stock ledger.

3. Compass Marketing, Inc. ("Compass"), currently owns approximately 10.13% of the shares of Tagnetics.

4. Compass also owns options to purchase additional shares of Tagnetics. If Compass were to exercise its options to purchase additional shares of Tagnetics, and, depending on whether other parties with options to purchase shares of Tagentics were to exercise those options, Compass can own up to 39.0% of Tagnetics.

5. Compass also owns convertible notes that are convertible to preferred stock of Tagnetics. If Compass were to also convert all of its convertible notes, and, depending on whether other parties with convertible notes were to convert their notes, Compass can own up to 37.99% of Tagnetics.

EXHIBIT
E

I declare under the penalty of perjury under the laws of the United States of America that the following is true and correct.

9/13/2019 | 7:39 AM CDT

Date

Luis A Fernandez

*DocuSigned by:*
*Lou Fernandez*
E1E55F3B059F448...