**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: October 25, 2019**

---

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

In re:   TAGNETICS INC.,

Case No.    19-30822

Judge Humphrey
Chapter 7

---

**Order Fixing Date for Filing Application for Attorney Fees as Compensatory Damages and Ordering Other Matters**

---

In accordance with the court's concurrently entered *Order Granting in Part Tagnetics' Motion to Enforce Settlement Agreement,* Tagnetics shall have **14 days from the entry of this order** to file an application seeking attorney fees as compensatory damages. Counsel for Tagnetics shall serve any such application on each remaining petitioning creditor at each such creditor's designated email address and by overnight mail. The remaining petitioning creditors shall have **14 days from the filing and service of the application** to file any response. Counsel for Tagnetics will receive any response filed by the petitioning creditors when the response is placed on the docket by the Clerk.

**IT IS SO ORDERED.**

Copies to:

All Creditors and Parties in Interest

Douglas S. Draper, 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130

Leslie A. Collins, 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130