UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| In re: | Case No. 19-30822 |
| TAGNETICS, INC., | Involuntary Chapter 7 |
| Alleged Debtor | Judge Humphrey |

## NOTICE OF APPEAL (DOC. 119)[1]

Appellant Tagnetics, Inc., Alleged Debtor, by its undersigned counsel, hereby appeals under Rule 8001 *et seq.* of the Federal Rules of Bankruptcy Procedure from the *Order Granting in Part Tagnetics' Motion to Enforce Settlement (Doc. 119)* entered October 25, 2019 (the "Order"). A copy of the Order is attached hereto as Exhibit "A". The names of the parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

APPELLANT:

TAGNETICS, INC.
McCarthy, Lebit, Crystal & Liffman Co., LPA
101 W. Prospect Ave., Suite 1800
Cleveland, Ohio 44115
Telephone:  216-696-1422
Facsimile:  216-696-1210
Attention:   Robert R. Kracht, Esq. (rrk@mccarthylebit.com)
             Nicholas R. Oleski, Esq. (nro@mccarthylebit.com)

Kagan, Stern, Marinello & Beard, LLC
238 West Street
Annapolis, Maryland 21401
Telephone:  410-216-7900
Facsimile:  410-705-0836
Attention:   Stephen B. Stern, Esq. (stern@kaganstern.com)

---

[1] Tagnetics elects to have this appeal heard by the United States District Court, instead of the Bankruptcy Appellate Panel.

{01377514-1}

APPELLEES/PETITIONING CREDITORS:

Kenneth W. Kayser
P.O. Box 115
Catawba, VA 24070
Email: drkwkayser@gmail.com


Ronald E. Earley
6429 Winding Tree Drive
New Carlisle, OH 45344
Email: ronald.earley1@gmail.com


Jonathan Hager
842 Paint Bank Road
Salem, VA 24153
Email: ctravlr@comcast.net


U.S. TRUSTEE'S OFFICE:

MaryAnne Wilsbacher
Office of the United States Trustee
170 North High Street
Suite 200
Columbus, OH 43215


Respectfully Submitted,

/s/ *Robert R. Kracht*
Robert R. Kracht (0025574)
McCarthy, Lebit, Crystal & Liffman Co., LPA
101 W. Prospect Ave., Suite 1800
Cleveland, Ohio 44115
Telephone: 216-696-1422
Facsimile: 216-696-1210
rrk@mccarthylebit.com

Attorneys for Tagnetics, Inc.

Dated: October 30, 2019

CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2019, a copy of the foregoing *Notice of Appeal (Doc. 119)* was served (i) **electronically** on the date of filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) electronically by email on counsel for Tagnetics, Inc., Stephen B. Stern, Esq. (Stern@kaganstern.com) and (iii) by **email** and **ordinary U.S. Mail** on October 30, 2019 addressed to:

Kenneth W Kayser
PO Box 115
Catawba, VA 24070
drkwkayser@gmail.com

Stephen B. Stern, Esq.
Kagan Stern Marinello & Beard, LLC
238 West Street
Annapolis, Maryland 21401
Stern@kaganstern.com

Ronald E. Early
6429 Winding Tree Drive
New Carlisle, OH 45344
Ronald.early1@gmail.com

MaryAnne Wilsbacher
Office of the United States Trustee
170 North High Street
Suite 200
Columbus, Ohio 43215

Jonathan Hager
842 Paint Bank Road
Salem, VA 24153
ctravlr@comcast.net

　　　　　　　　　　　　　　　　　　*/s/ Robert R. Kracht*
　　　　　　　　　　　　　　　　　　Robert R. Kracht (#0025574)