UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF OHIO (DAYTON)

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 19-30822 |
| TAGNETICS INC. | * | CHAPTER 7 |
| INVOLUNTARY DEBTOR | * | |

### RESPONSE TO MOTION TO STAY THE COURT'S OCTOBER 25, 2019 ORDER
### FROM: Kenneth W. Kayser

I agree with the response filed by Earley and Hager today.

In addition, I respectfully request that in accordance with FRBP 8007(e), the court exercise its prerogative to continue proceedings, set a trial date, and hear the evidence of Tagnetics' insolvency for the following reasons.

1) Tagnetics' principal asset is its intellectual property. The value of this asset is declining.
2) We are also concerned that assets are being transferred to other entities.
3) At least two other creditors are awaiting resolution of this action so they can take independent legal action. These creditors are being disadvantaged by the long delays in resolving this case.
4) If Tagnetics is ruled insolvent, the appeal will be moot.

Respectfully submitted,

_____ 11/12/2019

Kenneth W. Kayser, pro se

7860 Miller Cove Rd

Catawba, VA 24070

Email: drkwkayser@gmail.com

FILED 2019 NOV 12 PM 3: 14 U.S. BANKRUPTCY COURT DAYTON OHIO