This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**

Guy R. Humphrey
United States Bankruptcy Judge

Dated: November 25, 2019

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

In re:   TAGNETICS INC.,

Case No.   19-30822

Judge Humphrey
Chapter 7

**Order Fixing Date for Filing of Response to Motion to Hold Tagnetics in Indirect Contempt (Doc. 145)**

This matter is before the court on the Motion to Hold Tagnetics in Indirect Contempt (doc. 145) (the "Motion"), filed by Petitioning Creditors Jonathan Hager, Ronald E. Earley and Kenneth W. Kayser.

Any response to the Motion (doc. 145) shall be filed and served in accordance with Local Bankruptcy Rule 9013-3 <u>not later than December 13, 2019.</u> Any reply may be filed not later than December 20, 2019.

**IT IS SO ORDERED.**

Copies to: All Creditors and Parties in Interest, Plus

Douglas S. Draper, 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130
Leslie A. Collins, 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130