**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Guy R. Humphrey
United States Bankruptcy Judge

**Dated: November 25, 2019**

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

In re:   TAGNETICS INC.,

Case No.   19-30822

Judge Humphrey
Chapter 7

**Order Fixing Date for Filing of Response to Motion to Hold
Tagnetics in Indirect Contempt (Doc. 145)**

*This matter is before the court on the Motion to Hold Tagnetics in Indirect Contempt* (doc. 145) (the "Motion"), filed by Petitioning Creditors Jonathan Hager, Ronald E. Earley and Kenneth W. Kayser.

**Any response to the Motion (doc. 145) shall be filed and served in accordance with Local Bankruptcy Rule 9013-3 not later than December 13, 2019. Any reply may be filed not later than December 20, 2019.**

**IT IS SO ORDERED.**

Copies to: All Creditors and Parties in Interest, Plus

Douglas S. Draper, 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130
Leslie A. Collins, 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130

```
                         United States Bankruptcy Court
                            Southern District of Ohio
In re:                                                                  Case No. 19-30822-grh
Tagnetics Inc.                                                          Chapter 7
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0648-3          User: chipmanm              Page 1 of 1           Date Rcvd: Nov 25, 2019
                              Form ID: pdf01              Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 27, 2019.
db             Tagnetics Inc.,    3415 RT 36,     Piqua, OH  45356
aty           +Stephen B. Stern,    238 West Street,    Annapolis, MD 21401-3424
              +Douglas Draper,   Leslie Collins,    650 Poydras Street,   Suite 2500,
                New Orleans, LA 70130-6175
ptcrd         +Jonathan Hager,    842 Paint Bank Road,    Salem, VA 24153-9242
ptcrd         +Kayser Ventures Ltd,    1872 Pratt Dr,    Ste 1800,   Blacksburg, VA 24060-6323
ptcrd         +Kenneth W Kayser,   PO Box 115,    Catawba, VA 24070-0115
cr            +Piqua Troy Investments, LLC,    1710 Commerce Drive,    P,   Piqua, OH 45356-2602
ptcrd         +Robert Strain,    427 Artell St,    Marcengo, IL 60152-3205
ptcrd         +Ronald E. Earley,    6429 Winding Tree Dr,    New Carlisle, OH 45344-9168
ptcrd         +S-Tek Inc.,   1100 Wayne St,    Suite 5000,   Troy, OH 45373-3071

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 25, 2019 at the address(es) listed below:
              Asst US Trustee (Day)    USTPRegion09.CB.ECF@usdoj.gov
              Bryan K Stewart     on behalf of Creditor    Piqua Troy Investments, LLC bryan@stewartlawyers.com,
               chad@stewartlawyers.com
              Christopher L Wesner    on behalf of Petitioning Creditor    S-Tek Inc. chriswesnerlaw@gmail.com,
               ecf.cwlo@gmail.com;rtanner@millerluring.com
              Christopher L Wesner    on behalf of Petitioning Creditor    Kayser Ventures Ltd
               chriswesnerlaw@gmail.com,    ecf.cwlo@gmail.com;rtanner@millerluring.com
              Jeremy Shane Flannery    on behalf of U.S. Trustee    Asst US Trustee (Day)
               Jeremy.S.Flannery@usdoj.gov
              Robert R Kracht    on behalf of Debtor    Tagnetics Inc. rrk@mccarthylebit.com
                                                                                             TOTAL: 6
```