UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF OHIO (DAYTON)

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 19-30822 |
| TAGNETICS INC. | * | CHAPTER 7 |
| INVOLUNTARY DEBTOR | * | |

## MOTION TO EXTEND RESPONSE TIME

### FROM: Kenneth Kayser, Ronald Earley, and Jonathan Hager

Pro se parties for the Tagnetics Involuntary Bankruptcy Case 19-30822 Move this Court to grant a 14 day extension to the time allotted to the petitioning creditors for filing response to *Tagnetics Application for Attorney Fees as Compensatory Damages* [Doc. No. 134] entered on November 8, 2019.

The Order Fixing Date for Filing Application for Attorney Fees as Compensatory Damages and Ordering Other Matters [Doc. No. 120] set the response date as 14 days from Tagnetics submittal which would be December 2, 2019, considering weekends and Holidays. On Saturday November 30, Kenneth Kayser had a medical emergency that precluded him from consulting with advisors and other pro se parties regarding a coordinated response to Tagnetics submittal. He notified the Court of his condition by email at the earliest opportunity on Monday December 2, 2019. The Court informed him that he must file a Motion to Extend allowing him time to recover and meet via phone with the other pro se parties to complete and file a response to Tagnetics Application.

In support of this Motion, the pro se parties state the following:

Kenneth Kayser experienced a sudden onset of severe hearing loss on Saturday morning, November 30. This condition prevented him from any verbal communication including a planned discussion with the other pro se party members on Sunday December 1 to finalize their response to be filed Monday December 2, 2019. Subsequently Dr. Kayser has undergone tests and is under treatment by a specialist and improving. Further tests and an MRI are scheduled over the next two weeks.

Pro se parties were unable to finalize the response due to Dr. Kayser's condition and his inability to discuss with his council. The response needed to be discussed via phone since the pro se parties do not live in close proximity.

The pro se parties request the Court consider these circumstances and allow the extension for an adequate response to Tagnetics Application.

Respectfully submitted December 3, 2019,

*[signature]*

Kenneth W. Kayser, pro se

P.O. Box 115

Catawba, VA 24070

Email: drkwkayser@gmail.com

_____
Jonathan Hager, pro se

842 Paint Bank Rd

Salem, VA 24153

Email: ctravlr@comcast.net

_____
Ronald E. Earley, pro se

6429 Winding Tree Drive

New Carlisle, OH 45344

Email: ronald.earley1@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2019, a copy of the foregoing, a copy of the foregoing Motion to Extend Response Tiem was (i) submitted to the Clerk of the Court at the Courthouse and (ii) electronically by email to counsel for Tagnetics, Inc. to

Stephen B. Stern, Esq.

Kagan Stern Marinello & Beard, LLC

238 West Street

Annapolis, Maryland 21401

Stern@kaganstern.com

Robert R. Kracht

McCarthy, Lebit, Crystal & Liffman CO., LPA

101 West Prospect Avenue, Suite 1800

Cleveland, OH 44115

rrk@mccarthylebit.com

_____
Jonathan Hager, pro se