**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Guy R. Humphrey
United States Bankruptcy Judge

**Dated: December 19, 2019**

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| In re:    TAGNETICS INC., | Case No.    19-30822 |
| | Judge Humphrey |
| | Chapter 7 |

**Order Scheduling Telephonic Hearing on Tagnetics' Application for Attorney Fees as Compensatory Damages (doc. 134) and Petitioning Creditors' Motion to Hold Tagnetics in Indirect Contempt (doc. 145), and in the Alternative, an Evidentiary Hearing, and Ordering Other Matters**

**IT IS HEREBY ORDERED** that a hearing shall be held on **January 28, 2020 at 10:30 a.m. (Eastern Time)** on the following filings:

- Tagnetics' Application for Attorneys' Fees as Compensatory Damages Pursuant to the Court's October 25, 2019 Order (doc. 134)

    o  Response to Tagnetics Application for Attorney Fees as Compensatory Damages (doc. 154)

- Motion to Hold Tagnetics in Indirect Contempt (doc. 145)

    o  Tagnetics' Opposition to Motion for Contempt (doc. 153)

    o  Petitioning Creditors' Reply to Tagnetics Opposition to Motion for Contempt (doc. 155)

(the "Contested Matters"). **The hearing shall proceed as a telephonic hearing at which the court intends to hear argument on the Contested Matters, unless one or more parties requests an evidentiary hearing as set forth below. Counsel for Tagnetics and each of the remaining Petitioning Creditors shall participate in the hearing unless otherwise ordered by the court.**

All parties shall maintain at the phone number filed with the court an open phone line on the above date for a period five (5) minutes prior to the above time and continuously thereafter until the pretrial conference commences. **If the parties will be available at a different phone number other that one filed with the court, they shall provide the court with the appropriate number by contacting the courtroom deputy by email at Joni_Behnken@ohsb.uscourts.gov or by calling 937-225-2863 prior to the commencement of the telephonic hearing.**

To the extent that any party involved in the Contested Matters believes that an evidentiary hearing is necessary with regard to either of the Contested Matters, such party shall file, <u>not later than January 10, 2020</u>, a request for an evidentiary hearing. In the absence of any such request the court will proceed with the hearing as a telephonic hearing at which no evidence will be taken. If a request for evidentiary hearing is timely filed, the parties shall appear before Judge Guy R. Humphrey in the West Courtroom on the first floor of The United States Bankruptcy Court, 120 W. Third Street, Dayton, Ohio 45402 on <u>January 28, 2020 at 10:30 a.m.</u> (Eastern Time) and be prepared to present all evidence, witnesses and exhibits at that time.

All counsel and pro se parties who wish to present witnesses or other evidence at an evidentiary hearing shall complete the appropriate Local Bankruptcy Rule Form 7016-1 (Attachment B) Exhibit List(s). The Exhibit List(s), **together with complete copies of all proposed exhibits which the Petitioning Creditors or Tagnetics may offer as exhibits individually and/or jointly,** shall be filed with the court and exchanged with opposing counsel **not later than January 21, 2020.** Exhibits not timely exchanged may not be admitted at the hearing. **If the Petitioning Creditors proceed on a pro se basis and they intend to call witnesses or introduce documents at the hearing as evidence, they or someone on their behalf must either bring their documents to the courthouse or mail their documents, by overnight or other expedited service, in time to ensure that their documents are received by the Clerk by January 21, 2020. If any documents intended to be introduced as evidence at the hearing are not filed with the court by January 21, 2020, the party seeking to introduce those documents as evidence may be precluded from using those documents as evidence at the hearing.**

IT IS SO ORDERED.

Copies to: All Creditors and Parties in Interest, Plus
Douglas S. Draper, 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130
Leslie A. Collins, 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130

United States Bankruptcy Court
Southern District of Ohio

In re:                                                                  Case No. 19-30822-grh
Tagnetics Inc.                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0648-3          User: chipmanm          Page 1 of 1          Date Rcvd: Dec 19, 2019
                              Form ID: pdf01          Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2019.
db              Tagnetics Inc.,    3415 RT 36,    Piqua, OH  45356
aty            +Stephen B. Stern,    238 West Street,    Annapolis, MD 21401-3424
               +Douglas Draper,    Leslie Collins,    650 Poydras Street,    Suite 2500,
                 New Orleans, LA 70130-6175
ptcrd          +Jonathan Hager,    842 Paint Bank Road,    Salem, VA 24153-9242
ptcrd          +Kayser Ventures Ltd,    1872 Pratt Dr,    Ste 1800,    Blacksburg, VA 24060-6323
ptcrd          +Kenneth W Kayser,    PO Box 115,    Catawba, VA 24070-0115
cr             +Piqua Troy Investments, LLC,    1710 Commerce Drive,    P,    Piqua, OH 45356-2602
ptcrd          +Robert Strain,    427 Artell St,    Marcengo, IL 60152-3205
ptcrd          +Ronald E. Earley,    6429 Winding Tree Dr,    New Carlisle, OH 45344-9168
ptcrd          +S-Tek Inc.,    1100 Wayne St,    Suite 5000,    Troy, OH 45373-3071

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2019 at the address(es) listed below:
              Asst US Trustee (Day)    USTPRegion09.CB.ECF@usdoj.gov
              Bryan K Stewart     on behalf of Creditor    Piqua Troy Investments, LLC bryan@stewartlawyers.com,
               chad@stewartlawyers.com
              Christopher L Wesner     on behalf of Petitioning Creditor    S-Tek Inc. chriswesnerlaw@gmail.com,
               ecf.cwlo@gmail.com;rtanner@millerluring.com
              Christopher L Wesner     on behalf of Petitioning Creditor    Kayser Ventures Ltd
               chriswesnerlaw@gmail.com,    ecf.cwlo@gmail.com;rtanner@millerluring.com
              Jeremy Shane Flannery     on behalf of U.S. Trustee    Asst US Trustee (Day)
               Jeremy.S.Flannery@usdoj.gov
              Robert R Kracht     on behalf of Debtor    Tagnetics Inc. rrk@mccarthylebit.com
                                                                                             TOTAL: 6