IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:19-bk-30822 |
| TAGNETICS INC., ) | |
| ) | Chapter 7 (Involuntary) |
| Alleged Debtor. ) | |
| ) | JUDGE GUY R. HUMPHREY |

## NOTICE OF MOTION/OBJECTION

McCarthy, Lebit, Crystal & Liffman Co., LPA and Robert R. Kracht, Esq. have filed papers with the Court for permission to withdraw as counsel for Alleged Debtor Tagnetics, Inc. (hereinafter the "Motion").

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the relief sought in the Motion, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the Motion,** you must file with the Court a response explaining your position by mailing your response by ordinary U.S. Mail to U.S. Bankruptcy Court, Southern District of Ohio, Dayton Divisional Office, 120 West Third Street, Dayton, Ohio 45402 OR your attorney must file a response using the Court's ECF System.

The Court must **receive** your response on or before the above date.

You must also send a copy of your response either by 1) the Court's ECF System or 2) ordinary U.S. Mail and/or email to Robert R. Kracht, Esq., McCarthy, Lebit, Crystal & Liffman, Co., L.P.A., 101 West Prospect Ave., Suite 1800, Cleveland, OH 44115 (rrk@mccarthylebit.com); Stephen Stern, Esq., Kagen, Stern, Marinells & Beard, LLC, 238 West Street, Annapolis, Maryland 21401 (Stern@kaganstern.com); Douglas S. Draper, Esq. and Leslie Collins, Esq., Heller, Draper, Patrick, Horn, 650 Poydras Street, Suite 2500, New Orleans, LA 70130 (ddraper@hellerdraper.com) (lcollins@hellerdraper.com); Tagnetics, Inc., 3415 Route 36, Piqua, OH 45356; Kenneth W. Kayser, PO Box 115, Catawba, VA 24070; Ronald E. Early, 6429 Winding Tree Drive, New Carlisle, OH 45344; Jonathan Hager, 2170 River Oaks Drive, Salem, VA 24153; and Jeremy Shane Flannery, U.S. Trustee Office, 170 North High Street, Suite 200, Columbus, OH 43215.

{01404417-2}

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief without further hearing or notice.

Dated: January 22, 2020          */s/ Robert R. Kracht*
                                 Robert R. Kracht (#0025574)

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2020, a copy of the foregoing was served (i) **electronically** on the date of filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) electronically by email on co-counsel for Tagnetics, Inc., Stephen Stern, Esq. (Stern@kaganstern.com), Douglas Draper, Esq. (ddraper@hellerdraper.com) and Leslie Collins, Esq. (lcollins@hellerdraper.com), and (iii) by **ordinary U.S. Mail** as addressed to:

**Kenneth W Kayser**
PO Box 115
Catawba, VA 24070

**Ronald E. Early**
6429 Winding Tree Drive
New Carlisle, OH 45344

**Jonathan Hager**
842 Paint Bank Road
Salem, VA 24153

**Stephen Stern, Esq.**
Kagan Stern Marinello & Beard, LLC
238 West Street
Annapolis, Maryland 21401

**Douglas S. Draper, Esq.**
Heller, Draper, Patrick, Horn
650 Poydras Street, Suite 2500
New Orleans, LA 70130

**Leslie A. Collins, Esq.**
Heller, Draper, Patrick, Horn
650 Poydras Street, Suite 2500
New Orleans, LA 70130

**Tagnetics, Inc.**
3415 Route 36
Piqua, OH 45356

                                 */s/ Robert R. Kracht*
                                 Robert R. Kracht (#0025574)

{01404417-2}