**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Guy R. Humphrey*
United States Bankruptcy Judge

**Dated: February 4, 2020**

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

In re:  TAGNETICS INC.

Case No.  19-30822

Judge Humphrey
Chapter 7

### Order Concerning Documents Received by the Court on February 3, 2020

On February 3, 2020 the court received an envelope containing copies of the following documents:

- *Motion of McCarthy, Lebit, Crystal & Liffman, Co. L.P.A., for Leave to Witdraw as Counsel* (doc. 158), filed in the United States Bankruptcy Court for the Southern District of Ohio in *In re Tagnetics Inc.*, No. 19-30822 ("Document 1")

- *Appellant's Renewed Motion to Extend Briefing Scheduled* (doc. 4), filed in the United States District Court for the Southern District of Ohio in *Tagnetics Inc. v. Kayser et al.*, Case No. 3:19-cv-363 ("Document 2")

- *Appellant's Motion to Stay Bankruptcy Court's October 25, 2019 Order and for Approval of a Supersedeas Bond* (doc. 7), filed in the United States District Court for the

Southern District of Ohio in *Tagnetics Inc. v. Kayser et al.*, Case No. 3:19-cv-363 ("Document 3")

- State of Delaware, Division of Corporations, Entity Details for Tagnetics Inc., File Number 3693450, dated January 30, 2020 ("Document 4")

The court notes that Document 1 contains highlighting in the caption and the first two paragraphs. Document 2 is folded at page 3 with the signature block information of Robert R. Kracht highlighted. Document 3 is a clean copy of the Motion filed in the District Court appeal on January 30, 2020 and contains no annotations. Document 4 contains the following highlighted text: "Status: Void, AR's or Tax Delinquent".

A cover letter was not included with the foregoing documents, there is no original signature of the sender, and there is no discernable relief sought.

Accordingly, these documents are being simultaneously returned to the address provided on the front of the envelope: Post Office Box 639, Saint Helena, SC 29920. Further, the court expresses no opinion with regard to these publicly available documents or to the highlighting of their contents.

**IT IS SO ORDERED.**

Copies to: All Creditors and Parties in Interest, Plus

Douglas S. Draper, 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130
Leslie A. Collins, 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130