**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Guy R. Humphrey
United States Bankruptcy Judge

**Dated: February 4, 2020**

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| In re:   TAGNETICS INC. | Case No.   19-30822<br><br>Judge Humphrey<br>Chapter 7 |

**Order Concerning Documents Received by the Court on February 3, 2020**

On February 3, 2020 the court received an envelope containing copies of the following documents:

- *Motion of McCarthy, Lebit, Crystal & Liffman, Co. L.P.A., for Leave to Witdraw as Counsel* (doc. 158), filed in the United States Bankruptcy Court for the Southern District of Ohio in *In re Tagnetics Inc.*, No. 19-30822 ("Document 1")

- *Appellant's Renewed Motion to Extend Briefing Scheduled* (doc. 4), filed in the United States District Court for the Southern District of Ohio in *Tagnetics Inc. v. Kayser et al.*, Case No. 3:19-cv-363 ("Document 2")

- *Appellant's Motion to Stay Bankruptcy Court's October 25, 2019 Order and for Approval of a Supersedeas Bond* (doc. 7), filed in the United States District Court for the

Southern District of Ohio in *Tagnetics Inc. v. Kayser et al.*, Case No. 3:19-cv-363 ("Document 3")

- State of Delaware, Division of Corporations, Entity Details for Tagnetics Inc., File Number 3693450, dated January 30, 2020 ("Document 4")

The court notes that Document 1 contains highlighting in the caption and the first two paragraphs. Document 2 is folded at page 3 with the signature block information of Robert R. Kracht highlighted. Document 3 is a clean copy of the Motion filed in the District Court appeal on January 30, 2020 and contains no annotations. Document 4 contains the following highlighted text: "Status: Void, AR's or Tax Delinquent".

A cover letter was not included with the foregoing documents, there is no original signature of the sender, and there is no discernable relief sought.

Accordingly, these documents are being simultaneously returned to the address provided on the front of the envelope: Post Office Box 639, Saint Helena, SC 29920. Further, the court expresses no opinion with regard to these publicly available documents or to the highlighting of their contents.

**IT IS SO ORDERED.**

Copies to: All Creditors and Parties in Interest, Plus

Douglas S. Draper, 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130
Leslie A. Collins, 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130

```
                           United States Bankruptcy Court
                              Southern District of Ohio
In re:                                                                          Case No. 19-30822-grh
Tagnetics Inc.                                                                  Chapter 7
         Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0648-3           User: woyckec               Page 1 of 1                  Date Rcvd: Feb 05, 2020
                               Form ID: pdf01              Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2020.
db             Tagnetics Inc.,    3415 RT 36,    Piqua, OH 45356
aty           +Stephen B. Stern,    238 West Street,    Annapolis, MD 21401-3424
              +Douglas S. Draper,    650 Poydras Street, Suite 2500,    New Orleans, LA 70130-6175
ptcrd         +Jonathan Hager,    842 Paint Bank Road,    Salem, VA 24153-9242
ptcrd         +Kayser Ventures Ltd,    1872 Pratt Dr,    Ste 1800,   Blacksburg, VA 24060-6323
ptcrd         +Kenneth W Kayser,    PO Box 115,    Catawba, VA 24070-0115
              +Leslie A. Collins,    650 Poydras Street, Suite 2500,    New Orleans, LA 70130-6175
cr            +Piqua Troy Investments, LLC,    1710 Commerce Drive,    P,   Piqua, OH 45356-2602
ptcrd         +Robert Strain,    427 Artell St,    Marcengo, IL 60152-3205
ptcrd         +Ronald E. Earley,    6429 Winding Tree Dr,    New Carlisle, OH 45344-9168
ptcrd         +S-Tek Inc.,   1100 Wayne St,    Suite 5000,    Troy, OH 45373-3071

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2020 at the address(es) listed below:
              Asst US Trustee (Day)    USTPRegion09.CB.ECF@usdoj.gov
              Bryan K Stewart    on behalf of Creditor   Piqua Troy Investments, LLC bryan@stewartlawyers.com,
               chad@stewartlawyers.com
              Christopher L Wesner    on behalf of Petitioning Creditor    S-Tek Inc. chriswesnerlaw@gmail.com,
               ecf.cwlo@gmail.com;rtanner@millerluring.com
              Christopher L Wesner    on behalf of Petitioning Creditor    Kayser Ventures Ltd
               chriswesnerlaw@gmail.com,    ecf.cwlo@gmail.com;rtanner@millerluring.com
              Jeremy Shane Flannery    on behalf of U.S. Trustee    Asst US Trustee (Day)
               Jeremy.S.Flannery@usdoj.gov
              Robert R Kracht    on behalf of Debtor   Tagnetics Inc. rrk@mccarthylebit.com
                                                                                             TOTAL: 6
```