**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: February 7, 2020**

---

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

In re:  TAGNETICS INC.,

Case No.    19-30822

Judge Humphrey
Chapter 7

---

### Order Adjourning Contested Matter (Docs. 134 & 154)

---

This matter is before the court on the oral motion of Tagnetics Inc. to adjourn its *Application for Attorneys' Fees as Compensatory Damages Pursuant to the Court's October 25, 2019 Order* (doc. 134) and *Petitioning Creditors Response to Tagnetics Application for Attorney Fees as Compensatory Damages* (doc. 154) (the "Contested Matter") pending adjudication of Tagnetics' appeal of the court's *Order Granting in Part Tagnetics' Motion to Enforce Settlement Agreement and Ordering Other Matters* (doc. 119). *See* doc. 124 (notice of appeal).

On January 28, 2020, the court held a telephonic hearing on the Contested Matter, participated in Robert R. Kracht and Stephen B. Stern, counsel for Tagnetics Inc., and remaining Petitioning Creditors Kenneth W. Kayser, Ronald E. Early, and Jonathan Hager.

Based upon the parties' arguments and at the request of the Applicant, the court **grants** Tagnetics' request. Accordingly, the Contested Matter is hereby adjourned pending the entry of any final judgment on Tagnetics' appeal in United States District Court, Southern District of Ohio, Case No. 3:19-cv-00363-TMR. Within 14 days of the issuance of the final order disposing of Tagnetics' appeal, Tagnetics shall file a notice with this court

advising the court of the conclusion of the appeal. Upon receipt of such filing, the court will issue an appropriate order.

**IT IS SO ORDERED.**

Copies to: All Creditors and Parties in Interest, Plus
Douglas S. Draper, 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130
Leslie A. Collins, 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130