**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: February 11, 2020**

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | |
|---|---|
| In re:  TAGNETICS INC., | Case No.    19-30822 <br><br> Judge Humphrey <br> Chapter 7 |

---

**Order Granting Petitioning Creditors' Motion for Contempt (Doc. 145), Determining Additional Interest as a Remedy to Enforce Compliance, and Ordering Other Matters**

---

In accordance with the court's concurrently filed Decision Granting Petitioning Creditors' Motion for Contempt (Doc. 145) and Determining Additional Interest as a Remedy to Enforce Compliance, the Petitioning Creditors' *Motion to Hold Tagnetics in Indirect Contempt* (doc. 145) is **granted**.

Accordingly, **IT IS ORDERED** that Tagnetics Inc. shall pay to the Petitioning Creditors compensatory damages as follows:

1. Tagnetics shall, **within 30 days of the entry of this order,** pay to each Petitioning Creditor the amounts past due under the *Order Granting in Part Tagnetics' Motion to Enforce Settlement Agreement* (doc. 119) (the "Settlement Enforcement Order") ($30,000 to each Creditor), plus the interest that has accrued, starting 3 business

    days after the Settlement Enforcement Order was entered, at the Federal Judgment Interest rate provided under 28 U.S.C. § 1961.

2. To the extent that all sums due in paragraph 1 are not timely paid, additional interest at the rate of 5% per annum, simple interest, compounded monthly, shall commence on the 31st day following the entry of this order and shall continue until all past due sums are paid.

3. Interest shall accrue on all future sums due under the Settlement Enforcement Order, from the time those sums first become due, at the Federal Judgment Interest rate provided under 28 U.S.C. § 1961, plus 5% per annum, simple interest, compounded monthly, until such sums are paid in full.

4. In the event that a stay pending appeal is issued, the additional 5% interest shall not be due or accumulate from the time the stay first becomes effective until the stay terminates.

To the extent that there are any differences between the court's decision and this order, any such differences are inadvertent and this order shall constitute the decision of the court and shall govern.

    **IT IS SO ORDERED.**

Copies to: All Creditors and Parties in Interest, Plus

Douglas S. Draper, 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130
Leslie A. Collins, 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130