**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Guy R. Humphrey
United States Bankruptcy Judge

**Dated: February 7, 2020**

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| In re:   TAGNETICS INC., | Case No.   19-30822 |
| | Judge Humphrey<br>Chapter 7 |

### Order Adjourning Contested Matter (Docs. 134 & 154)

This matter is before the court on the oral motion of Tagnetics Inc. to adjourn its *Application for Attorneys' Fees as Compensatory Damages Pursuant to the Court's October 25, 2019 Order* (doc. 134) and *Petitioning Creditors Response to Tagnetics Application for Attorney Fees as Compensatory Damages* (doc. 154) (the "Contested Matter") pending adjudication of Tagnetics' appeal of the court's *Order Granting in Part Tagnetics' Motion to Enforce Settlement Agreement and Ordering Other Matters* (doc. 119). *See* doc. 124 (notice of appeal).

On January 28, 2020, the court held a telephonic hearing on the Contested Matter, participated in Robert R. Kracht and Stephen B. Stern, counsel for Tagnetics Inc., and remaining Petitioning Creditors Kenneth W. Kayser, Ronald E. Early, and Jonathan Hager.

Based upon the parties' arguments and at the request of the Applicant, the court **grants** Tagnetics' request. Accordingly, the Contested Matter is hereby adjourned pending the entry of any final judgment on Tagnetics' appeal in United States District Court, Southern District of Ohio, Case No. 3:19-cv-00363-TMR. Within 14 days of the issuance of the final order disposing of Tagnetics' appeal, Tagnetics shall file a notice with this court

advising the court of the conclusion of the appeal. Upon receipt of such filing, the court will issue an appropriate order.

**IT IS SO ORDERED.**

Copies to: All Creditors and Parties in Interest, Plus
Douglas S. Draper, 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130
Leslie A. Collins, 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130

United States Bankruptcy Court
Southern District of Ohio

In re:  Case No. 19-30822-grh
Tagnetics Inc.  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0648-3  User: woyckec  Page 1 of 1  Date Rcvd: Feb 10, 2020
                    Form ID: pdf01  Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2020.
```
db              Tagnetics Inc.,    3415 RT 36,    Piqua, OH 45356
aty            +Stephen B. Stern,    238 West Street,    Annapolis, MD 21401-3424
               +Douglas S. Draper,    650 Poydras Street, Suite 2500,    New Orleans, LA 70130-6175
ptcrd          +Jonathan Hager,    842 Paint Bank Road,    Salem, VA 24153-9242
ptcrd          +Kayser Ventures Ltd,    1872 Pratt Dr,    Ste 1800,    Blacksburg, VA 24060-6323
ptcrd          +Kenneth W Kayser,    PO Box 115,    Catawba, VA 24070-0115
               +Leslie A. Collins,    650 Poydras Street, Suite 2500,    New Orleans, LA 70130-6175
cr             +Piqua Troy Investments, LLC,    1710 Commerce Drive,    P,    Piqua, OH 45356-2602
ptcrd          +Robert Strain,    427 Artell St,    Marcengo, IL 60152-3205
ptcrd          +Ronald E. Earley,    6429 Winding Tree Dr,    New Carlisle, OH 45344-9168
ptcrd          +S-Tek Inc.,    1100 Wayne St,    Suite 5000,    Troy, OH 45373-3071
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2020                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2020 at the address(es) listed below:
```
              Asst US Trustee (Day)    USTPRegion09.CB.ECF@usdoj.gov
              Bryan K Stewart    on behalf of Creditor    Piqua Troy Investments, LLC bryan@stewartlawyers.com,
               chad@stewartlawyers.com
              Christopher L Wesner    on behalf of Petitioning Creditor    S-Tek Inc. chriswesnerlaw@gmail.com,
               ecf.cwlo@gmail.com;rtanner@millerluring.com
              Christopher L Wesner    on behalf of Petitioning Creditor    Kayser Ventures Ltd
               chriswesnerlaw@gmail.com,    ecf.cwlo@gmail.com;rtanner@millerluring.com
              Jeremy Shane Flannery    on behalf of U.S. Trustee    Asst US Trustee (Day)
               Jeremy.S.Flannery@usdoj.gov
              Robert R Kracht    on behalf of Debtor    Tagnetics Inc. rrk@mccarthylebit.com
                                                                                             TOTAL: 6
```