**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Guy R. Humphrey
United States Bankruptcy Judge

**Dated: February 11, 2020**

---

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| In re:  TAGNETICS INC., | Case No.  19-30822<br><br>Judge Humphrey<br>Chapter 7 |

---

**Order Granting Petitioning Creditors' Motion for Contempt (Doc. 145), Determining Additional Interest as a Remedy to Enforce Compliance, and Ordering Other Matters**

In accordance with the court's concurrently filed Decision Granting Petitioning Creditors' Motion for Contempt (Doc. 145) and Determining Additional Interest as a Remedy to Enforce Compliance, the Petitioning Creditors' *Motion to Hold Tagnetics in Indirect Contempt* (doc. 145) is **granted.**

Accordingly, **IT IS ORDERED** that Tagnetics Inc. shall pay to the Petitioning Creditors compensatory damages as follows:

1. Tagnetics shall, **within 30 days of the entry of this order,** pay to each Petitioning Creditor the amounts past due under the *Order Granting in Part Tagnetics' Motion to Enforce Settlement Agreement* (doc. 119) (the "Settlement Enforcement Order") ($30,000 to each Creditor), plus the interest that has accrued, starting 3 business

days after the Settlement Enforcement Order was entered, at the Federal Judgment Interest rate provided under 28 U.S.C. § 1961.

2. To the extent that all sums due in paragraph 1 are not timely paid, additional interest at the rate of 5% per annum, simple interest, compounded monthly, shall commence on the 31st day following the entry of this order and shall continue until all past due sums are paid.

3. Interest shall accrue on all future sums due under the Settlement Enforcement Order, from the time those sums first become due, at the Federal Judgment Interest rate provided under 28 U.S.C. § 1961, plus 5% per annum, simple interest, compounded monthly, until such sums are paid in full.

4. In the event that a stay pending appeal is issued, the additional 5% interest shall not be due or accumulate from the time the stay first becomes effective until the stay terminates.

To the extent that there are any differences between the court's decision and this order, any such differences are inadvertent and this order shall constitute the decision of the court and shall govern.

**IT IS SO ORDERED.**

Copies to: All Creditors and Parties in Interest, Plus

Douglas S. Draper, 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130
Leslie A. Collins, 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130

United States Bankruptcy Court
Southern District of Ohio

In re:  Case No. 19-30822-grh
Tagnetics Inc.  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0648-3　　　User: chipmanm　　　Page 1 of 1　　　Date Rcvd: Feb 11, 2020
　　　　　　　　　　　　　Form ID: pdf01　　　Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2020.
```
db             Tagnetics Inc.,    3415 RT 36,    Piqua, OH  45356
aty           +Stephen B. Stern,    238 West Street,    Annapolis, MD 21401-3424
              +Douglas Draper,    Leslie Collins,    650 Poydras Street,    Suite 2500,
                New Orleans, LA 70130-6175
ptcrd         +Jonathan Hager,    842 Paint Bank Road,    Salem, VA 24153-9242
ptcrd         +Kayser Ventures Ltd,    1872 Pratt Dr,    Ste 1800,    Blacksburg, VA 24060-6323
ptcrd         +Kenneth W Kayser,    PO Box 115,    Catawba, VA 24070-0115
cr            +Piqua Troy Investments, LLC,    1710 Commerce Drive,    P,    Piqua, OH 45356-2602
ptcrd         +Robert Strain,    427 Artell St,    Marcengo, IL 60152-3205
ptcrd         +Ronald E. Earley,    6429 Winding Tree Dr,    New Carlisle, OH 45344-9168
ptcrd         +S-Tek Inc.,    1100 Wayne St,    Suite 5000,    Troy, OH 45373-3071
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020　　　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2020 at the address(es) listed below:
```
              Asst US Trustee (Day)    USTPRegion09.CB.ECF@usdoj.gov
              Bryan K Stewart     on behalf of Creditor    Piqua Troy Investments, LLC bryan@stewartlawyers.com,
               chad@stewartlawyers.com
              Christopher L Wesner     on behalf of Petitioning Creditor    S-Tek Inc. chriswesnerlaw@gmail.com,
               ecf.cwlo@gmail.com;rtanner@millerluring.com
              Christopher L Wesner     on behalf of Petitioning Creditor    Kayser Ventures Ltd
               chriswesnerlaw@gmail.com,    ecf.cwlo@gmail.com;rtanner@millerluring.com
              Jeremy Shane Flannery     on behalf of U.S. Trustee    Asst US Trustee (Day)
               Jeremy.S.Flannery@usdoj.gov
              Robert R Kracht    on behalf of Debtor    Tagnetics Inc. rrk@mccarthylebit.com
                                                                                             TOTAL: 6
```