**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Guy R. Humphrey
United States Bankruptcy Judge

**Dated: March 5, 2020**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:19-bk-30822 |
| TAGNETICS INC., ) | |
| ) | Chapter 7 (Involuntary) |
| Alleged Debtor. ) | |
| ) | JUDGE GUY R. HUMPHREY |

**ORDER GRANTING AMENDED MOTION OF McCARTHY, LEBIT, CRYSTAL & LIFFMAN, CO., L.P.A. AND ROBERT R. KRACHT, ESQ. FOR LEAVE TO WITHDRAW AS COUNSEL FOR THE ALLEGED DEBTOR**

This matter came on for consideration on the Amended Motion of McCarthy, Lebit, Crystal & Liffman, Co., L.P.A. and Robert R. Kracht, Esq., (collectively "Movants") for Leave to Withdraw as Counsel for Tagnetics, Inc. (the "Motion," Doc. No. 159).

Movants have alleged that good cause for the granting of the Motion exist, co-counsel for the Alleged Debtor, the Alleged Debtor and all other necessary parties were served with the Motion and with Notice of the Motion and opportunity to object (Doc. No. 160). No party filed a response

or otherwise objected to the Motion. For these reasons, it is appropriate to grant the relief requested in the Motion.

IT IS THEREFORE ORDERED that the Motion is granted. The law firm of McCarthy, Lebit, Crystal & Liffman, Co., L.P.A. and Robert R. Kracht, Esq. are hereby authorized to withdraw as counsel for the Alleged Debtor, Tagnetics, Inc..

**SUBMITTED BY:**

*/s/ Robert R. Kracht*
Robert R. Kracht (#0025574)
*rrk@mccarthylebit.com*
McCarthy, Lebit, Crystal & Liffman Co., L.P.A.
101 West Prospect Avenue, Suite 1800
Cleveland, Ohio 44115
Tel: (216) 696-1422
Fax: (216) 696-1210


Copies to: All Creditors and Parties in Interests, Plus
The Alleged Debtor and
Douglas S. Draper, 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130
Leslie A. Collins, 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130


# # #