Form a0ntrans
(Rev. 6/19)

**United States Bankruptcy Court**
**Southern District of Ohio**
**120 West Third Street**
**Dayton, OH 45402–1819**

| | | |
|---|---|---|
| In Re: | Tagnetics Inc. | Case No.: 3:19–bk–30822 |
| | Debtor(s) | Chapter: 7 |
| SSN/TAX ID: 20–0173720 | | Judge: Guy R Humphrey |

NOTICE OF FILING OF TRANSCRIPT
AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on January 28, 2020, was filed on March 6, 2020. Pursuant to Bankruptcy Rule 9037 the following items may be redacted on the request of a party or nonparty filer:

1. the last four digits of the social security number and taxpayer– identification number;
2. the year of an individual's birth;
3. the names of minors, except for a minor's initials; and
4. financial account numbers, except the last four digits.

A request to redact any other information must be sought through a motion filed with the court and served upon all affected parties in accordance with the Bankruptcy Rules of Procedure and Local Rules of this bankruptcy court.

The following redaction deadlines apply to this transcript:

The parties have until March 13, 2020 to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is March 27, 2020.

If a request for redaction is filed, the redacted transcript is due April 6, 2020.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is June 4, 2020 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Legal Electronic Recording, Inc 216–881–8000 or you may view the document at the clerk's office public terminal.

**No unauthorized weapons are permitted on the court's premises. Cellular phones and portable electronic devices are permitted provided that they are not used to take photographs or record any court proceedings unless otherwise authorized by the court.**

Dated: March 6, 2020

FOR THE COURT:
Richard B. Jones
Clerk, U.S. Bankruptcy Court

In addition to the individuals who received this Notice via the Notice of Electronic Filing, the following individuals were served by regular US Mail on: March 6, 2020.

Kenneth Kayser
PO Box 115
Catawba, VA 24070

Ronald E Earley
6429 Winding Tree Dr
New Carlisle OH 45344

Jonathan Hager
842 Paint Bank Road
Salem VA 24153

Stephen B Stern
238 West Street
Annapolis MD 21401

Robert R Kracht
101 West Prospect Ave
Suite 1800
Cleveland OH 44115

By:  Melissa Chipman, Deputy Clerk

United States Bankruptcy Court
Southern District of Ohio

In re:                                                                          Case No. 19-30822-grh
Tagnetics Inc.                                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0648-3          User: chipmanm              Page 1 of 1              Date Rcvd: Mar 06, 2020
                              Form ID: pdf02              Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2020.
```
db              Tagnetics Inc.,    3415 RT 36,    Piqua, OH 45356
aty            +Stephen B. Stern,    238 West Street,    Annapolis, MD 21401-3424
ptcrd          +Jonathan Hager,    842 Paint Bank Road,    Salem, VA 24153-9242
ptcrd          +Kenneth W Kayser,    PO Box 115,    Catawba, VA 24070-0115
               +Robert Kracht,    101 West Prospect Ave,    Suite 1800,    Cleveland, OH 44115-1064
ptcrd          +Ronald E. Earley,    6429 Winding Tree Dr,    New Carlisle, OH 45344-9168
               +Stephen Stern,    238 West Street,    Annapolis, MD 21401-3424
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2020 at the address(es) listed below:
```
              Asst US Trustee (Day)    USTPRegion09.CB.ECF@usdoj.gov
              Bryan K Stewart    on behalf of Creditor    Piqua Troy Investments, LLC bryan@stewartlawyers.com,
               chad@stewartlawyers.com
              Christopher L Wesner    on behalf of Petitioning Creditor    Kayser Ventures Ltd
               chriswesnerlaw@gmail.com, ecf.cwlo@gmail.com;rtanner@millerluring.com
              Christopher L Wesner    on behalf of Petitioning Creditor    S-Tek Inc. chriswesnerlaw@gmail.com,
               ecf.cwlo@gmail.com;rtanner@millerluring.com
              Jeremy Shane Flannery    on behalf of U.S. Trustee    Asst US Trustee (Day)
               Jeremy.S.Flannery@usdoj.gov
```
                                                                                                 TOTAL: 5