# EXHIBIT 2

**Ron Bateman**

**From:** John White
**Sent:** Thursday, June 4, 2020 3:00 PM
**To:** Ron Bateman
**Subject:** FW: Powershelf Tagnetics Compass Marketing Update



John White | Chairman & CEO
e. *jwhite@compassmarketinginc.net*

# COMPASS

222 Severn Ave., Suite 200 | Annapolis, MD 21403

*Using* **ART + SCIENCE** *to amplify brands.*

---

**From:** Marty Monserez <martymonz@gmail.com>
**Sent:** Wednesday, June 3, 2020 10:13:25 AM
**To:** John White <jwhite@compassmarketinginc.net>
**Subject:** Fwd: Powershelf Tagnetics Compass Marketing Update


FYI.

Sent from my iPhone

Begin forwarded message:

> **From:** "Schacht, Paul" <schacht.pw@duracell.com>
> **Date:** June 3, 2020 at 9:47:59 AM EDT
> **To:** Marty Monserez <martymonz@gmail.com>
> **Subject: FW: Powershelf Tagnetics Compass Marketing Update**
>
>
> FYI.... Another one ....
>
> # DURACELL
> **TRUST IS POWER.**
>
> Paul Schacht
> VP/GM  Duracell Company
> 10151 Carver Rd   suite 110
> Blue Ash, OH 45242
>
> Office: 513 745-6641
> Cell:  513 807-8191

1

**From:** Frank.Columbo <Frank.Columbo@protonmail.com>
**Sent:** Tuesday, June 02, 2020 6:24 PM
**To:** shields.ja@duracell.com; Velutini, Ramon <velutini.r@duracell.com>; Cowley, Michael <cowley.mj@duracell.com>; Schacht, Paul <schacht.pw@duracell.com>; lawson.ke1@duracell.com; harwood.kj@duracell.com; Wade, Bryan <wade.bd@duracell.com>
**Subject:** Re: Powershelf Tagnetics Compass Marketing Update

**Disclosure of Officers of Tagnetics Inc. and Requirement of Personal Appearance**

Tagnetics, not later than June 12, 2020, shall file the names and titles of all the current officers and directors of Tagnetics. Further, the Chief Executive Officer of Tagnetics, or other senior officer specifically identified by Tagnetics and agreed to by the court, shall be required to appear at the hearing scheduled by this order and testify as to the specific circumstances concerning Tagnetics' apparent failure to comply with the Settlement Order and the prior contempt order. Failure to comply with this provision of this order may lead to a further show cause hearing against Tagnetics and the individual officers of Tagnetics.

Hearing

A hearing shall be held on June 25, 2020 at 1:30 p.m. (Eastern Time) on the Petitioning Creditors' criminal contempt motion (doc. 181). Further, upon sua sponte motion of the court, Tagnetics shall show cause why it should not be held in further civil contempt and to determine whether further sanctions are appropriate.


------- Original Message -------
On Saturday, May 30, 2020 2:43 AM, Frank.Columbo <Frank.Columbo@protonmail.com> wrote:

2