**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| In re: Tagnetics, Inc. | * | Case No. 19-30822 |
| | * | |
| | * | Judge Humphrey |
| | * | Chapter 7 |

**TAGNETICS, INC.'S LIST OF OFFICERS AND
MEMBERS OF ITS BOARD OF DIRECTORS**

Tagnetics, Inc. ("Tagnetics"), by and through its undersigned counsel and pursuant to the Court's Order dated May 27, 2020 [Doc. #182], hereby identifies its officers and directors.

## Officers

1. John White – CEO
2. Louis Fernandez – CFO

## Board of Directors

1. John White – Chairman & CEO
2. Donald Sackman
3. Vincent Browning
4. Larry McWilliams
5. Robert Tobin
6. August Klein
7. Edwin Quinn

Dated: June 12, 2020                     Respectfully submitted,

                                                             */s/ Stephen B. Stern*
Stephen B. Stern, Admitted Pro Hac Vice
KAGAN STERN MARINELLO & BEARD, LLC
238 West Street
Annapolis, MD 21401
(410) 216-7900 – Telephone
(410) 705-0836 - Facsimile
stern@kaganstern.com (email)

*Counsel for Alleged Debtor*
*Tagnetics, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2020, a copy of the foregoing List of Officers and Members of Tagnetics' Board of Directors was served (i) **electronically** on the date of filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) electronically by email to Kenneth W. Kayser. (drkwkayser@gmail.com), Ronald E. Early (ronald.earley1@gmail.com) and Jonathan Hager (pufferboater@gmail.com), and (iii) by **First Class U.S. Mail** on June 12, 2020 to Kenneth Kayser and MaryAnne Wilsbacher at the addresses below, and (iv) FedEx to Ronald Earley and Jonathan Hager at the addresses below:

Kenneth W. Kayser
PO Box 115
Catawba, VA 24070

Ronald E. Early
6429 Winding Tree Drive
New Carlisle, OH 45344

Jonathan Hager
842 Paint Bank Road
Salem, VA 24153

MaryAnne Wilsbacher
Office of the United States Trustee
170 North High Street
Suite 200
Columbus, Ohio 43215

                                                             */s/ Stephen B. Stern*
                                                                   Stephen B. Stern