# EXHIBIT 4

Case 3:19-bk-30822    Doc 190-4    Filed 06/12/20    Entered 06/12/20 16:17:15    Desc
Exhibit 4    Page 2 of 3

**Ron Bateman**

| | |
|---|---|
| **From:** | John White |
| **Sent:** | Thursday, October 17, 2019 10:27 PM |
| **To:** | Ron Bateman; chuck.rubac@gmail.com |
| **Subject:** | FW: Tagnetics bankrupcy proceedings |

Add this to the latest list of sabotage attempts. This is a ▮▮▮▮ deal they are killing.

I'd like to review the 1st draft of the summary Sabotage efforts tomorrow.

Thanks guys
John

John White   Chairman & CEO
e. jwhite@compassmarketinginc.net

## COMPASS

222 Severn Ave., Suite 200 | Annapolis, MD 21403

*Using* **ART + SCIENCE** *to amplify brands.*

---

**From:** John White <jwhite@compassmarketinginc.com>
**Sent:** Thursday, October 17, 2019 9:01:33 PM
**To:** John White <jwhite@compassmarketinginc.net>
**Subject:** Fwd: Tagnetics bankrupcy proceedings

John White
Chairman/CEO
Compass Marketing Inc
www.compassmarketinginc.com

---------- Forwarded message ----------
**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Date:** Thu, Oct 17, 2019, 5:27 PM
**Subject:** Tagnetics bankrupcy proceedings
**To:** John White <jwhite@compassmarketinginc.com>
**Cc:** mgoldsmith@taftlaw.com <mgoldsmith@taftlaw.com>, Negre-Eveillard, Nathalie <nnegre@whitecase.com>

Dear John,

It came to my attention today that an involuntary chapter 7 bankruptcy proceeding was filed against Tagnetics Inc. as early as March 2019 and is still pending in the Bankruptcy Court for the Southern District of Ohio. I am extremely surprised and upset to learn such information, incidentally and only today and that you did not inform me of that circumstance while we were discussing together a term sheet of a potential partnership between our companies back at the same period. As you know, this term sheet was non-binding and subject to multiple conditions precedent, including conduct of due diligence, etc. which have not been met.

I further understand that Tagnetics has referenced to that such non-binding term in settlement discussions between Tagnetics and certain petitioning creditors in the bankruptcy case, and that Tagnetics may seek to introduce the term sheet or otherwise disclose its contents in that proceeding. I remind you that, in accordance with the Confidentiality provision set out therein, such term sheet is strictly confidential and, at this date, ▇ **does not consent** in any way to the disclosure of the term sheet, the existence thereof, or the status of related discussions and negotiations.

John, I trust you will understand and comply with your confidentiality obligation set out in the Term Sheet. I remain available to discuss this matter with you.

▇