# EXHIBIT 5

**Ron Bateman**

| | |
|---|---|
| **From:** | John White |
| **Sent:** | Thursday, October 17, 2019 10:28 PM |
| **To:** | Ron Bateman; chuck.rubac@gmail.com |
| **Subject:** | FW: Tagnetics Letter |
| **Attachments:** | Tagnetics Letter.pdf |

Add Colgate as the latest list of contracts they are sabotaging as well.

Thanks
John

John White   Chairman & CEO
e. *jwhite@compassmarketinginc.net*

# COMPASS

222 Severn Ave., Suite 200 | Annapolis, MD 21403

*Using* **ART** + **SCIENCE** *to amplify brands.*

From: John White <jwhite@compassmarketinginc.com>
**Sent:** Thursday, October 17, 2019 9:07:26 PM
**To:** John White <jwhite@compassmarketinginc.net>
**Subject:** Fwd: Tagnetics Letter

John White
Chairman/CEO
Compass Marketing Inc
www.compassmarketinginc.com

---------- Forwarded message ----------
From: **Kathy Frisch** <kathy_frisch@colpal.com>
Date: Thu, Oct 17, 2019, 5:35 PM
Subject: Tagnetics Letter
To: John White <jwhite@compassmarketinginc.com>
Cc: BP_Jared Lerner <bp_jared_lerner@colpal.com>

Hi John,

For your information, attached is the letter I received in the mail yesterday that we referred to in this morning's call.

Best Regards,
Kathy

1

Kathy Frisch
Global Design and Packaging
Colgate-Palmolive Company | 909 River Road | Piscataway, NJ 08855
732-878-7145

Fellow Tagnetics Shareholders:

Last March, our business Tagnetics (aka Powershelf) became a defendant in a bankruptcy proceeding in federal court in Ohio. Several suppliers and three insiders claim Tagnetics owes them large sums of money.

Three of the suppliers who were represented by attorneys were paid in full. Three former employees (2 of them former board members) are still proceeding and claim Tagnetics owes them more than 1 million dollars.

It appears that our board has agreed to allow Tagnetics to go into bankruptcy. They report more than 1 million dollars in "delinquent payroll and taxes". Tagnetics owes taxes in 5 states and has not filed required tax returns in many years. They have been evicted from their offices for not paying rent.

It also appears that our CEO and several members of our board and management and employees, along an attorney for the company, have maneuvered to put their debt to be paid ahead of our investments and debt when the company is put in bankruptcy.

Last August, our CEO and several of the members of our board and management and employees, and our CEO's personal attorney who is also representing us in the bankruptcy, started a new company in Wyoming – Smart Retail, Inc. – where they seem to be selling new investments and have taken the "Smart Retail Label" that was the property of Tagnetics.

They have done all of this without getting permission from, or even notifying the shareholders of our company. We have not had a meeting of the owners or any reports from the directors in over 5 years. That seems unfair.

The last co-CEO that I am aware of is:

Larry S. McWilliams
Co-CEO, Tagnetics
Chairman, Armstrong Flooring
2500 Columbia Avenue
Lancaster, PA 17604
T: (717)672-9611

To ask a question or report a problem concerning your investments, your
investment account or a financial professional, you can contact the SEC online or
call the SEC's toll-free investor assistance line at (800) 732-0330 (if outside of the
U.S., call 1-202-551-6551).

U.S. Securities and Exchange Commission
Office of Investor Education and Advocacy
100 F Street, N.E.
Washington, DC 20549-0213
T:       (202) 551-4500
F:       (202) 772-9295
E:       https://www.sec.gov/olea/Complaint.html

**U.S. Bankruptcy Court**
**Southern District of Ohio (Dayton)**
**Bankruptcy Petition #: 3:19-bk-30822**

*Date filed:* 03/19/2019

*Assigned to:* Guy R Humphrey
Chapter 7
Involuntary
AP Case: No

*Debtor*
Tagnetics Inc.
3415 RT 36
Piqua, OH 45356
MIAMI-OH
Tax ID / EIN: 20-0173720
aka Powershelf

represented by Robert R Kracht
101 West Prospect Ave
Suite 1800
Cleveland, OH 44115
216-696-1422
Email: rrk@mccarthylebit.com

