# EXHIBIT 6

P.O. Box 639
Saint Helena S
Lou Fernandez
Tagnetics / Powershelf
Are you still an Officer of Tagnetics / Powershelf ???
Cc: Judge Humphrey

4. In the event that a stay pending appeal is issued, the additional 5% interest shall not be due or accumulate from the time the stay first becomes effective until the stay terminates.

Doc. 169. However, no evidence of payment reached the court despite this contempt order requiring payment by March 12, 2020.

On May 19, 2020, following the conclusion of the appeal to the District Court, the Petitioning Creditors filed a *Motion to Hold Tagnetics in Criminal Contempt* (doc. 181), advising the court that they have not received any payments required by the court's prior orders nor any correspondence from Tagnetics regarding those payments. The Petitioning Creditors' Motion requests more "aggressive action to enforce" the court's orders and that any attorney fees that may be awarded to Tagnetics as compensatory damages for prosecution of the Settlement Agreement be made to offset the fourth set of payments due under the Settlement Agreement.

**IT IS THEREFORE ORDERED:**

**Response Date**

Tagnetics shall file any response to the Petitioning Creditors' Motion (doc. 181) **not later than June 15, 2020.**

**Disclosure of Officers of Tagnetics Inc. and Requirement of Personal Appearance**

Tagnetics, **not later than June 12, 2020,** shall file the names and titles of all the current officers and directors of Tagnetics. Further, the Chief Executive Officer of Tagnetics, or other senior officer specifically identified by Tagnetics and agreed to by the court, shall be **required** to appear at the hearing scheduled by this order and testify as to the specific circumstances concerning Tagnetics' apparent failure to comply with the Settlement Order and the prior contempt order. **Failure to comply with this provision of this order may lead to a further show cause hearing against Tagnetics and the individual officers of Tagnetics.**

**Hearing**

**A hearing shall be held on June 25, 2020 at 1:30 p.m. (Eastern Time) on the Petitioning Creditors' criminal contempt motion (doc. 181). Further, upon sua sponte motion of the court, Tagnetics shall show cause why it should not be held in further civil contempt and to determine whether further sanctions are appropriate. The parties shall be prepared to address the following issues during the hearing:**

1. Does the bankruptcy court have the authority to issue a criminal sanction, and if so, what an appropriate criminal sanction would be?

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| In re: Tagnetics, Inc. | * | Case No. 19-30822 |
| | * | |
| | * | Judge Humphrey |
| | * | Chapter 7 |
| | * | |

**DECLARATION OF LUIS A. FERNANDEZ**

I, Luis A. Fernandez, am at least 18 years of age, and declare under the penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I was an employee of Tagnetics, Inc. ("Tagnetics") from approximately December 2010 to approximately February 2016, during which time I served as the Chief Financial Officer ("CFO"). From approximately March 2016 to June 2019 I served as Tagnetics' outsourced CFO working as an independent contractor. I currently serve as Tagnetics' Acting CFO.

2. In my capacity as CFO for Tagnetics, I am familiar with the Tagnetics' stock ledger.

3. Compass Marketing, Inc. ("Compass"), currently owns approximately 10.13% of the shares of Tagnetics.

4. Compass also owns options to purchase additional shares of Tagnetics. If Compass were to exercise its options to purchase additional shares of Tagnetics, and, depending on whether other parties with options to purchase shares of Tagentics were to exercise those options, Compass can own up to 39.0% of Tagnetics.

5. Compass also owns convertible notes that are convertible to preferred stock of Tagnetics. If Compass were to also convert all of its convertible notes, and, depending on whether other parties with convertible notes were to convert their notes, Compass can own up to 37.99% of Tagnetics.

environmentally sustainable retail operations, and we are

diverse thinking, experience, people power, and holistic

# MANAGEMENT TEAM

**JOHN WHITE**

Co-CEO and Chairman of the Board

John White joined the Board of the Company and was named its Chairman and Co-CEO in April 2012. He is the Chairman and CEO of Compass Marketing, Inc., an industry leader in the

**LARRY MCWILLIAMS**

Co-CEO and Director

In September of 2012, Larry McWilliams joined Powershelf as its Co-CEO to lead the company in its efforts to become the leading provider of ESLs in the marketplace. Prior to joining Powershelf, McWilliams served as the

**RONALD E. EARLEY**

President, Chief Operating Officer and Director

Ron Earley was a twenty-five year employee of Hobart Corporation and had management oversight of the subsidiary which became Powershelf, when it was managed directly by

**LUIS A. FERNANDI**

Senior Vice President a

Chief Financial Office

Mr. Fernandez is a accomplished execu with more than 20 ye of experience acros multiple industries a geographies. Mr. Fernandez joined Powershelf and wa