# EXHIBIT 7

## Ron Bateman

| | |
|---|---|
| **From:** | John White |
| **Sent:** | Thursday, June 4, 2020 2:58 PM |
| **To:** | Ron Bateman; Luis Fernandez |
| **Subject:** | FW: Bankruptcy Court Information |

John White | Chairman & CEO
e. *jwhite@compassmarketinginc.net*

# COMPASS

222 Severn Ave., Suite 200 | Annapolis, MD 21403

*Using* **ART + SCIENCE** *to amplify brands.*

---

**From:** Marty Monserez <martymonz@gmail.com>
**Sent:** Wednesday, June 3, 2020 12:44:04 PM
**To:** John White <jwhite@compassmarketinginc.net>
**Subject:** Bankruptcy Court Information

John,

I received today the same four page document that I received 10 days ago. However, as shown below, they had it open to page 3 and drew attention to a entence by highlighting it in yellow.

Also, they asked for my title as shown below.

Marty

4. In the event that a stay pending appeal is issued, the additional $5 interest shall not be due or accumulate from the time the stay first becomes effective until the stay terminates.

Doc. 169. However, no evidence of payment reached the court despite this contempt order requiring payment by March 17, 2020.

On May 19, 2020, following the conclusion of the appeal to the District Court, the Petitioning Creditors filed a Motion to Hold Tagnetics in Criminal Contempt (doc. 181), advising the court that they have not received any payments required by the court's prior orders nor any correspondence from Tagnetics regarding those payments. The Petitioning Creditors' Motion requests more "aggressive action to enforce" the court's orders, and that any attorney fees that may be awarded to Tagnetics as compensatory damages for prosecution of the Settlement Agreement be made to offset the fourth set of payments due under the Settlement Agreement.

IT IS THEREFORE ORDERED:

**Response Date**

Tagnetics shall file any response to the Petitioning Creditors' Motion (doc. 181) not later than June 15, 2020.

**Disclosure of Officers of Tagnetics Inc. and Requirement of Personal Appearance**

Tagnetics, no later than June 12, 2020, shall file the names and titles of all the current officers and directors of Tagnetics. Further, the Chief Executive Officer of Tagnetics, or other senior officer specifically identified by Tagnetics and agreed to by the court, shall be required to appear at the hearing scheduled by this order and testify as to the specific circumstances concerning Tagnetics' apparent failure to comply with the Settlement Order and the prior contempt order. Failure to comply with this provision of this order may lead to a further show cause hearing against Tagnetics and the individual officers of Tagnetics.

**Hearing**

A hearing shall be held on June 25, 2020 at 11:30 p.m. (Eastern Time) on the Petitioning Creditors' criminal contempt motion (doc. 181). Further, upon sua sponte motion of the court, Tagnetics shall show cause why it should not be held in further civil contempt, and to determine whether further sanctions are appropriate. The parties shall be prepared to address the following issues during the hearing:

i. Does the bankruptcy court have the authority to issue a criminal sanction, and if so, what an appropriate criminal sanction would be?



Are you still Executive Vice President of Powershelf/Tagnetics ???

Cc: Judge Humphrey



Sent from my iPhone