# EXHIBIT 2

**KAGAN, STERN, MARINELLO & BEARD, LLC**
IOLTA ACCOUNT
238 WEST STREET
ANNAPOLIS, MARYLAND 21401
410-216-7900

BB&T 1457 1457
65-330/550

*** Seven Hundred Forty Eight ************************************************************** 74/100

PAY TO THE ORDER OF

Kenneth Kayser

DATE Jun 10, 2020
AMOUNT $748.74

CLIENT: Tagnetics, Inc.

AUTHORIZED SIGNATURE

⑈⁖0014 57⁖⁖ ⁖055003308⁖⁖000525202 2696⁖⁖

---

**KAGAN, STERN, MARINELLO & BEARD, LLC**
IOLTA ACCOUNT
238 WEST STREET
ANNAPOLIS, MARYLAND 21401
410-216-7900

BB&T 1462 1462
65-330/550

*** Seven Hundred Forty Eight ************************************************************** 74/100

PAY TO THE ORDER OF

Ronald Earley

DATE Jun 12, 2020
AMOUNT $748.74

CLIENT: Tagnetics, Inc.

AUTHORIZED SIGNATURE

⑈⁖0014 62⁖⁖ ⁖055003308⁖⁖000525202 2696⁖⁖

---

**KAGAN, STERN, MARINELLO & BEARD, LLC**
IOLTA ACCOUNT
238 WEST STREET
ANNAPOLIS, MARYLAND 21401
410-216-7900

BB&T 1459 1459
65-330/550

*** Seven Hundred Forty Eight ************************************************************** 74/100

PAY TO THE ORDER OF

Jonathan Hager

DATE Jun 10, 2020
AMOUNT $748.74

CLIENT: Tagnetics, Inc.

AUTHORIZED SIGNATURE

⑈⁖0014 59⁖⁖ ⁖055003308⁖⁖000525202 2696⁖⁖