Form 30orfsty
(Rev. 6/19)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio
## 120 West Third Street
## Dayton, OH 45402–1819

| | |
|---|---|
| In Re: Tagnetics Inc. <br> Debtor(s) <br> SSN/TAX ID: 20–0173720 | Case No.: 3:19–bk–30822 <br> Chapter: 7 <br> Judge: Guy R Humphrey |

### ORDER CONTINUING AUTOMATIC STAY, SCHEDULING FINAL HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND ORDERING OTHER MATTERS

Upon consideration of a motion for relief from automatic stay filed by Piqua Troy Investments, LLC pursuant to 11 U.S.C. §362(d) and the response filed by Debtor, Tagnetics, Inc., it is hereby **ORDERED:**

1. That the stay imposed by 11 U.S.C. §362(a) is hereby continued in effect until hearing is held or the Court orders otherwise.

2. The final hearing on this matter shall be held before the Court on **July 22, 2020 at 01:30 PM in the West Courtroom, U.S. Bankruptcy Court, 120 West Third Street, Dayton, OH 45402.**

3. All parties shall be prepared to present all witnesses and other evidence at the hearing. Any party intending to present documentary evidence or call witnesses shall, **not later than three (3) business days prior to the hearing,** file with the court and exchange with opposing party witness and exhibit lists completed as prescribed by Local Bankruptcy Rule Form 7016–1, Attachments A and B.

4. Should any party fail to appear at the final hearing, the Court may dismiss or deny the motion, grant the relief requested, impose sanctions, or take such other action as authorized by law.

**No unauthorized weapons are permitted on the court's premises. Cellular phones and portable electronic devices are permitted provided that they are not used to take photographs or record any court proceedings unless otherwise authorized by the court.**

Dated: July 8, 2020

Guy R Humphrey
United States Bankruptcy Judge