**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: July 13, 2020**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | |
|---|---|
| In Re: | : |
| | :     Chapter 7 (Involuntary) |
| TAGNETICS, INC. | : |
| | :     Case No. 3: 19-bk-30822 |
| | : |
| | :     Judge Guy R. Humphrey |
| Alleged Debtor | : |
| | : |

**AGREED ORDER GRANTING CONTINUANCE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY FOR LEASEHOLD AT 3415 U.S. RTE. 36, PIQUA, OHIO 45356, (Docket Nos. 183 & 209)**

This matter comes before the Court on the motion of Creditor/Movant Piqua Troy Investments, LLC, ("Piqua Troy")for a for a continuance of the hearing on Piqua Troy's pending Motion for Relief from the Automatic Stay (Doc.# 183) currently scheduled before the Court on July 22, 2020 at 1:30PM. For good cause shown, said Motion is well taken. It is therefore ORDERED that said hearing is continued to 1:30 p.m. on the 12th day of August, 2020, before Judge Guy R. Humphrey in the **West Courtroom, U.S. Bankruptcy Court, 120 West Third Street, Dayton, OH 45402.**

**IT IS ALL SO ORDERED.**

Respectfully submitted,

STEWART and STEWART LAWYERS, Ltd.

By: /s/Bryan K. Stewart
Bryan K. Stewart, #0042122
Attorney for Creditor Piqua Troy Investments, LLC
104 West Main Street
Tipp City, Ohio 45371
(937) 506-8805; fax (937) 506-8807
bryan@stewartlawyers.com

s/s Stephen B. Stern per email 7/10/2020
Stephen B. Stern, Admitted *Pro Hac Vice*
Attorney for Alleged Debtor Tagnetics, Inc.
KAGAN, STERN MARINELLO &BEARD, LLC
238 West Street
Annapolis, MD 21401
(410) 216-7900; fax: (410) 705-0836
stern@kaganstern.com

**Copies to:**

Default List Plus Additional Parties:

Ronald E. Early
6429 Winding Tree Dr.
New Carlisle, OH 45344
*Petitioning Creditor*

Jonathan Hager
842 Paint Bank Road
Salem, VA 24153
*Petitioning Creditor*

Kenneth W. Kayser
P.O. Box 115
Catawba, VA 24070
*Petitioning Creditor*

Robert Strain
427 Artell St.
Macengo, IL 60152
*Petitioning Creditor*

S-Tek, Inc.
1100 Wayne St.
Suite 5000
Troy, OH 45373
*Petitioning Creditor*

Tagnetics, Inc.
3415 U.S. Rte 36
Piqua, OH 45356
*Alleged Debtor*

C:\Users\Public\Active Clients\L - P\Piqua Troy Investments, LLC\Relief from Stay\Agreed Order for Continuance 071020.wpd