**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: July 14, 2020**

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

In re: TAGNETICS INC.,

Case No. 19-30822

Judge Humphrey
Chapter 7

**Order Scheduling Prehearing Conference on Contested Matter**

Pending before the court is Piqua Troy Investments, LLC's *Motion for Relief from Automatic Stay for Leaseholder at 3415 U.S. Rte., Piqua, Ohio 45356* (doc. 183) and *Tagnetics, Inc.'s Opposition to Motion for Relief from Automatic Stay* (doc. 208) (the "Contested Matter").

Concurrently with this order, the court entered an agreed order scheduling the final evidentiary hearing on the Contested Matter for August 12, 2020 at 1:30 p.m.

In order to aid the court in preparation for the evidentiary hearing, the court will conduct a prehearing status conference on **August 6, 2020 at 2:00 p.m.** by phone. Counsel shall maintain at the phone number filed with the court an open phone line on the above date for a period five (5) minutes prior to the above time and continuously thereafter until

the pretrial conference commences.  If counsel will be available at a different phone number other that one filed with the court, they shall provide the court with the appropriate number by contacting the courtroom deputy prior to the commencement of the status conference.

**Counsel for Tagnetics, Inc. and counsel for the Piqua Troy Investments shall participate in the scheduled prehearing status conference.**

**IT IS SO ORDERED.**

Copies to:

Default List