**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: August 13, 2020**

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| In re:  TAGNETICS INC., | Case No.   19-30822 |
| | Judge Humphrey<br>Chapter 7 |

### Order Dismissing Involuntary Chapter 7 Petition and Ordering Other Matters

Upon review of Tagnetics Inc.'s Report to Court (doc. 219), confirming completion of the first $30,000 payments due to each of the remaining Petitioning Creditors under the parties' settlement agreement as previously determined (doc. 119), together with the interest payments ordered by the court upon a finding of contempt against Tagnetics (doc. 169), the court finds that contempt of the court's *Order Granting in Part Tagnetics' Motion to Enforce Settlement Agreement (doc. 101) and Ordering Other Matters* (doc. 119) has been purged by Tagnetics. Further, Tagnetics has paid the necessary consideration and satisfied the conditions precedent necessary for the dismissal of the involuntary petition (doc. 1).

Accordingly, the court finds that the Chapter 7 Involuntary Petition is hereby **DISMISSED by consent of the parties, as determined by the court's finding of a satisfaction of the settlement agreement provisions for a dismissal, pursuant to 11 U.S.C. § 303(j)(2), and for cause under 11 U.S.C. § 707(a).**

**This case shall remain open for further administration pending the entry of judgment in the United States Court of Appeals for the Sixth Circuit, Case No. 20-3556, and this court's subsequent determination of Tagnetics' request for attorney fees for compensatory damages (doc. 134).**

**IT IS SO ORDERED.**

Copies to:

All Creditors and Parties in Interest

Douglas S. Draper, 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130

Leslie A. Collins, 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130