Stephen B. Stern
238 West Street
Annapolis, MD 21401
410-216-7900
Email: sstern@kaganstern.com

*Petitioning Creditor*
Kenneth W Kayser
PO Box 115
Catawba, VA 24070

*Petitioning Creditor*
Ronald E. Earley
6429 Winding Tree Dr
New Carlisle, OH 45344

*Petitioning Creditor*
Kayser Ventures Ltd
1872 Pratt Dr
Ste 1800
Blacksburg, VA 24060

represented by Christopher L Wesner
Miller, Luring, Venters & Wesner Co., LPA
314 W. Main St.
Troy, OH 45573
937-339-3001
Fax: 855-339-5440
Email: chriswesnerlaw@gmail.com

*Petitioning Creditor*
Jonathan Hager
842 Paint Bank Road

Salem, VA 24153

*Petitioning Creditor*
Robert Strain
427 Axtell St
Marcengo, IL 60152

*Petitioning Creditor*
S-Tek Inc.
1100 Wayne St
Suite 5000
Troy, OH 45373

*U.S. Trustee*
Asst US Trustee (Day)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 43215-2417
614-469-7411

represented by Christopher L Wesner
(See above for address)

represented by Jeremy Shane Flannery
Office of the United States Trustee
170 North High Street
Suite 200
Columbus, OH 43215
614-469-7411
Fax : 614-469-7448
Email: Jeremy.S.Flannery@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 08/05/2019 | 90 | Notice of Status Conference by Phone. Counsel for Tagnetics Inc. and Petitioning Creditors Jonathan Hager, Ronald Early and Kenneth Kayser shall participate in the conference. The call-in information has been provided to all required parties. (RE: related document(s)1 🔗 Involuntary Petition (Chapter 7) filed by Debtor Tagnetics Inc., Petitioning Creditor Kenneth W Kayser, Petitioning Creditor Ronald E. Early, Petitioning Creditor Kayser Ventures Ltd, Petitioning Creditor Jonathan Hager, Petitioning Creditor Robert Strain, Petitioning Creditor S-Tek Inc.) Status conference to be held on 8/7/2019 at 02:00 PM Judge Humphrey Telephone for i 🔗. (3jb) (Entered: 08/05/2019) |
| 08/07/2019 | | Status Conference Held, participated in by counsel for Tagnetics Inc. and Petitioning Creditors Jonathan Hager, Ronald Early and Kenneth Kayser. In accordance with the status conference, a draft of the settlement agreement is to be circulated by Tagnetics' counsel not later than August 14, 2019 and in the absence of an agreed order or other dispositive filing concluding this case, status reports are due not later than August 21, 2019. An order is forthcoming. (RE: related document(s)1 🔗 Involuntary Petition (Chapter 7) filed by Debtor Tagnetics Inc., Petitioning Creditor Kenneth W Kayser, Petitioning Creditor Ronald E. Early, Petitioning Creditor Kayser Ventures Ltd, Petitioning Creditor Jonathan Hager, Petitioning Creditor Robert Strain, Petitioning Creditor S-Tek Inc.) (3jb) (Entered: 08/07/2019) |
| 08/07/2019 | 91 (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 8/7/2019 8:46:54 AM ]. File Size [ 4016 KB ]. Run Time [ 00:16:44 ]. ( ad). (Entered: 08/07/2019) |

| Date | Doc (pgs) | Description |
|---|---|---|
| 08/07/2019 | 22 (2 pgs) | Order Requiring Agreed Order or Status Report(s) And Ordering Other Matters. (ltw) (Entered: 08/08/2019) |
| 08/10/2019 | 23 (3 pgs) | BNC Certificate of Mailing - PDF Document (RE: related document(s)92 Order Requiring Joint Status Report) Notice Date 08/10/2019. (Admin.) (Entered: 08/11/2019) |
| 08/21/2019 | 24 (3 pgs) | Report to Court Status Report Filed by Debtor Tagnetics Inc. (Kracht, Robert) (Entered: 08/21/2019) |
| 08/21/2019 | 25 (2 pgs) | Report to Court Joint Status Report Regarding Settlement Filed by Petitioning Creditors Ronald E. Early, Jonathan Hager, Kenneth W Kayser. (3mc) (Entered: 08/22/2019) |
| 08/23/2019 | 26 (2 pgs) | Order Scheduling Telephonic Conference Hearing to be held on 8/27/2019 at 03:00 PM Judge Humphrey Telephone (3mc) (Entered: 08/23/2019) |
| 08/25/2019 | 27 (3 pgs) | BNC Certificate of Mailing - PDF Document (RE: related document(s)26 Scheduling Order) Notice Date 08/25/2019. (Admin.) (Entered: 08/26/2019) |
| 08/27/2019 | | Status Conference Held, participated in by Stephen B. Stern and Robert R. Kracht, counsel for Tagnetics Inc. and Petitioning Creditors Jonathan Hager, Ronald Early and Kenneth Kayser. In accordance with the status conference, an order is forthcoming which establishes a deadline for filing motions to enforce settlement and schedules an evidentiary hearing. (RE: related document(s)1 Involuntary Petition (Chapter 7) Filed by Debtor Tagnetics Inc, Petitioning Creditor Kenneth W Kayser, Petitioning Creditor Ronald E. Early, Petitioning Creditor Kayser Ventures Ltd, Petitioning Creditor Jonathan Hager, Petitioning Creditor Robert Strain, Petitioning Creditor S-Tek Inc.) (3jb) (Entered: 08/27/2019) |
| 08/27/2019 | 28 (1 pg) | PDF with attached Audio File. Court Date & Time [ 8/27/2019 1:07:15 PM ]. File Size [ 7744 KB ]. Run Time [ 00:32:16 ]. (ad). (Entered: 08/27/2019) |
| 08/28/2019 | 29 (4 pgs) | Order Fixing Date for Filing of Motions to Enforce Settlement, Scheduling Evidentiary Hearing, Requiring Filings, and Ordering Other Matters. Hearing to be held on 10/18/2019 at 09:30 AM Judge Humphrey Courtroom West. Responses Due: 9/13/2019. (3mc) (Entered: 08/28/2019) |
| 08/30/2019 | 100 (5 pgs) | BNC Certificate of Mailing - PDF Document (RE: related document(s)99 Scheduling Order) Notice Date 08/30/2019. (Admin.) (Entered: 08/31/2019) |
| 09/13/2019 | 101 (57 pgs) | Motion to Enforce Settlement Agreement Filed by Debtor Tagnetics Inc. (Attachments: # 1 Exhibit - 1 - Settlement Emails # 2 Exhibit - 2 - Draft Settlement Agreement # 3 Exhibit - 3 - 8/19/19 Stern Email to Remaining Petitioning Creditors # 4 Exhibit - 4 - 8/16/19 Early email to Stem # 5 Exhibit - 5 - Declaration of Luis Fernandez # 6 Exhibit - 6 - 8/21/19 Early email to Stem # 7 Exhibit - 7 - 8/20/19 Stern email to Remaining Petitioning Creditors # 8 Exhibit - 8 - Redacted Settlement Agreement b/w Tagnetics and Kayser Ventures, Ltd., S-Tek, Inc., and Robert Strain) (Kracht, Robert) Additional attachment(s) added on 9/18/2019 (1ng). Modified on 9/18/2019 (1ng). Substituted the PDF Document (1ng). (Entered: 09/13/2019) |



| Billable Pages: | Cost: |
|---|---|
| 3 | 0.30 |

999999999 Term:
included Headers;
included Formats html
Page counts for
documents; included

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____

Case number (if known): _____ Chapter _____

FILED

2019 MAR 19 PM 2: 19

CLERK
U.S. BANKRUPTCY COURT
DAYTON, OHIO

☐ Check if this is an
amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

**Part 1:   Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed**

1. Chapter of the
   Bankruptcy Code

   Check one.

   ☒ Chapter 7
   ☐ Chapter 11

**Part 2:   Identify the Debtor**

2. Debtor's name

   TAGNETICS Inc

3. Other names you know
   the debtor has used in
   the last 8 years

   *Include any assumed
   names, trade names, or
   doing business as names.*

   PowerShelf

4. Debtor's federal
   Employer Identification
   Number (EIN)

   ☐ Unknown

   20 - 0173720

5. Debtor's address

   Principal place of business

   3415   RT 36
   Number   Street

   PIQUA                    OH   45356
   City                    State   ZIP Code

   USA
   County

   Mailing address, if different

   _____   _____
   Number   Street

   P.O. Box

   _____   _____
   City   State   ZIP Code

   Location of principal assets, if different from
   principal place of business

   _____   _____
   Number   Street

   _____   _____
   City   State   ZIP Code

Case 3:19-bk-30822    Doc 1    Filed 03/19/19    Entered 03/19/19 14:33:05    Desc Main
Document    Page 2 of 8

Debtor _____    Case number (if known)_____
         Name

6.  Debtor's website (URL)    WWW. PowerShelf.com

7.  Type of debtor          ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
                            ☐ Partnership (excluding LLP)
                            ☐ Other type of debtor. Specify: _____

8.  Type of debtor's        Check one:
    business
                            ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
                            ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
                            ☐ Railroad (as defined in 11 U.S.C. § 101(44))
                            ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
                            ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
                            ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
                            ☒ None of the types of business listed.
                            ☐ Unknown type of business.

9.  To the best of your     ☒ No
    knowledge, are any
    bankruptcy cases        ☐ Yes. Debtor_____    Relationship_____
    pending by or against
    any partner or affiliate     District_____ Date filed _____  Case number, if known_____
    of this debtor?                                                        MM / DD / YYYY

                                Debtor_____    Relationship_____

                                District_____ Date filed _____  Case number, if known_____
                                                                          MM / DD / YYYY

**Part 3:    Report About the Case**

10. Venue                   Check one:
                            ☐ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of
                              business, or principal assets in this district longer than in any other district.
                            ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. Allegations             Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
                            The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

                            At least one box must be checked:
                            ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona
                              fide dispute as to liability or amount.
                            ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an
                              agent appointed or authorized to take charge of less than substantially all of the property of the
                              debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. Has there been a        ☐ No
    transfer of any claim
    against the debtor by or ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy
    to any petitioner?         Rule 1003(a).

Case 3:19-bk-30822   Doc 1   Filed 03/19/19   Entered 03/19/19 14:33:06   Desc Main
Document   Page 3 of 8

| Debtor | Name | | Case number (if known) | |
|---|---|---|---|---|

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | *Kenneth W. Kayser* | *Unpaid wages* | $ 307,580 |
| | | | $ |
| | | | $ |
| | | Total of petitioners' claims | $ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:   Request for Relief

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| Name and mailing address of petitioner | |
| *Kenneth W Kayser* | Printed name |
| Name | |
| *PO Box 115* | Firm name, if any |
| Number   Street | |
| *Catawba*   *VA*   *24070* | Number   Street |
| City   State   ZIP Code | |
| | City   State   ZIP Code |
| Name and mailing address of petitioner's representative, if any | |
| | Contact phone     Email |
| Name | |
| | Bar number |
| Number   Street | |
| | State |
| City   State   ZIP Code | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on *02/28/2019*
          MM / DD / YYYY

X *[signature]*
Signature of petitioner or representative, including representative's title

X _____
Signature of attorney

Date signed _____
          MM / DD / YYYY

Debtor _____     Case number (if known) _____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Ronald E Early | EMPLOYMENT AGREEMENT UN PAID SALARY | $341,755.00 |
| | | $_____ |
| | | $_____ |
| | **Total of petitioners' claims** | $_____ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

**Part 4:     Request for Relief**

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner** | |
| Ronald E Early | Printed name _____ |
| Name | |
| 6429 Winding Tree Dr | Firm name, if any _____ |
| Number   Street | |
| New Carlisle    OH   45344 | Number   Street |
| City        State   ZIP Code | City       State   ZIP Code |
| | Contact phone _____ Email _____ |
| **Name and mailing address of petitioner's representative, if any** | Bar number _____ |
| Name _____ | State _____ |
| Number   Street | |
| City        State   ZIP Code | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/19/28 19            X _____
             MM / DD /YYYY              Signature of attorney

X  Ronald E Early                   Date signed  03/14/2019
   Signature of petitioner or representative, including representative's title              MM /DD /YYYY

Official Form 205              Involuntary Petition Against a Non-Individual              page 3

Debtor _____    Case number (if known) _____
                    Name

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | *Kayser Ventures Ltd* | *Unpaid Equip Rent* | $ *41,979* |
| | | | $ |
| | | | $ |
| | | Total of petitioners' claims | $ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:    Request for Relief

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner** | |
| *Kayser Ventures Ltd* | _____ |
| Name | Printed name |
| *1872 Pratt Dr  Ste 1800* | _____ |
| Number    Street | Firm name, if any |
| *Blacksburg*        *VA*    *24060* | _____ |
| City                State    ZIP Code | Number    Street |
| | _____ |
| **Name and mailing address of petitioner's representative, if any** | City                State    ZIP Code |
| _____ | Contact phone _____    Email _____ |
| Name | |
| _____ | Bar number _____ |
| Number    Street | |
| _____ | State _____ |
| City                State    ZIP Code | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on *02/28/2019*                          X _____
            MM / DD / YYYY                              Signature of attorney

X _____                     Date signed _____
Signature of petitioner or representative, including representative's title          MM / DD / YYYY

Debtor _____     Case number (if known) _____

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | JONATHAN HAGER | EMPLOYMENT AGREEMENT UNPAID SALARY | $ 387,187 |
| | | | $ |
| | | | $ |
| | | Total of petitioners' claims | $ 387,187 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:   Request for Relief

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

If more relief is being requested, attach additional sheets, and reasonable for all the  documents of the court certified.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| Name and mailing address of petitioner | |
| JONATHAN HAGER | Printed name |
| 2170 RIVER OAKS DRIVE  Number   Street | Firm name if any |
| SALEM   VA   24153  City   State  ZIP Code | Number   Street |
| | City   State   ZIP Code |
| Name and mailing address of petitioner's representative, if any | Contact phone |
| Name | Bar number |
| Number   Street | Email |
| City   State   ZIP Code | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/11/2019
MM/DD/YYYY

X 
_____
Signature of petitioner or representative, including representative's title

X
_____
Signature of attorney

Printed name _____

Debtor _____                    Case number _____

13. Each petitioner's claim     Name of petitioner          Nature of petitioner's claim        Amount of the claim
                                                                                                above the value of
                                                                                                any lien

                                _Robert Strain_              _Unpaid Salary_                     $ _17,099.35_

                                _____              _____                    $ _____

                                _____              _____                    $ _____

                                                             Total of petitioners claims        $ _____

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at
the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of this form for each
additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the
statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature,
along with the signature of the petitioner's attorney.

**Part 4:   Request for Relief**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to
$500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519 and 3571

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a
petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a
foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

Petitioners or Petitioners' Representative                  Attorneys

Name and mailing address of petitioner

_Robert Strain_
Name

_427 Actell St_
Number   Street

_Marengo_        _IL_    _60152_
City             State   ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City        State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _03/13/2018_
            MM / DD /YYYY

X _Robert Strain_
Signature of petitioner or representative, including representative's title

Printed name
_____

Firm name, if any
_____

Number   Street
_____

City        State   ZIP Code
_____

Contact phone _____   Email _____

Bar number
_____

State
_____

X _____
Signature of attorney

Date signed _____
            MM / DD /YYYY

Debtor _____   Case number _____

13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| S-TEK INC. | INVOICE # 073117 LO | 26125.00 |

Total of petitioners' claims   26125.00

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

**Part 4:   Request for Relief**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning cred-itor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this petition and I have a reasonable belief that the information is true and correct.

Petitioners or Petitioners' Representative                 Attorneys

Name and mailing address of petitioner
S-TEK INC.
26046 BROADWAY Ave
Cleveland   OHIO   44146

Name and mailing address of petitioner's representative, if any
S-TEK INC   Robert T Smith
1100 WAYNE ST. SUITE 5000
TROY   OHIO   45373

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 01/22/2019

x Robert S Smith   V.P.

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF OHIO (DAYTON)

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 19-30822 |
| TAGNETICS INC. | * | JUDGE HUMPHREY |
| INVOLUNTARY DEBTOR | * | CHAPTER 7 |

### MOTION TO WITHDRAW FROM BAKRUPTCY PROCEEDINGS OF PETITIONING CREDITOR S-TEK, INC.

Now comes the Petitioning Creditor S-TEK, INC., by and through its counsel Christopher L. Wesner, and does hereby move this Court to allow S-Tek, Inc.'s withdraw as a petitioning creditor in the above entitled case.

### MEMORANDUM IN SUPPORT

S-Tek, Inc.'s claim in this case has reached a settlement. As S-Tek, Inc.'s Claim has been paid in full, it is hereby requested that the Court issue an order approving the Motion of S-Tek, Inc. to withdraw from any further bankruptcy proceedings in this matter as per the telephonic pretrial conference held on July 19, 2019.

Dated: 7/19/2019

Respectfully submitted,
/s/ Christopher L. Wesner
Christopher L. Wesner (0082699)
Miller, Luring Venters & Wesner Co., L.P.A.
314 W. Main Street.
Troy, OH 45373
Phone: (937)-339-2627
chriswesnerlaw@gmail.com
Attorney for S-Tek and Kayser Ventures Ltd.

1

## CERTIFICATE OF SERVICE

I hereby certify that this document was served by email (when the email address of the

party was available to me) and regular U.S. mail this day of July 19, 2019 upon the following:

John White
Care of Stephen B. Stern
238 W. Street
Annapolis, MD 21401
Counsel for Tagnetics Inc.

Robert Kracht
101 W. Prospect Avenue, Suite 1800
Cleveland, OH 44115
Counsel for Tagnetics Inc.

Kenneth W Kayser
PO Box 115
Catawba, VA 24070

Ronald E. Early
6429 Winding
Tree Dr New
Carlise, OH
45344

Kayser Ventures Ltd
1872 Pratt Dr
Ste 1800
Blacksburg, VA 24060

Jonathan Hager
2170 River Oaks Drive
Salem, VA 24153

Robert Strain
427 Artell St.
Marcengo, IL 60512

S-Tek Inc.
1100 Wayne St
Suite 5000
Troy, OH 45373

/s/ Christopher L. Wesner

2

# FILED

JUL 2 2 2019

RICHARD JONES
CLERK OF COURT
U.S. BANKRUPTCY COURT

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF OHIO (DAYTON)

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 19-30822 |
| TAGNETICS INC. | * | JUDGE HUMPHREY |
| INVOLUNTARY DEBTOR | * | CHAPTER 7 |

## MOTION TO WITHDRAW FROM BAKRUPTCY PROCEEDINGS OF PETITIONING CREDITOR ROBERT STRAIN

Now comes the Petitioning Creditor ROBERT STRAIN, and does hereby move this Court to allow Robert Strain's withdraw as a petitioning creditor in the above entitled case.

## MEMORANDUM IN SUPPORT

Robert Strain's claim in this case has reached a settlement. As Robert Strain's Claim has been paid in full it is hereby requested that the Court issue an order approving the Motion of Robert Strain to Withdraw from the Bankruptcy Proceedings as per the telephonic pretrial conference held on July 19, 2019.

Dated: 7/19/2019

Respectfully submitted,
/s/ Robert Strain

1

### CERTIFICATE OF SERVICE

I hereby certify that this document was served by email (when the email address of the

party was available to me) and regular U.S. mail this day of July 19, 2019 upon the following:

> John White
> Care of Stephen B. Stern
> 238 W. Street
> Annapolis, MD 21401
> Counsel for Tagnetics Inc.

> Robert Kracht
> 101 W. Prospect Avenue, Suite 1800
> Cleveland, OH 44115
> Counsel for Tagnetics Inc.

> Christopher Wesner
> 314 West Main Street
> Troy. OH 45373

> Kenneth W Kayser
> PO Box 115
> Catawba. VA 24070

> Ronald E. Early
> 6429 Winding
> Tree Dr New
> Carlisc. OH
> 45344

> Kayser Ventures Ltd
> 1872 Pratt Dr
> Ste 1800
> Blacksburg, VA 24060

> Jonathan Hager
> 2170 River Oaks Drive
> Salem. VA 24153

> S-Tek Inc.
> 1100 Wayne St
> Suite 5000
> Troy. OH 45373

/s/ Robert Strain

2

## UNITED STATES BANKRUPTCY COURT

### SOUTHERN DISTRICT OF OHIO (DAYTON)

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 19-30822 |
| TAGNETICS INC. | * | JUDGE HUMPHREY |
| INVOLUNTARY DEBTOR | * | CHAPTER 7 |

---

### MOTION TO WITHDRAW FROM BAKRUPTCY PROCEEDINGS OF PETITIONING CREDITOR KAYSER VENTURES LTD.

---

Now comes the Petitioning Creditor KAYSER VENTURES LTD., by and through its counsel Christopher L. Wesner, and does hereby move this Court to allow Kayser Ventures Ltd.'s withdraw as a petitioning creditor in the above entitled case.

### MEMORANDUM IN SUPPORT

Kayser Ventures Ltd.'s claim in this case has reached a settlement. As Kayser Ventures Ltd. Claim has been paid in full, it is hereby requested that the Court issue an order approving the Motion of Kayser Ventures Ltd. to withdraw from any further bankruptcy proceedings in this matter as per the telephonic pretrial conference held on July 19, 2019.

Dated: 7/19/2019

Respectfully submitted,
/s/ Christopher L. Wesner
Christopher L. Wesner (0082699)
Miller, Luring Venters & Wesner Co., L.P.A.
314 W. Main Street.
Troy, OH 45373
Phone: (937)-339-2627
chriswesnerlaw@gmail.com
Attorney for S-Tek and Kayser Ventures Ltd.

1

## CERTIFICATE OF SERVICE

I hereby certify that this document was served by email (when the email address of the party was available to me) and regular U.S. mail this day of July19, 2019 upon the following:

John White
Care of Stephen B. Stern
238 W. Street
Annapolis, MD 21401
Counsel for Tagnetics Inc.

Robert Kracht
101 W. Prospect Avenue, Suite 1800
Cleveland, OH 44115
Counsel for Tagnetics Inc.

Kenneth W Kayser
PO Box 115
Catawba, VA 24070

Ronald E. Early
6429 Winding
Tree Dr New
Carlise, OH
45344

Kayser Ventures Ltd
1872 Pratt Dr
Ste 1800
Blacksburg, VA 24060

Jonathan Hager
2170 River Oaks Drive
Salem, VA 24153

Robert Strain
427 Artell St.
Marcengo, IL 60512

S-Tek Inc.
1100 Wayne St
Suite 5000
Troy, OH 45373

/s/ Christopher L. Wesner

2